**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481

*Counsel for Plaintiff City of Coral Springs
Police Officers' Pension Plan*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 3:25-cv-06252-JD<br><br>CLASS ACTION<br><br>**NOTICE OF FILING OF THE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |

NOTICE OF FILING OF THE UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 3:25-cv-06252-JD

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff City of Coral Springs Police Officers' Pension Plan hereby gives notice of the Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion") filed on August 6, 2025, in *Tucker v. Apple Inc.*, No. 5:25-cv-05197-NW (N.D. Cal. filed June 20, 2025) ("*Tucker*"). A copy of the Administrative Motion filed in *Tucker* is attached hereto as Exhibit A.

DATED: August 7, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:	(310) 819-3481

-and-

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:	(212) 554-1400
Fax:	(212) 554-1444

*Counsel for Plaintiff City of Coral Springs Police Officers' Pension Plan*