# EXHIBIT A

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3481

*Counsel for Plaintiff City of Coral Springs
Police Officers' Pension Plan*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TUCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-05197-NW<br><br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 3:25-cv-06252-JD |

Pursuant to Civil Local Rules 3-12 and 7-11, City of Coral Springs Police Officers' Pension Plan, plaintiff in *City of Coral Springs Police Officers' Pension Plan v. Apple Inc.*, No. 3:25-cv-06252-JD (N.D. Cal. filed July 25, 2025) ("*Coral Springs*"), respectfully moves the Court to consider whether *Coral Springs* is related to *Tucker v. Apple Inc.*, No. 5:25-cv-05197-NW (N.D. Cal. filed June 20, 2025) ("*Tucker*"). Prior to filing this motion, counsel for City of Coral Springs Police Officers' Pension Plan conferred with counsel for Defendants and counsel for plaintiff in *Tucker*. Counsel for Defendants and counsel for plaintiff in *Tucker* both consent to the relief sought herein.[1]

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

Pursuant to Civil Local Rule 3-12(a)(1), *Coral Springs* and *Tucker* should be designated as related because both cases are putative securities class actions asserting the same claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against the same defendants—Apple Inc. ("Apple" or the "Company"), Timothy D. Cook (Apple's CEO), Luca Maestri (Apple's former CFO), and Kevan Parekh (Apple's current CFO) (collectively, "Defendants")—arising from the same alleged misconduct. Specifically, both actions arise from substantially the same statements made by senior executives of Apple concerning the Company's introduction of artificial intelligence capabilities for its digital personal assistant, "Siri." Further, both actions assert that these statements were false and misleading, and that this alleged misconduct occurred during the same class period—June 10, 2024, through June 9, 2025. *Coral Springs* further alleges that Defendants made false and misleading statements regarding Apple's compliance with a court injunction enjoining certain anticompetitive conduct during this same class period. These additional claims do not render the relation of the two actions inappropriate. *See Pepper v. Apple*

---

[1] *See* Declaration of Jonathan D. Uslaner in Support of Administrative Motion to Consider Whether Cases Should Be Related, ¶3.

*Inc.*, 2019 WL 4783951, at *1 (N.D. Cal. Aug. 22, 2019) (relating cases "although the individual transactions addressed by each case are not identical"). Consequently, the requirements of Civil Local Rule 3-12(a)(1) are satisfied. *See In re Leapfrog Enters., Inc. Sec. Litig.*, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating two cases where one complaint's class period encompassed the other complaint's class period and both made similar factual allegations, sought redress for violation of the same sections of the federal securities laws, and named the same defendants).

Moreover, relation of these two actions is appropriate because, given the similar parties and events at issue in both actions, it appears likely that there would be unduly burdensome duplication of labor and expenses, and potentially inconsistent results, if the cases were to be conducted separately before different judges. For example, the two actions will involve the same witnesses and will involve resolving the same legal questions. Further, both actions are subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, which requires courts to consider whether related actions should be consolidated prior to the appointment of the lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(ii) ("If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the court shall not make the [lead plaintiff] determination required by clause (i) until after the decision on the motion to consolidate is rendered."). Relating *Coral Springs* to *Tucker* will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a)(2).

Accordingly, a finding that *Coral Springs* is related to *Tucker* is appropriate under Civil Local Rule 3-12(a).

DATED: August 7, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3481

        -and-

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:     (212) 554-1444

*Counsel for Plaintiff City of Coral
Springs Police Officers' Pension Plan*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481

*Counsel for Plaintiff City of Coral Springs
Police Officers' Pension Plan*

[Additional counsel appear on signature page]

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TUCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-05197-NW<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 3:25-cv-06252-JD |

DECLARATION OF JONATHAN D. USLANER
CASE NO. 5:25-cv-05197-NW

I, Jonathan D. Uslaner, hereby declare as follows:

1.    I am an attorney duly licensed to practice before the Courts of the State of California.  I am a partner at Bernstein Litowitz Berger & Grossmann LLP, counsel for City of Coral Springs Police Officers' Pension Plan, plaintiff in *City of Coral Springs Police Officers' Pension Plan v. Apple Inc.*, No. 3:25-cv-06252-JD (N.D. Cal. filed July 25, 2025) ("*Coral Springs*").

