**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:     (415) 400-3001

*Counsel for Proposed Lead Plaintiff National Pension
Service, on behalf of the National Pension Fund, and
Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>**SUPPLEMENTAL DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF THE MOTION OF NATIONAL PENSION SERVICE, ON BEHALF OF THE NATIONAL PENSION FUND, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>**CLASS ACTION**<br><br>Date: December 3, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 3 – 5th Floor<br>Judge: Hon. Noël Wise |

I, Stacey M. Kaplan, declare as follows:

1.    I am a member in good standing of the bar of the State of California, and I am admitted to practice before this Court.  I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Supplemental Declaration in support of the Motion of National Pension Service, on behalf of the National Pension Fund, for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, and in opposition to the competing motions.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.    Attached hereto is a true and correct copy of the following exhibit:

Exhibit A:    Notice of Electronic Filing of the motion of KBC Asset Management NV.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: September 2, 2025, at San Francisco, California.

*/s/ Stacey M. Kaplan*
STACEY M. KAPLAN

SUPPLEMENTAL DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF THE MOTION OF NATIONAL PENSION SERVICE, ON BEHALF OF THE NATIONAL PENSION FUND, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS
CASE NO. 5:25-cv-06252-NW                                                                                          1