# EXHIBIT A

```
MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Message-Id:<22706949@cand.uscourts.gov>
Subject:Activity in Case 5:25-cv-05197-NW Tucker v. Apple Inc. et al Motion to Appoint Lead
Plaintiff and Lead Counsel
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered by Robbins, Darren on 8/19/2025 at 5:48 PM and filed on 8/19/2025

| | |
|---|---|
| **Case Name:** | Tucker v. Apple Inc. et al |
| **Case Number:** | 5:25-cv-05197-NW |
| **Filer:** | KBC Asset Management NV |
| **Document Number:** | 38 |

**Docket Text:**
**MOTION to Appoint Lead Plaintiff and Lead Counsel *;Memorandum of Points and Authorities in Support Thereof* filed by KBC Asset Management NV. Motion Hearing set for 12/3/2025 09:00 AM in San Jose, Courtroom 3, 5th Floor before District Judge Noel Wise. Responses due by 9/2/2025. Replies due by 9/9/2025. (Attachments: # (1) Declaration of Darren J. Robbins in Support, # (2) Exhibit A - PSLRA Notice, # (3) Exhibit B - Certification, # (4) Exhibit C - Estimate of Losses, # (5) Exhibit D - Declarations of Assignment, # (6) Exhibit E - Management Agreement, # (7) Exhibit F - Management Agreement)(Robbins, Darren) (Filed on 8/19/2025)**

**5:25-cv-05197-NW Notice has been electronically mailed to:**

Avi Josefson    Avi@blbglaw.com

Darren Jay Robbins    darrenr@rgrdlaw.com

Hannah G Ross    Hannah@blbglaw.com

J. Alexander Hood , II    ahood@pomlaw.com

Jason C. Hegt    jason.hegt@lw.com, jason-hegt-2094@ecf.pacerpro.com

Jennifer Pafiti    jpafiti@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com, egoodman@pomlaw.com, jalieberman@pomlaw.com, jlopiano@pomlaw.com, mtjohnston@pomlaw.com, tsayre@pomlaw.com

Jeremy A. Lieberman    jalieberman@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com

Jonathan D. Uslaner    jonathanu@blbglaw.com, AdamW@blbglaw.com, dylan.dawson@blbglaw.com, Khristine.DeLeon@blbglaw.com, Matthew.Mahady@blbglaw.com, prue.brady@blbglaw.com, Scott.Foglietta@blbglaw.com

Jordan Mundell    jordan.mundell@lw.com

Melanie Marilyn Blunschi    melanie.blunschi@lw.com, BAECFnotifications@lw.com, melanie-blunschi-5434@ecf.pacerpro.com, sf-litigation-services-4917@ecf.pacerpro.com

Michele D. Johnson    Michele.Johnson@lw.com, #ocecf@lw.com, khadijah-fields-2405@ecf.pacerpro.com, michele-johnson-7426@ecf.pacerpro.com

Robert Charles Moest    rmoest@aol.com

Scott R. Foglietta    scott.foglietta@blbglaw.com

Stacey Marie Kaplan    skaplan@ktmc.com, 5456616420@filings.docketbird.com, mswift@ktmc.com

Whitney B. Weber    whitney.weber@lw.com, BAECFnotifications@lw.com, whitney-weber-2642@ecf.pacerpro.com

**5:25-cv-05197-NW Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Brief.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-0]
[7a79d9631aa040e79cb82b3f1116ed63757f9227c85bb9eceb6ecaadf895ab7c2020
98bb1c202a063a7858050fec43dadf522d63b66fe90e3a1ed3ae7c693d55]]
**Document description:**Declaration of Darren J. Robbins in Support
**Original filename:**C:\fakepath\Declaration.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-1]
[635921a36ae390f4f07dd1d0c3cbd7aabea017046fd2b9f8830d01a0e0d22a4f1aff
d3f938ac54e97374edf0e752e38acfa133850c31ad3de7c8bcffa4d036e1]]
**Document description:**Exhibit A - PSLRA Notice
**Original filename:**C:\fakepath\Exhibit A_notice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-2]
[b04b134aef2bcf6b01cce300b3420b4cad5d20ffdab675f25195c5470ad2609e1d63
74c9fc2e15b274917973e8eb260defcb7ee3f5fed27c241055bb29f22321]]
**Document description:**Exhibit B - Certification
**Original filename:**C:\fakepath\Exhibit B_cert.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-3]
[7cd46a16bf29536dbd48c0df9640772a26fc3e3b7eae7556514026d56efd2341deb3
167ec3e9d5ed95681aed4cb2be3bae80e45b4399f919454618ad6cd7834e]]
**Document description:**Exhibit C - Estimate of Losses
**Original filename:**C:\fakepath\Exhibit C_chart.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-4]
[1448a77beda12ab1c082ae975b28992d5112df6b6c0e6bf4b48f0dce48332d6eb8f2
eefeca97356b563dfcaa9f882caed9fd1479f0f3560daed753f68b3d5502]]
**Document description:**Exhibit D - Declarations of Assignment
**Original filename:**C:\fakepath\Exhibit D_declaration.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-5]
[48ad1d4a1e4d2af11d4aa096cb9bbc193c5133ca0a33e37a0e3f3044f2f178f17aac
a9edf950446a8a8c203a6e61856e27f7e7c48ce336c518969f6ed758f2d6]]
**Document description:**Exhibit E - Management Agreement
**Original filename:**C:\fakepath\Exhibit E_mgmt agreement.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-6]
[971ce23ce1028d9ab4932081df1ed4c4419f5c7b6d638f2a27ee2767c211f660c85a
07acba3acedc58aa45143bbb54986bf6b5d2be489ec93ec730a6b6439a45]]
**Document description:**Exhibit F - Management Agreement
**Original filename:**C:\fakepath\Exhibit F_mgmt agreement.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/19/2025] [FileNumber=22706947-7]
[5940f4c0025a437d911e4d9bfe6aadde19a9b1144de625668626fc507a71d3f08821
7f4b46c108a3b50a96f86858c070c8327e617a538c6da9ace3aa8992cf5e]]