ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS (168593)
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Local Counsel for Proposed Lead Plaintiff

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
glevin@motleyrice.com
cmoriarty@motleyrice.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on Behalf of Itself All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>APPLE INC., et al.,<br><br>                              Defendants. | Case No. 5:25-cv- 06252- NW<br><br>CLASS ACTION<br><br>DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS<br><br>DATE:        December 3, 2025<br>TIME         9:00 a.m.<br>CTRM:      3, 5th Floor<br>JUDGE:     Hon. Noël Wise |

4909-5342-6533.v1

I, DARREN J. ROBBINS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed local counsel for KBC Asset Management NV ("KBC"). I make this declaration in support of KBC's Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached is a true and correct copy of the following exhibit provided per the statutory requirements:

Exhibit 1:    *In re Kraft Heinz Sec. Litig.*, No. 1:19-cv-01339, Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification (N.D. Ill. May 20, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September, 2025.

                                   s/ Darren J. Robbins
                                   DARREN J. ROBBINS

DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF KBC'S OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS - 5:25-cv- 06252- NW                - 1 -
4909-5342-6533.v1