**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

*Counsel for Proposed Lead Plaintiff National Pension*
*Service, on behalf of the National Pension Fund, and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>**REPLY DECLARATION OF STACEY M. KAPLAN IN FURTHER SUPPORT OF THE MOTION OF NATIONAL PENSION SERVICE, ON BEHALF OF THE NATIONAL PENSION FUND, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Date: December 3, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 3 – 5th Floor<br>Judge: Hon. Noël Wise |

REPLY DECLARATION OF STACEY M. KAPLAN IN FURTHER SUPPORT OF THE MOTION OF NATIONAL PENSION SERVICE, ON BEHALF OF THE NATIONAL PENSION FUND, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 5:25-CV-06252-NW

I, Stacey M. Kaplan, declare as follows:

1.    I am a member in good standing of the bar of the State of California, and I am admitted to practice before this Court.  I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP.  I submit this Reply Declaration in further support of the Motion of National Pension Service, on behalf of the National Pension Fund ("NPS"), for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.    Attached hereto is a true and correct copy of the following exhibits:

Exhibit A:    Declaration of Hoeyoung ("Kevin") Chung in Further Support of the Motion of National Pension Service, on Behalf of the National Pension Fund, for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel;

Exhibit B:    Loss Chart filed by NPS in *Tucker v. Apple Inc.*, No. 5:25-cv-05197 (N.D. Cal. Aug. 19, 2025), Dkt. No. 26-3 at 21 [excerpted and highlighted];

Exhibit C:    Loss Chart filed by NPS in *Tucker v. Apple Inc.*, No. 5:25-cv-05197 (N.D. Cal. Aug. 19, 2025), Dkt. No. 26-3 at 3 [excerpted and highlighted];

Exhibit D:    Loss Chart filed by NPS in *Tucker v. Apple Inc.*, No. 5:25-cv-05197 (N.D. Cal. Aug. 19, 2025), Dkt. No. 26-3 at 2 [excerpted and highlighted];

Exhibit E:    Certification filed by KBC Asset Management NV in *Leventhal v. Chegg, Inc.*, No. 5:21-cv-09953 (N.D. Cal. Feb. 22, 2022), Dkt. No. 41-1 [excerpted];

Exhibit F:    Loss Chart filed by KBC Asset Management NV in *Leventhal v. Chegg, Inc.*, No. 5:21-cv-09953 (N.D. Cal. Feb. 22, 2022), Dkt. No. 41-2 [excerpted];

Exhibit G:    Certification filed by KBC Asset Management NV in *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396 (C.D. Cal. Apr. 21, 2025), Dkt. No. 44-2 [excerpted];

Exhibit H:    Loss Chart filed by KBC Asset Management NV in *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396 (C.D. Cal. Apr. 21, 2025), Dkt. No. 44-3 [original cover sheet removed];

Exhibit I:    Certification filed by KBC Asset Management NV in *Kangas v. Illumina, Inc.*, No. 3:23-cv-02082 (S.D. Cal. Jan. 9, 2024), Dkt. No. 9-6 [original cover sheet removed];

Exhibit J:    Loss Chart filed by KBC Asset Management NV in *Kangas v. Illumina, Inc.*, No. 3:23-cv-02082 (S.D. Cal. Jan. 9, 2024), Dkt. No. 9-7 [original cover sheet removed];

Exhibit K:    Certification filed by KBC Asset Management NV in *Vanipenta v. SVB Financial Group*, No. 3:23-cv-01097 (N.D. Cal. May 12, 2023), Dkt. No. 38-2 [original cover sheet removed];

Exhibit L:    Loss Chart filed by KBC Asset Management NV in *Vanipenta v. SVB Financial Group*, No. 3:23-cv-01097 (N.D. Cal. May 12, 2023), Dkt. No. 38-3 [original cover sheet removed];

Exhibit M:    Loss Chart filed by NPS in *Tucker v. Apple Inc.*, No. 5:25-cv-05197 (N.D. Cal. Aug. 19, 2025), Dkt. No. 26-3 at 2 [excerpted and highlighted];

Exhibit N:    Loss Chart filed by NPS in *Tucker v. Apple Inc.*, No. 5:25-cv-05197 (N.D. Cal. Aug. 19, 2025), Dkt. No. 26-3 at 3 [excerpted and highlighted];

Exhibit O:    Text order granting KBC Asset Management NV's counsel's motion to amend their pleading in *California Public Employees' Retirement System v. UnitedHealth Group Inc.*, No. 0:24-cv-01743 (D. Minn. Aug. 27, 2025), Dkt. No. 156;

Exhibit P:    Lead plaintiff motion filed by KBC Asset Management NV in *Shenwick v. Twitter, Inc.*, No. 3:16-cv-05314 (N.D. Cal. Nov. 15, 2016), Dkt. No. 20;

Exhibit Q:    Certification filed by New Mexico State Investment Council in *Sun v. TAL Education Group*, No. 1:22-cv-01015 (S.D.N.Y. Apr. 5, 2022), Dkt. No. 21-1 [original cover sheet removed];

Exhibit R:    Certification filed by New Mexico State Investment Council in *Vega v. Energy Transfer LP*, No. 1:22-cv-04614 (S.D.N.Y. August 2, 2022), Dkt. No. 24-2 [original cover sheet removed];

Exhibit S:    Lead plaintiff motion filed by NPS in *Indiana Public Retirement System v. Rivian Automotive, Inc.*, No. 2:24-cv-04566 (C.D. Cal. July 30, 2024), Dkt. No. 24; and

Exhibit T:    Certification filed by NPS in *Indiana Public Retirement System v. Rivian Automotive, Inc.*, No. 2:24-cv-04566 (C.D. Cal. July 30, 2024), Dkt. No. 26-1 [excerpted].

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: September 9, 2025, at San Francisco, California.

*/s/ Stacey M. Kaplan*
STACEY M. KAPLAN