# **EXHIBIT A**

**DECLARATION OF HOEYOUNG ("KEVIN") CHUNG IN FURTHER SUPPORT OF THE MOTION OF NATIONAL PENSION SERVICE, ON BEHALF OF THE NATIONAL PENSION FUND, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Hoeyoung ("Kevin") Chung, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I respectfully submit this Declaration in further support of the motion of National Pension Service ("NPS"), on behalf of the National Pension Fund, for appointment as Lead Plaintiff and approval of NPS's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the proposed class in the securities class action litigation against Apple Inc. ("Apple") and certain of its executive officers.

2. I am the Foreign Attorney (U.S.) of the Risk Management & Legal / Investment Legal Team of NPS, and I am authorized to make this Declaration on behalf of NPS. NPS is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the Private Securities Litigation Reform Act of 1995.

3. Based in Jeonju, South Korea, NPS manages the National Pension Fund—one of the world's largest pension funds with nearly $900 billion in assets—which provides old-age, disability, and survivors benefits to more than 22.3 million contributors and 6.6 million beneficiaries in the Republic of Korea. NPS and the National Pension Fund were each established as a result of the National Pension Act. The full text of the National Pension Act is posted on NPS's website, as well as other publicly available websites, in Korean and English.

4. Pursuant to the National Pension Act, the National Pension Fund is a reserve fund that contains the financial resources necessary to provide national pension services and to finance pension benefits in the Republic of Korea. As a reserve fund, the National Pension Fund is a pool of assets that has no legal capacity. However, the National Pension Act expressly provides that NPS is a "juridical person."

5.      Pursuant to the National Pension Act, NPS is required to manage all of the affairs of the National Pension Fund and its investments. Among other responsibilities, NPS determines how the assets within the National Pension Fund are invested and distributed. Any contracts or other documents needed for the National Pension Fund to carry out its duties must be executed by NPS on behalf of the National Pension Fund. The National Pension Fund has no employees of its own and is managed in nearly all aspects by NPS.

6.      Additionally, as the National Pension Fund's manager, NPS is the only entity with the legal ability to represent the National Pension Fund in court or in any other proceeding. NPS routinely exercises this ability to file suit and act on behalf of the National Pension Fund in legal matters in its own name on behalf of the National Pension Fund. The National Pension Fund would be entirely without any representation or ability to protect its assets if NPS does not act on behalf of the National Pension Fund in its own name.

7.      I have been advised that one movant challenging NPS's appointment in the Apple litigation is questioning whether NPS provided "all" of NPS's "transactions" in Apple securities during the Class Period.

8.      NPS confirms that, before seeking appointment in this litigation, NPS conducted a thorough search of its transaction records and provided a full and complete record of all of its Class Period transactions in the Apple securities that are the subject of this action in the Certification NPS filed in connection with its motion for appointment as lead plaintiff on August 19, 2025. NPS did not omit any type of relevant Class Period transaction or security from its Certification, as evidenced by the fact that NPS listed purchases, sales, and transfers of Apple common stock, as well as purchases of Apple bonds.

9.      Finally, I note that each account with transactions provided in NPS's Certification is a distinct economic entity. Accordingly, NPS records any and all transfers of securities between accounts in its internal records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___5___ day of September 2025.

**National Pension Service, on behalf of the National Pension Fund**

By: _____

Hoeyoung ("Kevin") Chung
*Foreign Attorney (U.S.)*
*Risk Management & Legal / Investment Legal Team*