# **EXHIBIT B**

| Security | Account | Transaction | Date | Shares | Price | Transaction | Date | Shares | Price | LIFO Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | NQ9F | Opening Balance | - | 24,567 | - | Transfer To NP22 | 06/14/2024 | 24,567 | - | - |
| Common Stock | NQ9F | Opening Balance | - | 123,200 | - | Transfer To NP52 | 06/14/2024 | 123,200 | - | - |
| Common Stock | NQ9F | Opening Balance | - | 345,930 | - | Transfer To NP26 | 06/14/2024 | 345,930 | - | - |
| Common Stock | NQ9F | Opening Balance | - | 141,845 | - | Transfer To NP53 | 06/14/2024 | 141,845 | - | - |
| Common Stock | NQ9F | BUY | 06/10/2024 | 125,775 | $ 194.7761 | Transfer To NP54 | 06/14/2024 | 125,775 | - | - |
| Common Stock | NQ9F | BUY | 06/10/2024 | 76,643 | $ 194.7761 | Transfer To NP22 | 06/14/2024 | 76,643 | - | - |
| Common Stock | NQ9F | Transfer From NPR7 | 09/20/2024 | 54,922 | Pre-Class | Transfer To NPSA | 10/15/2024 | 54,922 | - | - |
| Common Stock | NQ9F | Transfer From NPR7 | 09/20/2024 | 3,400 | $ 231.8897 | Transfer To NPSA | 10/15/2024 | 3,400 | - | - |
| Common Stock | NQ9F | Transfer From NPR7 | 09/20/2024 | 5,300 | $ 229.5043 | Transfer To NPSA | 10/15/2024 | 5,300 | - | - |
| Common Stock | NQ9F | BUY | 09/24/2024 | 87,254 | $ 227.1614 | Transfer To NPSA | 10/15/2024 | 87,254 | - | - |
| Common Stock | NQ9F | BUY | 09/25/2024 | 87,254 | $ 225.7630 | Transfer To NPSA | 10/15/2024 | 87,254 | - | - |
| Common Stock | NQ9F | BUY | 09/26/2024 | 87,254 | $ 227.2514 | Transfer To NPSA | 10/15/2024 | 87,254 | - | - |
| Common Stock | NQ9F | BUY | 09/27/2024 | 87,254 | $ 228.1941 | Transfer To NPSA | 10/15/2024 | 87,254 | - | - |
| Common Stock | NQ9F | BUY | 09/30/2024 | 94,257 | $ 231.9644 | Transfer To NPSA | 10/15/2024 | 94,257 | - | - |
| Common Stock | NQ9F | Transfer From NP34 | 1/22/2025 | 51,956 | Pre-Class | Transfer To NP79 | 02/07/2025 | 51,956 | - | - |
| Common Stock | NQ9F | BUY | 1/24/2025 | 36,701 | $223.0690 | Transfer To NP79 | 02/07/2025 | 36,701 | - | - |
| Common Stock | NQ9F | BUY | 1/24/2025 | 19,095 | $223.0690 | Transfer To NP90 | 02/07/2025 | 19,095 | - | - |
| Common Stock | NQ9F | BUY | 1/27/2025 | 54,155 | $228.9248 | Transfer To NP90 | 02/07/2025 | 54,155 | - | - |
| Common Stock | NQ9F | BUY | 1/28/2025 | 14,090 | $237.7671 | Transfer To NP90 | 02/07/2025 | 14,090 | - | - |
| Common Stock | NQ9F | BUY | 1/28/2025 | 41,167 | $237.7671 | Transfer To NP22 | 02/07/2025 | 41,167 | - | - |
| Common Stock | NQ9F | BUY | 1/30/2025 | 4,960 | $238.5384 | Transfer To NP22 | 02/07/2025 | 4,960 | - | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 51,548 | Pre-Class | SELL | 05/23/2025 | 51,548 | $ 195.8967 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 69,030 | Pre-Class | SELL | 05/23/2025 | 69,030 | $ 196.0067 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 136,353 | Pre-Class | SELL | 05/27/2025 | 136,353 | $ 199.4908 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 8,580 | Pre-Class | SELL | 05/27/2025 | 8,580 | $ 199.6010 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 135,839 | Pre-Class | SELL | 05/28/2025 | 135,839 | $ 200.8778 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 140,340 | Pre-Class | SELL | 05/29/2025 | 140,340 | $ 200.4091 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 138,547 | Pre-Class | SELL | 05/30/2025 | 138,547 | $ 199.4800 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 164,576 | Pre-Class | SELL | 06/02/2025 | 164,576 | $ 201.1751 | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 43,000 | Pre-Class | Transfer To NPR6 | 06/11/2025 | 43,000 | - | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 253,012 | Pre-Class | Transfer To NP22 | 06/11/2025 | 253,012 | - | - |
| Common Stock | NQ9F | Transfer From PGDH | 05/20/2025 | 161,785 | Pre-Class | Transfer To NP99 | 06/11/2025 | 161,785 | - | - |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 36,655 | $ 216.1316 | SELL | 05/23/2025 | 36,655 | $ 195.8967 | ($741,710.26) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 25,900 | $ 232.0941 | SELL | 05/23/2025 | 25,900 | $ 195.8967 | ($937,513.23) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 2,748 | $ 231.9718 | SELL | 05/22/2025 | 2,748 | $ 201.4003 | ($84,010.37) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 23,912 | $ 231.9718 | SELL | 05/23/2025 | 23,912 | $ 195.8967 | ($862,626.86) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 41,752 | $ 232.7713 | SELL | 05/22/2025 | 41,752 | $ 201.4003 | ($1,309,802.95) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 18,000 | $ 234.7912 | SELL | 05/22/2025 | 18,000 | $ 201.4003 | ($601,036.83) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 12,004 | $ 234.8249 | SELL | 05/22/2025 | 12,004 | $ 201.4003 | ($401,228.30) |
| Common Stock | NQ9F | Transfer From NP52 | 05/20/2025 | 32,330 | $ 236.9266 | SELL | 05/22/2025 | 32,330 | $ 201.4003 | ($1,148,564.02) |