# EXHIBIT C

| Security | Account | Transaction | Date | Shares | Price | Transaction | Date | Shares | Price | LIFO Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | GDYQ | BUY | 11/01/2024 | 135,000 | $ 222.9100 | SELL | 01/17/2025 | 135,000 | $ 229.9800 | $954,450.00 |
| | | | | | | | | | | **$954,450.00** |

| Security | Account | Transaction | Date | Shares | Price | Transaction | Date | Shares | Price | LIFO Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | GDYR | BUY | 11/01/2024 | 8,200 | $ 222.9100 | SELL | 01/17/2025 | 8,200 | $ 229.9800 | $57,974.00 |
| | | | | | | | | | | **$57,974.00** |

| Security | Account | Transaction | Date | Shares | Price | Transaction | Date | Shares | Price | LIFO Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | NP22 | Transfer From NQ9F | 06/14/2024 | 24,567 | Pre-Class | Retained Shares | - | 24,567 | $ 210.7248 | - |
| Common Stock | NP22 | Transfer From NQ9F | 06/14/2024 | 76,643 | $ 194.7761 | Retained Shares | - | 76,643 | $ 210.7248 | $1,222,356.21 |
| Common Stock | NP22 | BUY | 07/05/2024 | 60,974 | $ 225.4108 | Retained Shares | - | 60,974 | $ 210.7248 | ($895,465.26) |
| Common Stock | NP22 | Transfer From NPTM | 10/28/2024 | 51,217 | Pre-Class | SELL | 11/06/2024 | 51,217 | $ 223.9940 | - |
| Common Stock | NP22 | Transfer From NPTM | 10/28/2024 | 119,435 | Pre-Class | Retained Shares | - | 119,435 | $ 210.7248 | - |
| Common Stock | NP22 | Transfer From NQ9F | 02/07/2025 | 41,167 | $ 237.7671 | Retained Shares | - | 41,167 | $ 210.7248 | ($1,113,250.36) |
| Common Stock | NP22 | Transfer From NQ9F | 02/07/2025 | 4,960 | $ 238.5384 | Retained Shares | - | 4,960 | $ 210.7248 | ($137,955.46) |
| Common Stock | NP22 | Transfer From NPTM | 03/18/2025 | 64,244 | Pre-Class | Retained Shares | - | 64,244 | $ 210.7248 | - |
| Common Stock | NP22 | Transfer From NPTM | 03/18/2025 | 82,573 | $ 238.7527 | SELL | 03/27/2025 | 82,573 | $ 221.6868 | ($1,409,182.56) |
| Common Stock | NP22 | Transfer From NPTM | 03/18/2025 | 2,511 | $ 238.7527 | Retained Shares | - | 2,511 | $ 210.7248 | ($70,378.06) |
| Common Stock | NP22 | Transfer From RETM | 05/07/2025 | 130,430 | Pre-Class | Retained Shares | - | 130,430 | $ 210.7248 | - |
| Common Stock | NP22 | Transfer From NQ9F | 06/11/2025 | 253,012 | Pre-Class | Retained Shares | - | 253,012 | $ 210.7248 | - |
| | | | | | | | | | | **($2,403,875.49)** |