# EXHIBIT H

Movants' Purchases and Losses

Class Period: 05/09/2024 - 02/12/2025

The Trade Desk

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **KBC Equity Fund** | 05/13/2024 | 462 | $87.53 | $40,438.86 | 10/18/2024 | 8,934 | $118.76 | $1,060,991.12 | |
| | 06/07/2024 | 442 | $94.17 | $41,623.14 | 01/10/2025 | 1,573 | $118.80 | $186,872.40 | |
| | 06/25/2024 | 610 | $97.73 | $59,615.30 | held | 79,601 | $60.25 | $4,796,185.21 | |
| | 07/18/2024 | 495 | $95.72 | $47,381.40 | | | | | |
| | 08/07/2024 | 691 | $84.91 | $58,672.81 | | | | | |
| | 08/27/2024 | 413 | $103.92 | $42,918.96 | | | | | |
| | 09/06/2024 | 14,871 | $100.31 | $1,491,710.01 | | | | | |
| | 11/12/2024 | 2,236 | $129.84 | $290,319.78 | | | | | |
| | 11/12/2024 | 5,331 | $129.84 | $692,170.11 | | | | | |
| | 11/20/2024 | 13,297 | $122.22 | $1,625,140.72 | | | | | |
| | 12/03/2024 | 19,077 | $135.68 | $2,588,457.02 | | | | | |
| | 12/03/2024 | 32,183 | $135.68 | $4,366,695.64 | | | | | |
| | | **90,108** | | **$11,345,143.76** | | **90,108** | | **$6,044,048.73** | **($5,301,095.03)** |
| **KBC Institutional Investors** | 10/01/2024 | 4,892 | $110.67 | $541,418.68 | held | 37,569 | $60.25 | $2,263,638.42 | |
| | 11/12/2024 | 6,358 | $129.84 | $825,514.45 | | | | | |
| | 11/20/2024 | 7,091 | $122.22 | $866,652.09 | | | | | |
| | 11/26/2024 | 7,233 | $130.59 | $944,590.74 | | | | | |
| | 01/06/2025 | 11,404 | $125.57 | $1,431,946.68 | | | | | |
| | 01/16/2025 | 591 | $120.84 | $71,416.44 | | | | | |
| | | **37,569** | | **$4,681,539.09** | | **37,569** | | **$2,263,638.42** | **($2,417,900.66)** |
| **Plato Institutional Index Fund** | 06/04/2024 | 201 | $94.48 | $18,990.48 | held | 5,665 | $60.25 | $341,332.26 | |
| | 07/05/2024 | 3,330 | $99.90 | $332,667.00 | | | | | |
| | 08/26/2024 | 847 | $103.97 | $88,062.59 | | | | | |
| | 09/12/2024 | 187 | $104.50 | $19,541.50 | | | | | |
| | 12/05/2024 | 172 | $136.36 | $23,453.92 | | | | | |
| | 01/21/2025 | 928 | $124.50 | $115,536.00 | | | | | |
| | | **5,665** | | **$598,251.49** | | **5,665** | | **$341,332.26** | **($256,919.23)** |
| **Macomb County Employees' Retirement System** | 06/14/2024 | 1,090 | $95.40 | $103,982.95 | 11/07/2024 | 397 | $130.21 | $51,693.45 | |
| | 06/17/2024 | 1,442 | $97.27 | $140,258.00 | 04/16/2025 | 768 | $60.77 | $46,671.36 | |
| | 06/18/2024 | 1,403 | $98.68 | $138,443.41 | held | 35,765 | $60.25 | $2,154,942.33 | |
| | 06/20/2024 | 2,788 | $97.32 | $271,330.11 | | | | | |
| | 06/21/2024 | 3,402 | $97.07 | $330,219.89 | | | | | |
| | 06/24/2024 | 2,334 | $96.26 | $224,671.07 | | | | | |
| | 06/25/2024 | 1,426 | $97.30 | $138,743.10 | | | | | |
| | 06/26/2024 | 1,462 | $97.57 | $142,647.92 | | | | | |
| | 06/27/2024 | 209 | $97.91 | $20,462.52 | | | | | |
| | 06/28/2024 | 2,202 | $97.14 | $213,911.09 | | | | | |
| | 07/01/2024 | 335 | $96.38 | $32,287.07 | | | | | |
| | 07/02/2024 | 418 | $97.95 | $40,943.43 | | | | | |
| | 07/03/2024 | 439 | $99.37 | $43,622.95 | | | | | |
| | 07/05/2024 | 571 | $99.79 | $56,979.23 | | | | | |
| | 07/08/2024 | 857 | $98.91 | $84,768.87 | | | | | |

