# EXHIBIT M

| | | | | LIFO Loss Total: | ($87,243,283.27) |
| | | | | Retained Price: | $210.72 |

| Security | Account | Transaction | Date | Shares | Price | Transaction | Date | Shares | Price | LIFO Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | GDMS | Opening Balance | - | 832 | - | SELL | 06/24/2024 | 832 | $ 208.1400 | - |
| Common Stock | GDMS | Opening Balance | - | 670 | - | SELL | 08/30/2024 | 670 | $ 229.0000 | - |
| Common Stock | GDMS | Opening Balance | - | 1,036 | - | SELL | 09/30/2024 | 1,036 | $ 233.0000 | - |
| Common Stock | GDMS | BUY | 07/30/2024 | 153 | $ 218.8000 | SELL | 08/30/2024 | 153 | $ 229.0000 | $1,560.60 |
| Common Stock | GDMS | BUY | 10/31/2024 | 265 | $ 225.9100 | Retained Shares | - | 265 | $ 210.7248 | ($4,024.08) |
| Common Stock | GDMS | BUY | 12/13/2024 | 13,618 | $ 248.1300 | Retained Shares | - | 13,618 | $ 210.7248 | ($509,384.01) |
| Common Stock | GDMS | BUY | 12/17/2024 | 7,046 | $ 251.9450 | Retained Shares | - | 7,046 | $ 210.7248 | ($290,437.53) |
| Common Stock | GDMS | BUY | 12/27/2024 | 58 | $ 255.5900 | SELL | 01/31/2025 | 58 | $ 236.0000 | ($1,136.22) |
| Common Stock | GDMS | BUY | 12/27/2024 | 104 | $ 255.5900 | Retained Shares | - | 104 | $ 210.7248 | ($4,665.98) |
| Common Stock | GDMS | BUY | 02/28/2025 | 198 | $ 241.8400 | Retained Shares | - | 198 | $ 210.7248 | ($6,160.81) |
| Common Stock | GDMS | BUY | 03/17/2025 | 6,725 | $ 214.0000 | Retained Shares | - | 6,725 | $ 210.7248 | ($22,025.72) |
| Common Stock | GDMS | BUY | 03/31/2025 | 1,349 | $ 222.1300 | Retained Shares | - | 1,349 | $ 210.7248 | ($15,385.61) |
| Common Stock | GDMS | BUY | 04/30/2025 | 1,366 | $ 212.5000 | SELL | 05/30/2025 | 1,366 | $ 200.8500 | ($15,913.90) |
| Common Stock | GDMS | BUY | 04/30/2025 | 418 | $ 212.5000 | Retained Shares | - | 418 | $ 210.7248 | ($742.03) |
| Common Stock | GDMS | BUY | 04/30/2025 | 860 | $ 212.5000 | SELL | 06/30/2025 | 860 | $ 205.1700 | ($6,303.80) |
| | | | | | | | | | | ($874,619.10) |

| Security | Account | Transaction | Date | Shares | Price | Transaction | Date | Shares | Price | LIFO Gains/(Losses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | GDSN | Opening Balance | - | 199,445 | - | SELL | 10/01/2024 | 199,445 | $ 226.9269 | - |
| Common Stock | GDSN | Opening Balance | - | 230,495 | - | SELL | 10/01/2024 | 230,495 | $ 227.2260 | - |
| Common Stock | GDSN | Opening Balance | - | 255,522 | - | SELL | 01/24/2025 | 255,522 | $ 224.2534 | - |
| Common Stock | GDSN | Opening Balance | - | 171,498 | - | SELL | 01/24/2025 | 171,498 | $ 224.7283 | - |
| Common Stock | GDSN | Opening Balance | - | 1,311 | - | SELL | 03/10/2025 | 1,311 | $ 232.6550 | - |
| Common Stock | GDSN | Opening Balance | - | 132,459 | - | SELL | 03/10/2025 | 132,459 | $ 231.3749 | - |
| Common Stock | GDSN | Opening Balance | - | 8,785 | - | SELL | 03/10/2025 | 8,785 | $ 230.0714 | - |
| Common Stock | GDSN | Opening Balance | - | 21,861 | - | SELL | 04/14/2025 | 21,861 | $ 210.9091 | - |
| Common Stock | GDSN | Opening Balance | - | 155,289 | - | SELL | 04/14/2025 | 155,289 | $ 208.6100 | - |
| Common Stock | GDSN | Opening Balance | - | 130,600 | - | Transfer To GDSN | 04/22/2025 | 130,600 | - | - |
| Common Stock | GDSN | Opening Balance | - | 116,600 | - | Transfer To NPTM | 06/10/2025 | 116,600 | - | - |
| | | | | | | | | | | $0.00 |