# **EXHIBIT O**

```
MIME-Version:1.0
From:ecf-notice@mnd.uscourts.gov
To:mndecfnotifications@mnd.uscourts.gov
Message-Id:<9887285@mnd.uscourts.gov>
Subject:Activity in Case 0:24-cv-01743-JMB-JFD California Public Employees' Retirement System
v. UnitedHealth Group Inc. et al Order on Motion to Alter/Amend/Supplement Pleadings
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## U.S. District of Minnesota

### Notice of Electronic Filing

The following transaction was entered on 8/27/2025 at 11:30 AM CDT and filed on 8/27/2025

**Case Name:**        California Public Employees' Retirement System v. UnitedHealth Group Inc. et al
**Case Number:**      0:24-cv-01743-JMB-JFD
**Filer:**
**Document Number:** 156(No document attached)

**Docket Text:**
**ORDER granting [149] Motion to Alter/Amend/Supplement Pleadings. Plaintiffs' Motion to Amend [149] is GRANTED. Plaintiffs must recaption their pleading as their Third Amended Supplemental Consolidated Complaint and must file it by September 6, 2025. The Court shares Defendants' concerns regarding the number of amendments and supplementations to the complaint and the delays those changes have caused in this case. The Court will take those concerns into consideration if and when Plaintiffs seek further amendments to which Defendants object. Signed by Magistrate Judge John F. Docherty on 8/27/2025. (DRD)**

**0:24-cv-01743-JMB-JFD Notice has been electronically mailed to:**

Anderson Tuggle      anderson.tuggle@faegredrinker.com, docketgeneral@faegredrinker.com

Darren J Robbins      darrenr@rgrdlaw.com

Jack Abbey Gephart      jgephart@rgrdlaw.com, jgephart@ecf.courtdrive.com

Jeffrey Stein      jstein@rgrdlaw.com, CReis@ecf.courtdrive.com, creis@rgrdlaw.com, e_file_sd@rgrdlaw.com, jstein@ecf.courtdrive.com

Jeffrey P Justman      jeff.justman@faegredrinker.com, kristen.mcgrew@faegredrinker.com

Jeffrey T. Scott      scottj@sullcrom.com

Laurie L Largent      llargent@rgrdlaw.com, LLargent@ecf.courtdrive.com

Matthew B Kilby      matthew.kilby@faegredrinker.com, pam.jarnberg@faegredrinker.com

Matthew Isaac Alpert      malpert@rgrdlaw.com, e_file_sd@rgrdlaw.com, MAlpert@ecf.courtdrive.com

Matthew J. Porpora      porporam@sullcrom.com, matthew-porpora-7454@ecf.pacerpro.com,
s&cmanagingclerk@sullcrom.com

Peter Magnuson      peter.magnuson@faegredrinker.com, kristen.mcgrew@faegredrinker.com

Robert J. Giuffra , Jr      giuffrar@sullcrom.com

Robert Russell Henssler , Jr      bhenssler@rgrdlaw.com, bhenssler@ecf.courtdrive.com

Sam Sheldon      ssheldon@rgrdlaw.com, kdavalos@rgrdlaw.com, ssheldon@ecf.courtdrive.com

Timothy M Sullivan      tim@tmsull.com

**0:24-cv-01743-JMB-JFD Notice has been delivered by other means to:**