# EXHIBIT R

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

NEW MEXICO STATE INVESTMENT COUNCIL ("NMSIC") declares:

1. I, Brian E. McMath, am an Assistant Attorney General, Office of the Attorney General of the State of New Mexico. Having made the determination that this action is in the interest of the State of New Mexico, the Attorney General is statutorily authorized to represent the NMSIC in this litigation.

2. I have reviewed a complaint and authorized the filing of a motion for appointment as lead plaintiff on NMSIC's behalf.

3. NMSIC did not acquire the security that is the subject of this action at the direction of counsel or to participate in this action or any other litigation under the federal securities laws.

4. NMSIC is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. NMSIC has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

6. NMSIC has sought to serve as a representative party in a class action arising under the Securities Exchange Act of 1934 that was filed during the three-year period preceding the date on which this Certification is signed in:

*United Food & Commercial Workers International Union Local 464A v. Pilgrim's Pride Corp.*, No. 1:20-cv-01966 (D. Colo.)
*City of Hialeah Employees' Retirement System v. Peloton Interactive, Inc.*, No. 1:21-cv-09582 (S.D.N.Y.)
*Sun v. TAL Education Group,* No. 1:22-cv-01015 (S.D.N.Y.)
*Crews v. Rivian Automotive, Inc.,* No. 2:22-cv-01524 (C.D. Cal.)

7. NMSIC will not accept any payment for serving as a representative party on behalf of the class beyond NMSIC's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of August, 2022.

NEW MEXICO STATE INVESTMENT COUNCIL

By: *Brian E. McMath*
    Brian E. McMath
    Assistant Attorney General
    Office of the Attorney General for the State
    of New Mexico

ENERGY TRANSFER 22

# SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/17/2017 | 3,708 | $18.60 |
| 05/01/2017 | 3,663 | $18.66 |
| 05/08/2017 | 3,551 | $17.58 |
| 05/12/2017 | 29,200 | $18.69 |
| 05/16/2017 | 8,722 | $18.82 |
| 05/17/2017 | 10,766 | $18.61 |
| 05/19/2017 | 2,348 | $18.37 |
| 05/25/2017 | 23,021 | $18.26 |
| 05/26/2017 | 20,448 | $18.06 |
| 06/01/2017 | 15,792 | $17.34 |
| 06/14/2017 | 11,116 | $16.21 |
| 06/15/2017 | 10,445 | $15.91 |
| 06/15/2017 | 10,870 | $15.95 |
| 06/15/2017 | 13,630 | $15.88 |
| 06/15/2017 | 28,887 | $15.91 |
| 06/16/2017 | 18,895 | $16.31 |
| 06/19/2017 | 8,396 | $16.01 |
| 06/21/2017 | 25,417 | $15.20 |
| 06/22/2017 | 15,785 | $15.20 |
| 06/23/2017 | 30,035 | $15.84 |
| 06/26/2017 | 6,507 | $16.25 |
| 06/26/2017 | 48,343 | $16.31 |
| 06/27/2017 | 3,369 | $16.60 |
| 06/27/2017 | 21,069 | $16.50 |
| 06/28/2017 | 3,490 | $16.68 |
| 06/28/2017 | 46,579 | $17.12 |
| 06/29/2017 | 6,103 | $17.72 |
| 06/30/2017 | 21,237 | $17.97 |
| 07/05/2017 | 5,559 | $17.63 |
| 07/11/2017 | 16,936 | $17.90 |
| 07/13/2017 | 10,608 | $17.84 |
| 07/14/2017 | 21,991 | $17.97 |
| 07/18/2017 | 8,587 | $17.98 |
| 07/24/2017 | 12,301 | $17.58 |
| 07/25/2017 | 10,299 | $17.96 |
| 07/31/2017 | 39,026 | $17.65 |
| 08/16/2017 | 4,265 | $17.11 |
| 09/28/2017 | 2,143 | $17.41 |
| 10/16/2017 | 14,075 | $17.82 |
| 11/07/2017 | 1,130 | $18.17 |
| 11/16/2017 | 4,266 | $16.65 |
| 12/22/2017 | 6,934 | $16.95 |
| 01/03/2018 | 8,865 | $17.92 |
| 01/10/2018 | 2,149 | $17.32 |
| 01/19/2018 | 1,696 | $17.84 |
| 02/08/2018 | 4,431 | $17.13 |

| Date | Shares | Price |
|---|---|---|
| 02/15/2018 | 311 | $17.46 |
| 02/27/2018 | 9,906 | $16.16 |
| 03/12/2018 | 19,652 | $15.55 |
| 03/15/2018 | 68,563 | $14.37 |
| 04/30/2018 | 18,527 | $15.69 |
| 05/23/2018 | 69 | $17.17 |
| 05/25/2018 | 3,038 | $16.72 |
| 08/21/2018 | 15,025 | $18.29 |
| 10/19/2018 (ET Partners merger) | 2,992,128 | $17.06 |
| 11/15/2018 | 419 | $14.77 |
| 12/24/2018 | 5,490 | $12.07 |
| 01/29/2019 | 11,709 | $14.37 |
| 09/25/2019 | 14,008 | $13.17 |
| 11/20/2019 | 31,965 | $11.37 |
| 11/21/2019 | 19,419 | $11.90 |
| 12/03/2019 | 19,205 | $11.61 |
| 12/04/2019 | 7,363 | $11.37 |
| 12/19/2019 | 11,597 | $13.00 |
| 12/27/2019 | 65,911 | $13.13 |
| 01/27/2020 | 14,041 | $12.47 |
| 02/20/2020 | 3,794 | $12.79 |
| 02/21/2020 | 6,494 | $12.45 |
| 02/24/2020 | 8,587 | $11.75 |
| 02/24/2020 | 8,833 | $11.60 |
| 02/25/2020 | 12,155 | $11.70 |
| 02/25/2020 | 55,459 | $11.28 |
| 02/26/2020 | 6,885 | $11.22 |
| 03/02/2020 | 5,525 | $11.40 |
| 03/04/2020 | 9,580 | $11.46 |
| 03/19/2020 | 152,365 | $5.31 |
| 03/20/2020 | 25,739 | $5.50 |
| 04/07/2020 | 2,234 | $5.85 |
| 04/24/2020 | 1,954 | $7.27 |
| 08/05/2020 | 12,545 | $7.23 |
| 08/12/2020 | 640 | $6.57 |
| 11/30/2020 | 10,405 | $6.21 |
| 11/30/2020 | 22,931 | $6.25 |
| 01/11/2021 | 6,071 | $6.80 |
| 02/26/2021 | 19,459 | $7.84 |
| 03/02/2021 | 1,903 | $7.99 |
| 03/03/2021 | 9,930 | $8.04 |
| 03/03/2021 | 16,125 | $8.00 |
| 03/04/2021 | 6,203 | $7.89 |
| 03/05/2021 | 6,139 | $8.08 |
| 03/08/2021 | 6,163 | $8.12 |
| 03/08/2021 | 14,770 | $8.10 |
| 03/12/2021 | 13,425 | $8.45 |
| 03/15/2021 | 77,125 | $8.35 |
| 03/16/2021 | 7,262 | $8.10 |
| 03/17/2021 | 5,348 | $8.12 |
| 03/18/2021 | 21,714 | $7.95 |
| 03/23/2021 | 16,242 | $7.74 |
| 03/24/2021 | 15,681 | $7.87 |
| 03/25/2021 | 5,214 | $7.71 |
| 03/26/2021 | 2,241 | $7.85 |