2.    I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.    My firm has conferred with counsel for Eric Tucker ("Tucker"), plaintiff in *Tucker v. Apple Inc.*, No. 5:25-cv-05197-NW (N.D. Cal. filed June 20, 2025) ("*Tucker*"), and counsel for Apple Inc., Timothy D. Cook, Luca Maestri, and Kevan Parekh ("Defendants"), Defendants in *Coral Springs* and *Tucker*, regarding this Administrative Motion.  Tucker and Defendants do not oppose the relief sought in the Administrative Motion and agree that *Coral Springs* and *Tucker* should be deemed related to each other.  I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed August 7, 2025, at Los Angeles, California.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481

*Counsel for Plaintiff City of Coral Springs*
*Police Officers' Pension Plan*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TUCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-05197-NW<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12** |
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 3:25-cv-06252-JD |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12
CASE NO. 5:25-cv-05197-NW

Having considered the administrative motion of City of Coral Springs Police Officers' Pension Plan, plaintiff in *City of Coral Springs Police Officers' Pension Plan v. Apple Inc.*, No. 3:25-cv-06252-JD (N.D. Cal. filed July 25, 2025) ("*Coral Springs*"), which was filed in *Tucker v. Apple Inc.*, No. 5:25-cv-05197-NW (N.D. Cal. filed June 20, 2025) ("*Tucker*"), under Civil Local Rules 3-12 and 7-11 to consider whether *Coral Springs* should be related to *Tucker*, and good cause appearing, the Court grants this administrative motion.

*Coral Springs* is hereby related to the *Tucker* action and shall be reassigned to the undersigned judge pursuant to Civil Local Rule 3-12(f).

IT IS SO ORDERED.

DATE: _____

_____
HON. NOËL WISE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12
CASE NO. 5:25-cv-05197-NW                                                                 1

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481

*Counsel for Plaintiff City of Coral Springs*
*Police Officers' Pension Plan*

[Additional counsel appear on signature page]

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TUCKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH, <br><br> Defendants. | Case No. 5:25-cv-05197-NW <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE** |
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH, <br><br> Defendants. | Case No. 3:25-cv-06252-JD |

CERTIFICATE OF SERVICE
CASE NO. 5:25-cv-05197-NW

I hereby certify that on August 7, 2025, I caused the foregoing (1) Administrative Motion To Consider Whether Cases Should Be Related, (2) the Declaration of Jonathan D. Uslaner, and (3) the [Proposed] Order Granting Administrative Motion To Relate Cases Under Civil Local Rule 3-12 to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List and sent via email to the addressees listed below.

DATED: August 7, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:      (310) 819-3481

-and-

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:      (212) 554-1400
Fax:      (212) 554-1444

*Counsel for Plaintiff City of Coral*
*Springs Police Officers' Pension Plan*

CERTIFICATE OF SERVICE
CASE NO. 5:25-cv-05197-NW                                                    1

**SERVICE LIST**

LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Whitney B. Weber (Bar No. 281160)
whitney.weber@lw.com
Jordan Mundell (Bar No. 324110)
jordan.mundell@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: 714.540.1235

Jason C. Hegt (admitted pro hac vice)
jason.hegt@lw.com
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: 1.212.906.1200
Facsimile: 1.212.751.4864

Counsel for Defendants Apple Inc., Timothy
D. Cook, Luca Maestri and Kevan Parekh
in *Tucker v. Apple Inc.*, No. 5:25-cv-05197-
NW (N.D. Cal.)

POMERANTZ LLP
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

Jeremy A. Lieberman (pro hac vice
forthcoming)
jalieberman@pomlaw.com
J. Alexander Hood II (pro hac vice
forthcoming)
ahood@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016

Telephone: (212) 661-1100
Facsimile: (917) 463-1044

Counsel for Plaintiff Eric Tucker in *Tucker v. Apple Inc.*, No. 5:25-cv-05197-NW (N.D. Cal.)