Exhibit C
018

Movants' Purchases and Losses

The Trade Desk

| | 07/09/2024 | 141 | $99.11 | $13,974.09 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 07/10/2024 | 1,257 | $99.67 | $125,281.92 | | | | | |
| | 07/11/2024 | 2,480 | $98.94 | $245,372.69 | | | | | |
| | 07/12/2024 | 1,052 | $99.06 | $104,214.49 | | | | | |
| | 07/15/2024 | 489 | $99.93 | $48,867.43 | | | | | |
| | 07/16/2024 | 865 | $99.81 | $86,335.39 | | | | | |
| | 07/17/2024 | 1,893 | $97.90 | $185,326.59 | | | | | |
| | 07/25/2024 | 1,552 | $91.67 | $142,266.56 | | | | | |
| | 07/26/2024 | 1,114 | $92.09 | $102,586.37 | | | | | |
| | 07/29/2024 | 1,047 | $92.28 | $96,614.54 | | | | | |
| | 07/30/2024 | 1,888 | $89.75 | $169,439.13 | | | | | |
| | 07/31/2024 | 1,805 | $89.97 | $162,389.35 | | | | | |
| | 08/09/2024 | 273 | $93.74 | $25,590.17 | | | | | |
| | 08/13/2024 | 409 | $97.71 | $39,965.15 | | | | | |
| | 08/14/2024 | 287 | $98.00 | $28,124.68 | | | | | |
| | | **36,930** | | **$3,559,620.17** | | **36,930** | | **$2,253,307.13** | **($1,306,313.04)** |
| **Macomb County Intermediate Retirees Medical Benefits Trust** | 06/14/2024 | 311 | $95.40 | $29,668.53 | 12/18/2024 | 474 | $132.35 | $62,736.13 | |
| | 06/17/2024 | 412 | $97.27 | $40,073.72 | 04/16/2025 | 385 | $60.77 | $23,396.45 | |
| | 06/18/2024 | 401 | $98.68 | $39,569.36 | held | 10,063 | $60.25 | $606,324.19 | |
| | 06/20/2024 | 796 | $97.32 | $77,467.28 | | | | | |
| | 06/21/2024 | 971 | $97.07 | $94,251.47 | | | | | |
| | 06/24/2024 | 666 | $96.26 | $64,109.23 | | | | | |
| | 06/25/2024 | 407 | $97.30 | $39,599.19 | | | | | |
| | 06/26/2024 | 417 | $97.57 | $40,686.86 | | | | | |
| | 06/27/2024 | 60 | $97.91 | $5,874.41 | | | | | |
| | 06/28/2024 | 629 | $97.14 | $61,103.58 | | | | | |
| | 07/01/2024 | 96 | $96.38 | $9,252.41 | | | | | |
| | 07/02/2024 | 119 | $97.95 | $11,656.15 | | | | | |
| | 07/03/2024 | 138 | $99.37 | $13,712.91 | | | | | |
| | 07/05/2024 | 179 | $99.79 | $17,862.14 | | | | | |
| | 07/08/2024 | 270 | $98.91 | $26,706.65 | | | | | |
| | 07/09/2024 | 44 | $99.11 | $4,360.71 | | | | | |
| | 07/10/2024 | 396 | $99.67 | $39,468.29 | | | | | |
| | 07/11/2024 | 780 | $98.94 | $77,173.67 | | | | | |
| | 07/12/2024 | 331 | $99.06 | $32,789.92 | | | | | |
| | 07/15/2024 | 154 | $99.93 | $15,389.74 | | | | | |
| | 07/16/2024 | 272 | $99.81 | $27,148.24 | | | | | |
| | 07/17/2024 | 595 | $97.90 | $58,251.10 | | | | | |
| | 07/25/2024 | 459 | $91.67 | $42,074.97 | | | | | |
| | 07/26/2024 | 330 | $92.09 | $30,389.14 | | | | | |
| | 07/29/2024 | 310 | $92.28 | $28,606.03 | | | | | |
| | 07/30/2024 | 558 | $89.75 | $50,077.88 | | | | | |
| | 07/31/2024 | 534 | $89.97 | $48,042.06 | | | | | |
| | 08/09/2024 | 81 | $93.74 | $7,592.69 | | | | | |
| | 08/13/2024 | 121 | $97.71 | $11,823.43 | | | | | |
| | 08/14/2024 | 85 | $98.00 | $8,329.61 | | | | | |
| | | **10,922** | | **$1,053,111.32** | | **10,922** | | **$692,456.77** | **($360,654.55)** |