| | | |
|---|---|---|
| 03/26/2021 | 2,444 | $7.76 |
| 03/30/2021 | 2,798 | $7.69 |
| 04/08/2021 | 5,391 | $7.85 |
| 04/09/2021 | 1,623 | $8.00 |
| 04/12/2021 | 8,113 | $8.04 |
| 04/13/2021 | 5,217 | $8.01 |
| 04/14/2021 | 21,822 | $8.00 |
| 04/15/2021 | 6,212 | $8.03 |
| 04/20/2021 | 12,273 | $7.88 |
| 04/20/2021 | 12,483 | $7.82 |
| 04/21/2021 | 17,961 | $7.95 |
| 04/23/2021 | 15,231 | $8.08 |
| 04/26/2021 | 17,865 | $8.19 |
| 04/27/2021 | 9,604 | $8.34 |
| 04/28/2021 | 5,719 | $8.63 |
| 04/28/2021 | 17,294 | $8.61 |
| 04/29/2021 | 24,901 | $8.76 |
| 04/30/2021 | 57,289 | $8.67 |
| 05/03/2021 | 10,150 | $8.59 |
| 05/04/2021 | 82,016 | $8.81 |
| 05/05/2021 | 27,308 | $9.03 |
| 05/05/2021 | 37,604 | $8.97 |
| 05/06/2021 | 25,845 | $8.97 |
| 05/06/2021 | 68,613 | $9.04 |
| 05/07/2021 | 16,350 | $9.77 |
| 05/10/2021 | 16,384 | $9.77 |
| 05/11/2021 | 27,325 | $9.50 |
| 05/12/2021 | 2,631 | $9.65 |
| 05/12/2021 | 15,139 | $9.92 |
| 05/13/2021 | 17,789 | $9.85 |
| 05/14/2021 | 5,595 | $10.24 |
| 05/17/2021 | 21,878 | $10.43 |
| 05/18/2021 | 47,578 | $10.34 |
| 05/19/2021 | 16,468 | $10.05 |
| 05/19/2021 | 22,020 | $9.94 |
| 05/20/2021 | 16,809 | $9.97 |
| 05/20/2021 | 30,623 | $10.02 |
| 05/21/2021 | 2,945 | $10.13 |
| 05/21/2021 | 21,849 | $10.05 |
| 05/24/2021 | 3,707 | $10.29 |
| 05/24/2021 | 7,401 | $10.27 |
| 05/24/2021 | 56,462 | $10.29 |
| 05/25/2021 | 27,455 | $10.00 |
| 05/26/2021 | 1,835 | $10.00 |
| 05/26/2021 | 59,926 | $9.96 |
| 05/27/2021 | 24,089 | $10.07 |
| 05/28/2021 | 19,154 | $9.97 |
| 06/01/2021 | 16,012 | $10.24 |
| 06/02/2021 | 23,183 | $10.49 |
| 06/03/2021 | 15,540 | $10.37 |
| 06/04/2021 | 11,171 | $10.78 |
| 06/04/2021 | 16,750 | $10.54 |
| 06/07/2021 | 14,791 | $10.89 |
| 06/07/2021 | 43,012 | $10.84 |
| 06/08/2021 | 20,109 | $10.81 |