Exhibit C
019

Movants' Purchases and Losses — Class Period: 05/09/2024 - 02/12/2025 — The Trade Desk

| **Macomb County Retiree Health Care Fund** | 06/14/2024 | 367 | $95.40 | $35,010.77 | held | 12,888 | $60.25 | $776,538.42 | |
| | 06/17/2024 | 486 | $97.27 | $47,271.42 | | | | | |
| | 06/18/2024 | 473 | $98.68 | $46,674.08 | | | | | |
| | 06/20/2024 | 939 | $97.32 | $91,384.14 | | | | | |
| | 06/21/2024 | 1,146 | $97.07 | $111,238.09 | | | | | |
| | 06/24/2024 | 786 | $96.26 | $75,660.44 | | | | | |
| | 06/25/2024 | 480 | $97.30 | $46,701.74 | | | | | |
| | 06/26/2024 | 492 | $97.57 | $48,004.64 | | | | | |
| | 06/27/2024 | 70 | $97.91 | $6,853.48 | | | | | |
| | 06/28/2024 | 742 | $97.14 | $72,080.85 | | | | | |
| | 07/01/2024 | 113 | $96.38 | $10,890.86 | | | | | |
| | 07/02/2024 | 141 | $97.95 | $13,811.06 | | | | | |
| | 07/03/2024 | 163 | $99.37 | $16,197.13 | | | | | |
| | 07/05/2024 | 212 | $99.79 | $21,155.16 | | | | | |
| | 07/08/2024 | 318 | $98.91 | $31,454.49 | | | | | |
| | 07/09/2024 | 52 | $99.11 | $5,153.56 | | | | | |
| | 07/10/2024 | 467 | $99.67 | $46,544.68 | | | | | |
| | 07/11/2024 | 921 | $98.94 | $91,124.29 | | | | | |
| | 07/12/2024 | 391 | $99.06 | $38,733.71 | | | | | |
| | 07/15/2024 | 181 | $99.93 | $18,087.95 | | | | | |
| | 07/16/2024 | 321 | $99.81 | $32,038.91 | | | | | |
| | 07/17/2024 | 704 | $97.90 | $68,922.30 | | | | | |
| | 07/25/2024 | 542 | $91.67 | $49,683.30 | | | | | |
| | 07/26/2024 | 389 | $92.09 | $35,822.35 | | | | | |
| | 07/29/2024 | 365 | $92.28 | $33,681.29 | | | | | |
| | 07/30/2024 | 659 | $89.75 | $59,142.15 | | | | | |
| | 07/31/2024 | 630 | $89.97 | $56,678.83 | | | | | |
| | 08/09/2024 | 95 | $93.74 | $8,905.01 | | | | | |
| | 08/13/2024 | 143 | $97.71 | $13,973.14 | | | | | |
| | 08/14/2024 | 100 | $98.00 | $9,799.54 | | | | | |
| | | **12,888** | | **$1,242,679.37** | | **12,888** | | **$776,538.42** | **($466,140.95)** |
| **Movants' Total** | | **194,082** | | **$22,480,345.20** | | **194,082** | | **$12,371,321.74** | **($10,109,023.47)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $60.25 as of April 21, 2025 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

Exhibit C
020