| | | |
|---|---|---|
| 06/08/2021 | 28,727 | $10.83 |
| 06/09/2021 | 7,773 | $10.91 |
| 06/09/2021 | 21,016 | $10.90 |
| 06/10/2021 | 7,943 | $10.96 |
| 06/11/2021 | 5,827 | $11.27 |
| 06/14/2021 | 5,749 | $11.27 |
| 06/14/2021 | 7,029 | $11.41 |
| 06/16/2021 | 21,024 | $11.27 |
| 06/17/2021 | 4,704 | $11.05 |
| 06/18/2021 | 4,868 | $10.70 |
| 06/18/2021 | 13,575 | $10.61 |
| 06/18/2021 | 14,189 | $10.54 |
| 06/21/2021 | 22,772 | $10.90 |
| 06/22/2021 | 21,108 | $10.88 |
| 06/23/2021 | 9,580 | $11.07 |
| 06/23/2021 | 14,643 | $11.01 |
| 06/25/2021 | 1,795 | $10.80 |
| 07/01/2021 | 4,717 | $10.61 |
| 07/02/2021 | 3,734 | $10.65 |
| 07/07/2021 | 14,103 | $10.49 |
| 07/08/2021 | 14,551 | $10.34 |
| 07/09/2021 | 57,705 | $10.63 |
| 07/12/2021 | 4,270 | $10.49 |
| 07/13/2021 | 1,699 | $10.36 |
| 07/14/2021 | 7,235 | $10.13 |
| 07/15/2021 | 5,638 | $9.88 |
| 07/16/2021 | 8,701 | $9.77 |
| 07/19/2021 | 42,156 | $9.19 |
| 07/20/2021 | 14,342 | $9.64 |
| 07/21/2021 | 13,642 | $9.95 |
| 07/21/2021 | 15,378 | $10.12 |
| 07/22/2021 | 13,619 | $10.00 |
| 07/23/2021 | 10,267 | $9.83 |
| 07/26/2021 | 1,077 | $9.96 |
| 07/29/2021 | 6,980 | $9.98 |
| 08/02/2021 | 14,403 | $9.86 |
| 08/03/2021 | 14,319 | $9.63 |
| 08/04/2021 | 28,624 | $9.38 |
| 08/05/2021 | 24,323 | $9.32 |
| 08/06/2021 | 9,080 | $9.27 |
| 08/09/2021 | 2,866 | $9.18 |
| 08/10/2021 | 14,314 | $9.37 |
| 08/11/2021 | 14,317 | $9.45 |
| 08/12/2021 | 14,317 | $9.55 |
| 08/13/2021 | 5,726 | $9.61 |
| 08/16/2021 | 9,172 | $9.51 |
| 08/17/2021 | 9,911 | $9.53 |
| 08/17/2021 | 10,296 | $9.50 |
| 08/18/2021 | 25,898 | $9.13 |
| 08/19/2021 | 12,791 | $8.85 |
| 08/20/2021 | 2,838 | $9.14 |
| 08/23/2021 | 15,720 | $9.26 |
| 08/26/2021 | 1,987 | $9.34 |
| 08/27/2021 | 5,622 | $9.46 |
| 09/21/2021 | 9,152 | $8.69 |

| Date | Amount of Shares | Price |
|---|---|---|
| 09/28/2021 | 3,890 | $9.78 |
| 09/30/2021 | 2,807 | $9.57 |
| 10/05/2021 | 1,255 | $10.07 |
| 10/11/2021 | 5,006 | $9.95 |
| 10/15/2021 | 237 | $9.98 |
| 10/25/2021 | 423 | $9.84 |
| 11/09/2021 | 9,300 | $9.30 |
| 11/11/2021 | 26,380 | $9.21 |
| 11/16/2021 | 14,717 | $9.40 |
| 11/17/2021 | 44,653 | $9.09 |
| 11/19/2021 | 9,966 | $8.72 |
| 11/22/2021 | 20,556 | $8.74 |
| 11/29/2021 | 17,531 | $8.62 |
| 11/29/2021 | 25,399 | $8.63 |
| 11/29/2021 | 76,031 | $8.65 |
| 11/30/2021 | 3,454 | $8.53 |
| 12/3/2021 (Enable Midstream merger) | 214,160 | $8.23 |
| 12/08/2021 | 471,570 | $7.65 |
| 12/10/2021 | 9,379 | $8.48 |
| 12/13/2021 | 25,108 | $8.25 |
| 12/14/2021 | 24,892 | $8.23 |
| 12/15/2021 | 15,604 | $8.16 |
| 12/16/2021 | 25,888 | $8.48 |
| 12/17/2021 | 1 | $8.35 |
| 12/20/2021 | 8,104 | $8.23 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/31/2017 | 3,852 | $16.75 |
| 08/09/2017 | 3,619 | $17.56 |
| 04/16/2018 | 937 | $14.95 |
| 05/22/2018 | 11,747 | $17.39 |
| 06/26/2018 | 2,582 | $17.26 |
| 07/03/2018 | 9,770 | $17.49 |
| 08/07/2018 | 193 | $19.08 |
| 09/04/2018 | 21,578 | $17.59 |
| 09/11/2018 | 4,394 | $17.73 |
| 09/12/2018 | 4,240 | $17.75 |
| 09/13/2018 | 4,240 | $17.57 |
| 09/17/2018 | 5,873 | $17.43 |
| 09/19/2018 | 2,514 | $17.56 |
| 10/01/2018 | 8,586 | $17.59 |
| 10/02/2018 | 1,178 | $18.01 |
| 10/03/2018 | 1,160 | $17.93 |
| 10/05/2018 | 16,891 | $17.57 |
| 10/12/2018 | 11,443 | $16.88 |
| 10/17/2018 | 3,290 | $17.03 |
| 11/05/2018 | 1,623 | $15.92 |
| 11/14/2018 | 9,959 | $15.22 |
| 12/03/2018 | 7,811 | $15.02 |
| 01/03/2019 | 11,842 | $13.36 |
| 01/08/2019 | 58,796 | $14.53 |
| 01/10/2019 | 46,803 | $14.99 |
| 01/14/2019 | 4,099 | $14.88 |

| | | |
|---|---|---|
| 01/15/2019 | 1,776 | $14.85 |
| 01/24/2019 | 828 | $14.26 |
| 01/25/2019 | 4,144 | $14.25 |
| 02/01/2019 | 11,407 | $15.00 |
| 02/01/2019 | 12,043 | $14.99 |
| 02/05/2019 | 2,259 | $15.18 |
| 02/05/2019 | 2,644 | $15.16 |
| 02/12/2019 | 929 | $14.57 |
| 02/19/2019 | 1,020 | $15.32 |
| 02/19/2019 | 2,522 | $15.25 |
| 02/19/2019 | 8,197 | $15.26 |
| 02/19/2019 | 16,732 | $15.40 |
| 02/20/2019 | 10,215 | $15.56 |
| 02/21/2019 | 9,012 | $15.61 |
| 02/25/2019 | 18,252 | $15.46 |
| 02/28/2019 | 6,900 | $14.90 |
| 03/11/2019 | 32,640 | $15.21 |
| 03/14/2019 | 11,492 | $15.25 |
| 03/18/2019 | 4,802 | $15.23 |
| 03/25/2019 | 6,050 | $15.35 |
| 04/02/2019 | 6,121 | $15.66 |
| 04/03/2019 | 12,883 | $15.61 |
| 04/04/2019 | 17,648 | $15.55 |
| 04/05/2019 | 40,460 | $15.60 |
| 04/08/2019 | 8,965 | $15.80 |
| 04/10/2019 | 3,831 | $15.46 |
| 04/11/2019 | 4,311 | $15.50 |
| 04/15/2019 | 4,581 | $15.54 |
| 04/16/2019 | 17,583 | $15.51 |
| 04/22/2019 | 7,762 | $15.50 |
| 04/26/2019 | 1,508 | $15.29 |
| 05/02/2019 | 7,208 | $15.20 |
| 05/03/2019 | 6,855 | $15.31 |
| 05/06/2019 | 1,842 | $15.16 |
| 05/10/2019 | 9,233 | $15.19 |
| 05/14/2019 | 18,578 | $14.91 |
| 06/12/2019 | 292 | $14.37 |
| 06/21/2019 | 2,814 | $14.39 |
| 06/24/2019 | 28,301 | $14.35 |
| 06/26/2019 | 4,156 | $14.18 |
| 06/28/2019 | 5,834 | $13.95 |
| 07/02/2019 | 7,719 | $14.11 |
| 07/10/2019 | 4,930 | $14.80 |
| 07/11/2019 | 3,898 | $14.88 |
| 07/12/2019 | 3,605 | $14.87 |
| 07/15/2019 | 10,940 | $14.88 |
| 07/16/2019 | 7,990 | $14.97 |
| 09/06/2019 | 3,300 | $13.36 |
| 11/08/2019 | 31,879 | $12.15 |
| 11/29/2019 | 1,708 | $11.80 |
| 01/08/2020 | 19,603 | $13.61 |
| 01/09/2020 | 12,028 | $13.41 |
| 01/10/2020 | 9,781 | $13.34 |
| 03/24/2020 | 49,596 | $5.01 |
| 03/25/2020 | 21,608 | $5.12 |

| Date | Shares | Price |
|---|---|---|
| 03/25/2020 | 51,122 | $4.82 |
| 03/26/2020 | 8,240 | $5.07 |
| 03/26/2020 | 25,580 | $5.08 |
| 03/26/2020 | 67,164 | $4.98 |
| 03/27/2020 | 30,607 | $4.81 |
| 03/27/2020 | 78,442 | $4.87 |
| 03/30/2020 | 33,955 | $4.51 |
| 03/31/2020 | 158,346 | $4.57 |
| 03/31/2020 | 163,325 | $4.57 |
| 04/17/2020 | 29,656 | $6.01 |
| 04/20/2020 | 36,816 | $6.29 |
| 04/29/2020 | 5,280 | $7.81 |
| 04/30/2020 | 10,177 | $8.43 |
| 04/30/2020 | 68,827 | $8.55 |
| 05/01/2020 | 16,700 | $7.86 |
| 05/01/2020 | 47,596 | $8.05 |
| 05/04/2020 | 46,787 | $7.91 |
| 05/05/2020 | 128,487 | $8.19 |
| 05/07/2020 | 4,910 | $7.72 |
| 05/07/2020 | 46,501 | $7.79 |
| 05/08/2020 | 5,734 | $7.59 |
| 05/08/2020 | 23,243 | $7.64 |
| 05/08/2020 | 68,568 | $7.58 |
| 05/11/2020 | 69,435 | $7.56 |
| 05/12/2020 | 81,812 | $7.76 |
| 05/15/2020 | 28,630 | $7.05 |
| 05/18/2020 | 14,438 | $7.85 |
| 05/22/2020 | 1,916 | $8.13 |
| 05/27/2020 | 16,257 | $8.26 |
| 05/28/2020 | 18,168 | $8.28 |
| 05/28/2020 | 24,669 | $8.46 |
| 05/29/2020 | 52,591 | $8.16 |
| 06/03/2020 | 33,276 | $8.51 |
| 06/04/2020 | 13,884 | $8.63 |
| 06/05/2020 | 11,954 | $9.29 |
| 06/08/2020 | 47,505 | $9.42 |
| 06/09/2020 | 14,135 | $9.14 |
| 06/24/2020 | 15,656 | $7.61 |
| 06/25/2020 | 11,124 | $7.44 |
| 06/25/2020 | 17,464 | $7.41 |
| 06/30/2020 | 40,172 | $7.03 |
| 07/02/2020 | 15,019 | $7.04 |
| 07/06/2020 | 96,638 | $6.42 |
| 07/06/2020 | 97,094 | $6.37 |
| 07/06/2020 | 128,005 | $6.18 |
| 07/15/2020 | 20,299 | $6.62 |
| 07/16/2020 | 23,205 | $6.59 |
| 07/16/2020 | 96,485 | $6.63 |
| 07/17/2020 | 34,293 | $6.58 |
| 07/22/2020 | 57,613 | $6.64 |
| 07/23/2020 | 30,277 | $6.58 |
| 07/28/2020 | 48,057 | $6.38 |
| 08/04/2020 | 3,314 | $6.75 |
| 08/10/2020 | 18,649 | $6.50 |
| 08/13/2020 | 4,786 | $6.55 |

| 08/14/2020 | 3,339 | $6.60 |
| 09/14/2020 | 3,084 | $5.93 |
| 09/22/2020 | 6,432 | $5.89 |
| 09/29/2020 | 19,626 | $5.55 |
| 11/05/2020 | 31,242 | $5.34 |
| 11/10/2020 | 51,409 | $5.52 |
| 11/11/2020 | 25,742 | $5.37 |
| 11/12/2020 | 34,728 | $5.25 |
| 11/13/2020 | 39,514 | $5.39 |
| 11/13/2020 | 90,812 | $5.39 |
| 11/16/2020 | 534 | $5.46 |
| 11/16/2020 | 43,458 | $5.49 |
| 11/17/2020 | 53,046 | $5.54 |
| 11/20/2020 | 48,813 | $6.11 |
| 12/29/2020 | 20,709 | $6.18 |
| 03/25/2021 | 720 | $7.45 |
| 06/28/2021 | 13,077 | $10.47 |
| 08/20/2021 | 2,587 | $9.10 |
| 10/15/2021 | 10,988 | $9.99 |
| 10/18/2021 | 3,391 | $10.12 |
| 10/25/2021 | 1,657 | $9.95 |
| 12/10/2021 | 4,023 | $8.62 |

Prices listed are rounded up to two decimal places.

*Opening position of 1,355,850 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO ("PERA") declares:

1.      I, Misty Schoeppner, am General Counsel for the PERA. I am fully authorized to enter into and execute this Certification on behalf of PERA.

2.      I have reviewed a complaint and authorized the filing of a motion for appointment as lead plaintiff on PERA's behalf.

3.      PERA did not acquire the security that is the subject of this action at the direction of counsel or to participate in this action or any other litigation under the federal securities laws.

4.      PERA is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      PERA has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

6.      PERA has sought to serve as a representative party in a class action arising under the Securities Exchange Act of 1934 that was filed during the three-year period preceding the date on which this Certification is signed in:

> *Allegheny County Employees' Retirement System v. Energy Transfer LP*, No. 20-cv-00200 (E.D. Pa.)
> *Plymouth County Retirement Association v. Array Technologies, Inc.*, No. 1:21-cv-04390 (S.D.N.Y.)

7.      PERA will not accept any payment for serving as a representative party on behalf of the class beyond PERA's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of August, 2022.

PUBLIC EMPLOYEES RETIREMENT
ASSOCIATION OF NEW MEXICO

By: _____
Misty Schoeppner, General Counsel

ENERGY TRANSFER 22

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/17/2017 | 2,651 | $18.60 |
| 05/01/2017 | 2,637 | $18.66 |
| 05/08/2017 | 2,539 | $17.58 |
| 05/12/2017 | 20,882 | $18.69 |
| 05/16/2017 | 6,241 | $18.82 |
| 05/17/2017 | 7,698 | $18.61 |
| 05/19/2017 | 1,676 | $18.37 |
| 05/25/2017 | 16,462 | $18.26 |
| 05/26/2017 | 14,622 | $18.06 |
| 06/01/2017 | 11,292 | $17.34 |
| 06/14/2017 | 7,955 | $16.21 |
| 06/15/2017 | 7,470 | $15.91 |
| 06/15/2017 | 7,775 | $15.95 |
| 06/15/2017 | 9,748 | $15.88 |
| 06/15/2017 | 20,656 | $15.91 |
| 06/16/2017 | 13,513 | $16.31 |
| 06/19/2017 | 6,004 | $16.01 |
| 06/21/2017 | 20,212 | $15.20 |
| 06/22/2017 | 11,327 | $15.20 |
| 06/23/2017 | 21,496 | $15.84 |
| 06/26/2017 | 4,630 | $16.25 |
| 06/26/2017 | 34,625 | $16.31 |
| 06/27/2017 | 2,404 | $16.60 |
| 06/27/2017 | 15,092 | $16.50 |
| 06/28/2017 | 2,500 | $16.68 |
| 06/28/2017 | 33,371 | $17.12 |
| 06/29/2017 | 6,511 | $17.72 |
| 06/30/2017 | 13,045 | $17.97 |
| 07/05/2017 | 3,979 | $17.63 |
| 07/11/2017 | 12,147 | $17.90 |
| 07/13/2017 | 7,618 | $17.84 |
| 07/14/2017 | 15,774 | $17.97 |
| 07/18/2017 | 6,672 | $17.98 |
| 07/24/2017 | 8,287 | $17.58 |
| 07/25/2017 | 7,381 | $17.96 |
| 07/31/2017 | 27,967 | $17.65 |
| 08/16/2017 | 3,231 | $17.11 |
| 09/28/2017 | 3,637 | $17.41 |
| 10/16/2017 | 10,132 | $17.82 |
| 11/07/2017 | 845 | $18.17 |
| 11/16/2017 | 3,101 | $16.65 |
| 12/22/2017 | 7,221 | $16.95 |
| 01/03/2018 | 6,312 | $17.92 |
| 01/10/2018 | 1,469 | $17.32 |
| 01/19/2018 | 1,091 | $17.84 |
| 02/08/2018 | 3,101 | $17.13 |

| Date | Shares | Price |
|---|---|---|
| 02/15/2018 | 225 | $17.46 |
| 02/27/2018 | 7,118 | $16.16 |
| 03/12/2018 | 14,098 | $15.55 |
| 03/15/2018 | 49,284 | $14.37 |
| 04/16/2018 | 1,784 | $14.95 |
| 04/30/2018 | 13,307 | $15.69 |
| 05/23/2018 | 51 | $17.17 |
| 05/25/2018 | 2,186 | $16.72 |
| 08/21/2018 | 10,832 | $18.29 |
| 10/19/2018 (ET Partners merger) | 2159739 | $17.06 |
| 11/15/2018 | 302 | $14.77 |
| 12/24/2018 | 3,959 | $12.07 |
| 01/29/2019 | 8,455 | $14.37 |
| 09/25/2019 | 12,973 | $13.17 |
| 11/20/2019 | 23,192 | $11.37 |
| 11/21/2019 | 14,107 | $11.90 |
| 11/25/2019 | 0.12 | $12.30 |
| 12/03/2019 | 13,799 | $11.61 |
| 12/04/2019 | 5,498 | $11.37 |
| 12/19/2019 | 8,419 | $13.00 |
| 12/27/2019 | 47,884 | $13.13 |
| 01/27/2020 | 10,240 | $12.47 |
| 02/20/2020 | 2,781 | $12.79 |
| 02/21/2020 | 4,726 | $12.45 |
| 02/24/2020 | 6,243 | $11.75 |
| 02/24/2020 | 6,428 | $11.60 |
| 02/25/2020 | 8,847 | $11.70 |
| 02/25/2020 | 40,356 | $11.28 |
| 02/26/2020 | 5,013 | $11.22 |
| 03/02/2020 | 4,021 | $11.40 |
| 03/04/2020 | 6,979 | $11.46 |
| 03/19/2020 | 111,078 | $5.31 |
| 03/20/2020 | 18,725 | $5.50 |
| 04/07/2020 | 1,379 | $5.85 |
| 04/24/2020 | 1,421 | $7.27 |
| 08/05/2020 | 9,169 | $7.23 |
| 08/12/2020 | 468 | $6.57 |
| 11/30/2020 | 7,618 | $6.21 |
| 11/30/2020 | 16,788 | $6.25 |
| 01/11/2021 | 4,382 | $6.80 |
| 02/26/2021 | 13,970 | $7.84 |
| 03/02/2021 | 1,086 | $7.99 |
| 03/03/2021 | 7,286 | $8.04 |
| 03/03/2021 | 11,817 | $8.00 |
| 03/04/2021 | 4,545 | $7.89 |
| 03/05/2021 | 4,498 | $8.08 |
| 03/08/2021 | 4,517 | $8.12 |
| 03/08/2021 | 10,822 | $8.10 |
| 03/12/2021 | 9,839 | $8.45 |
| 03/15/2021 | 56,514 | $8.35 |
| 03/16/2021 | 5,239 | $8.10 |
| 03/17/2021 | 3,919 | $8.12 |
| 03/18/2021 | 15,910 | $7.95 |
| 03/23/2021 | 11,901 | $7.74 |
| 03/24/2021 | 13,754 | $7.87 |

| | | |
|---|---|---|
| 03/25/2021 | 3,336 | $7.71 |
| 03/26/2021 | 1,645 | $7.85 |
| 03/26/2021 | 1,796 | $7.76 |
| 03/30/2021 | 2,054 | $7.69 |
| 04/08/2021 | 3,955 | $7.85 |
| 04/09/2021 | 1,191 | $8.00 |
| 04/12/2021 | 5,954 | $8.04 |
| 04/13/2021 | 3,827 | $8.01 |
| 04/14/2021 | 16,012 | $8.00 |
| 04/15/2021 | 4,559 | $8.03 |
| 04/20/2021 | 9,005 | $7.88 |
| 04/20/2021 | 9,159 | $7.82 |
| 04/21/2021 | 13,179 | $7.95 |
| 04/23/2021 | 11,175 | $8.08 |
| 04/26/2021 | 13,108 | $8.19 |
| 04/27/2021 | 7,047 | $8.34 |
| 04/28/2021 | 4,196 | $8.63 |
| 04/28/2021 | 12,690 | $8.61 |
| 04/29/2021 | 18,271 | $8.76 |
| 04/30/2021 | 42,035 | $8.67 |
| 05/03/2021 | 7,447 | $8.59 |
| 05/04/2021 | 60,177 | $8.81 |
| 05/05/2021 | 20,037 | $9.03 |
| 05/05/2021 | 27,592 | $8.97 |
| 05/06/2021 | 18,963 | $8.97 |
| 05/06/2021 | 50,344 | $9.04 |
| 05/07/2021 | 11,997 | $9.77 |
| 05/10/2021 | 12,022 | $9.77 |
| 05/11/2021 | 20,049 | $9.50 |
| 05/12/2021 | 1,931 | $9.65 |
| 05/12/2021 | 11,107 | $9.92 |
| 05/13/2021 | 13,053 | $9.85 |
| 05/14/2021 | 4,105 | $10.24 |
| 05/17/2021 | 16,053 | $10.43 |
| 05/18/2021 | 34,910 | $10.34 |
| 05/19/2021 | 12,083 | $10.05 |
| 05/19/2021 | 16,157 | $9.94 |
| 05/20/2021 | 12,333 | $9.97 |
| 05/20/2021 | 22,469 | $10.02 |
| 05/21/2021 | 2,161 | $10.13 |
| 05/21/2021 | 16,032 | $10.05 |
| 05/24/2021 | 2,719 | $10.29 |
| 05/24/2021 | 5,430 | $10.27 |
| 05/24/2021 | 41,429 | $10.29 |
| 05/25/2021 | 20,145 | $10.00 |
| 05/26/2021 | 1,347 | $10.00 |
| 05/26/2021 | 43,969 | $9.96 |
| 05/27/2021 | 17,676 | $10.07 |
| 05/28/2021 | 14,054 | $9.97 |
| 06/01/2021 | 11,749 | $10.24 |
| 06/02/2021 | 17,008 | $10.49 |
| 06/03/2021 | 11,402 | $10.37 |
| 06/04/2021 | 8,197 | $10.78 |
| 06/04/2021 | 12,290 | $10.54 |
| 06/07/2021 | 10,852 | $10.89 |

| Date | Shares | Price |
|---|---|---|
| 06/07/2021 | 31,560 | $10.84 |
| 06/08/2021 | 14,755 | $10.81 |
| 06/08/2021 | 21,078 | $10.83 |
| 06/09/2021 | 5,704 | $10.91 |
| 06/09/2021 | 15,420 | $10.90 |
| 06/10/2021 | 5,828 | $10.96 |
| 06/11/2021 | 4,275 | $11.27 |
| 06/14/2021 | 4,218 | $11.27 |
| 06/14/2021 | 5,158 | $11.41 |
| 06/16/2021 | 15,430 | $11.27 |
| 06/17/2021 | 3,452 | $11.05 |
| 06/18/2021 | 3,571 | $10.70 |
| 06/18/2021 | 10,412 | $10.54 |
| 06/21/2021 | 16,708 | $10.90 |
| 06/22/2021 | 15,488 | $10.88 |
| 06/23/2021 | 7,029 | $11.07 |
| 06/23/2021 | 10,744 | $11.01 |
| 06/25/2021 | 4,758 | $10.80 |
| 07/01/2021 | 3,497 | $10.61 |
| 07/02/2021 | 2,743 | $10.65 |
| 07/07/2021 | 10,360 | $10.49 |
| 07/08/2021 | 10,691 | $10.34 |
| 07/09/2021 | 42,396 | $10.63 |
| 07/12/2021 | 3,137 | $10.49 |
| 07/13/2021 | 1,247 | $10.36 |
| 07/14/2021 | 5,316 | $10.13 |
| 07/15/2021 | 4,253 | $9.88 |
| 07/16/2021 | 6,392 | $9.77 |
| 07/19/2021 | 30,974 | $9.19 |
| 07/20/2021 | 10,539 | $9.64 |
| 07/21/2021 | 10,020 | $9.95 |
| 07/21/2021 | 11,299 | $10.12 |
| 07/22/2021 | 10,008 | $10.00 |
| 07/23/2021 | 7,542 | $9.83 |
| 07/26/2021 | 791 | $9.96 |
| 07/29/2021 | 5,128 | $9.98 |
| 08/02/2021 | 10,583 | $9.86 |
| 08/03/2021 | 10,520 | $9.63 |
| 08/04/2021 | 21,031 | $9.38 |
| 08/05/2021 | 17,870 | $9.32 |
| 08/06/2021 | 6,671 | $9.27 |
| 08/09/2021 | 2,106 | $9.18 |
| 08/10/2021 | 10,517 | $9.37 |
| 08/11/2021 | 10,519 | $9.45 |
| 08/12/2021 | 10,518 | $9.55 |
| 08/13/2021 | 4,208 | $9.61 |
| 08/16/2021 | 6,738 | $9.51 |
| 08/17/2021 | 7,283 | $9.53 |
| 08/17/2021 | 7,564 | $9.50 |
| 08/18/2021 | 19,028 | $9.13 |
| 08/19/2021 | 9,398 | $8.85 |
| 08/20/2021 | 2,086 | $9.14 |
| 08/23/2021 | 11,549 | $9.26 |
| 08/26/2021 | 5,520 | $9.34 |
| 08/27/2021 | 4,141 | $9.46 |

| | | |
|---|---|---|
| 10/05/2021 | 554 | $10.07 |
| 10/11/2021 | 2,269 | $9.95 |
| 10/15/2021 | 107 | $9.98 |
| 10/18/2021 | 606 | $10.12 |
| 10/25/2021 | 195 | $9.84 |
| 11/09/2021 | 4,232 | $9.30 |
| 11/11/2021 | 11,970 | $9.21 |
| 11/16/2021 | 4,009 | $9.40 |
| 11/17/2021 | 19,714 | $9.08 |
| 11/19/2021 | 4,511 | $8.72 |
| 11/22/2021 | 9,818 | $8.74 |
| 11/29/2021 | 7,941 | $8.62 |
| 11/29/2021 | 11,509 | $8.63 |
| 11/29/2021 | 34,451 | $8.65 |
| 11/30/2021 | 1,565 | $8.53 |
| 12/3/2021 (Enable Midstream merger) | 97041 | $8.23 |
| 12/08/2021 | 213,677 | $7.65 |
| 12/10/2021 | 4,250 | $8.48 |
| 12/13/2021 | 11,377 | $8.25 |
| 12/14/2021 | 11,279 | $8.23 |
| 12/15/2021 | 7,070 | $8.16 |
| 12/16/2021 | 11,078 | $8.48 |
| 12/20/2021 | 4,336 | $8.23 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/31/2017 | 2,754 | $16.75 |
| 08/09/2017 | 2,588 | $17.56 |
| 05/22/2018 | 8,424 | $17.39 |
| 07/03/2018 | 6,659 | $17.49 |
| 08/07/2018 | 203 | $19.08 |
| 09/04/2018 | 13,482 | $17.59 |
| 09/11/2018 | 3,174 | $17.73 |
| 09/12/2018 | 3,060 | $17.75 |
| 09/13/2018 | 3,060 | $17.57 |
| 09/17/2018 | 4,240 | $17.43 |
| 09/19/2018 | 1,814 | $17.56 |
| 10/01/2018 | 6,198 | $17.59 |
| 10/02/2018 | 858 | $18.01 |
| 10/03/2018 | 829 | $17.93 |
| 10/05/2018 | 12,192 | $17.57 |
| 10/12/2018 | 8,260 | $16.88 |
| 10/17/2018 | 2,375 | $17.03 |
| 11/05/2018 | 1,171 | $15.92 |
| 11/14/2018 | 7,188 | $15.22 |
| 12/03/2018 | 5,666 | $15.02 |
| 01/03/2019 | 1,517 | $13.36 |
| 01/08/2019 | 42,766 | $14.53 |
| 01/10/2019 | 33,937 | $14.99 |
| 01/14/2019 | 2,852 | $14.88 |
| 01/15/2019 | 1,281 | $14.85 |
| 01/24/2019 | 599 | $14.26 |
| 01/25/2019 | 2,999 | $14.25 |
| 02/01/2019 | 8,285 | $15.00 |

| | | |
|---|---|---|
| 02/01/2019 | 8,709 | $14.99 |
| 02/05/2019 | 1,634 | $15.18 |
| 02/05/2019 | 1,919 | $15.16 |
| 02/12/2019 | 654 | $14.57 |
| 02/19/2019 | 738 | $15.32 |
| 02/19/2019 | 1,823 | $15.25 |
| 02/19/2019 | 5,938 | $15.26 |
| 02/19/2019 | 12,100 | $15.40 |
| 02/20/2019 | 7,416 | $15.56 |
| 02/21/2019 | 6,490 | $15.61 |
| 02/25/2019 | 13,171 | $15.46 |
| 02/28/2019 | 4,999 | $14.90 |
| 03/11/2019 | 23,811 | $15.21 |
| 03/14/2019 | 8,313 | $15.25 |
| 03/18/2019 | 3,479 | $15.23 |
| 04/02/2019 | 3,999 | $15.66 |
| 04/03/2019 | 9,206 | $15.61 |
| 04/04/2019 | 12,769 | $15.55 |
| 04/05/2019 | 29,298 | $15.60 |
| 04/08/2019 | 6,494 | $15.80 |
| 04/10/2019 | 2,761 | $15.46 |
| 04/11/2019 | 3,124 | $15.50 |
| 04/15/2019 | 3,352 | $15.54 |
| 04/16/2019 | 12,740 | $15.51 |
| 04/22/2019 | 5,599 | $15.50 |
| 04/26/2019 | 973 | $15.29 |
| 05/02/2019 | 5,607 | $15.20 |
| 05/03/2019 | 4,750 | $15.31 |
| 05/06/2019 | 1,252 | $15.16 |
| 05/10/2019 | 6,554 | $15.19 |
| 05/14/2019 | 13,389 | $14.91 |
| 06/12/2019 | 111 | $14.37 |
| 06/24/2019 | 17,591 | $14.35 |
| 06/26/2019 | 2,983 | $14.18 |
| 06/28/2019 | 4,259 | $13.95 |
| 07/02/2019 | 5,788 | $14.11 |
| 07/10/2019 | 3,417 | $14.80 |
| 07/11/2019 | 2,826 | $14.88 |
| 07/12/2019 | 2,615 | $14.87 |
| 07/15/2019 | 7,936 | $14.88 |
| 07/16/2019 | 5,795 | $14.97 |
| 11/08/2019 | 23,139 | $12.15 |
| 11/29/2019 | 1,241 | $11.80 |
| 01/08/2020 | 8,928 | $13.61 |
| 01/09/2020 | 8,731 | $13.41 |
| 01/10/2020 | 7,134 | $13.34 |
| 03/24/2020 | 25,553 | $5.01 |
| 03/25/2020 | 15,536 | $5.12 |
| 03/25/2020 | 38,380 | $4.82 |
| 03/26/2020 | 6,001 | $5.07 |
| 03/26/2020 | 18,770 | $5.08 |
| 03/26/2020 | 49,588 | $4.98 |
| 03/27/2020 | 22,414 | $4.81 |
| 03/27/2020 | 57,593 | $4.87 |
| 03/30/2020 | 25,022 | $4.51 |

| | | |
|---|---|---|
| 03/31/2020 | 115,491 | $4.57 |
| 03/31/2020 | 119,170 | $4.57 |
| 04/17/2020 | 22,813 | $6.01 |
| 04/20/2020 | 25,821 | $6.29 |
| 04/29/2020 | 3,854 | $7.81 |
| 04/30/2020 | 7,421 | $8.43 |
| 04/30/2020 | 50,197 | $8.55 |
| 05/01/2020 | 12,179 | $7.86 |
| 05/01/2020 | 34,714 | $8.05 |
| 05/04/2020 | 34,146 | $7.91 |
| 05/05/2020 | 93,681 | $8.19 |
| 05/07/2020 | 3,581 | $7.72 |
| 05/07/2020 | 33,915 | $7.79 |
| 05/08/2020 | 4,182 | $7.59 |
| 05/08/2020 | 16,951 | $7.64 |
| 05/08/2020 | 50,008 | $7.58 |
| 05/11/2020 | 50,642 | $7.56 |
| 05/12/2020 | 59,667 | $7.76 |
| 05/15/2020 | 20,880 | $7.05 |
| 05/18/2020 | 10,531 | $7.85 |
| 05/22/2020 | 1,397 | $8.13 |
| 05/27/2020 | 11,857 | $8.26 |
| 05/28/2020 | 13,250 | $8.28 |
| 05/28/2020 | 17,992 | $8.46 |
| 05/29/2020 | 38,355 | $8.16 |
| 06/03/2020 | 24,273 | $8.51 |
| 06/04/2020 | 10,127 | $8.63 |
| 06/05/2020 | 8,718 | $9.29 |
| 06/08/2020 | 34,646 | $9.42 |
| 06/09/2020 | 10,309 | $9.14 |
| 06/24/2020 | 7,066 | $7.61 |
| 06/25/2020 | 8,095 | $7.44 |
| 06/25/2020 | 12,773 | $7.41 |
| 06/30/2020 | 29,281 | $7.03 |
| 07/02/2020 | 10,999 | $7.04 |
| 07/06/2020 | 70,597 | $6.42 |
| 07/06/2020 | 70,954 | $6.37 |
| 07/06/2020 | 93,536 | $6.18 |
| 07/15/2020 | 14,835 | $6.62 |
| 07/16/2020 | 17,633 | $6.59 |
| 07/16/2020 | 70,479 | $6.63 |
| 07/17/2020 | 24,407 | $6.58 |
| 07/22/2020 | 42,100 | $6.64 |
| 07/23/2020 | 22,124 | $6.58 |
| 07/28/2020 | 35,109 | $6.38 |
| 08/04/2020 | 2,426 | $6.75 |
| 08/10/2020 | 13,628 | $6.50 |
| 08/13/2020 | 3,497 | $6.55 |
| 08/14/2020 | 2,439 | $6.60 |
| 09/22/2020 | 3,463 | $5.89 |
| 09/29/2020 | 14,361 | $5.55 |
| 11/05/2020 | 22,874 | $5.34 |
| 11/10/2020 | 37,639 | $5.52 |
| 11/11/2020 | 18,847 | $5.37 |
| 11/12/2020 | 25,425 | $5.25 |

| | | |
|---|---|---|
| 11/13/2020 | 28,931 | $5.39 |
| 11/13/2020 | 66,488 | $5.39 |
| 11/16/2020 | 476 | $5.46 |
| 11/16/2020 | 31,816 | $5.49 |
| 11/17/2020 | 38,834 | $5.54 |
| 11/20/2020 | 35,736 | $6.11 |
| 12/29/2020 | 13,201 | $6.18 |
| 06/28/2021 | 9,642 | $10.47 |
| 09/21/2021 | 100,125 | $8.68 |
| 09/22/2021 | 500,000 | $9.12 |
| 09/27/2021 | 275,000 | $9.56 |
| 09/28/2021 | 267,647 | $9.58 |
| 10/25/2021 | 311 | $9.95 |
| 12/10/2021 | 1,823 | $8.62 |

Prices listed are rounded up to two decimal places.

*Opening position of 969,544 shares.