# **EXHIBIT T**

## CERTIFICATION

I, Jong-Hee Kim, as Managing Director of the National Pension Service, on behalf of the National Pension Fund (together, "NPS"), hereby certify as follows:

1.     I am fully authorized to enter into and execute this Certification on behalf of NPS. I have reviewed a complaint filed against Rivian Automotive, Inc. ("Rivian") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.     NPS did not purchase securities of Rivian at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.     NPS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. NPS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.     NPS' transactions in Rivian securities during the Class Period are reflected in Exhibit A, attached hereto;

5.     NPS has not sought to serve as a lead plaintiff or representative party in any class action under the federal securities laws filed during the last three years;

6.     Beyond its pro rata share of any recovery, NPS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this  30 day of July, 2024.

_____

Jong-Hee Kim
Managing Director, Risk Management & Legal
*The National Pension Service, on behalf of the National Pension Fund*

2

# EXHIBIT A

## TRANSACTIONS IN RIVIAN AUTOMOTIVE, INC.

### Account 1

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 02/08/24 | 2,608,493 | $16.02 | ($41,778,677.72) |

### Account 2

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 09/14/23 | 180,090 | $24.12 | ($4,343,272.49) |
| BUY | 09/14/23 | 279,305 | $24.12 | ($6,736,063.76) |
| BUY | 09/14/23 | 265,285 | $24.12 | ($6,397,940.16) |
| BUY | 09/14/23 | 353,714 | $24.12 | ($8,530,602.95) |
| SELL | 02/13/24 | (132,643) | $15.30 | $2,029,820.61 |
| SELL | 02/13/24 | (132,643) | $15.31 | $2,030,165.37 |
| SELL | 02/13/24 | (155,289) | $15.27 | $2,371,557.27 |
| SELL | 02/13/24 | (147,737) | $15.28 | $2,256,947.61 |
| SELL | 02/13/24 | (287,932) | $15.30 | $4,405,585.89 |
| SELL | 02/13/24 | (222,150) | $15.30 | $3,399,358.29 |

### Account 3

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 09/14/23 | 180,090 | $24.12 | ($4,343,272.49) |
| BUY | 09/14/23 | 279,305 | $24.12 | ($6,736,063.76) |
| BUY | 09/14/23 | 265,285 | $24.12 | ($6,397,940.16) |
| BUY | 09/14/23 | 353,714 | $24.12 | ($8,530,602.95) |
| SELL | 02/13/24 | (287,932) | $15.30 | $4,405,585.89 |
| SELL | 02/13/24 | (147,737) | $15.28 | $2,256,947.61 |
| SELL | 02/13/24 | (222,150) | $15.30 | $3,399,358.29 |
| SELL | 02/13/24 | (155,289) | $15.27 | $2,371,557.27 |
| SELL | 02/13/24 | (132,643) | $15.30 | $2,029,820.61 |
| SELL | 02/13/24 | (132,643) | $15.31 | $2,030,165.37 |

### Account 4

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 08/31/22 | 39,056 | $32.71 | ($1,277,649.51) |
| BUY | 05/15/23 | 15,283 | $13.32 | ($203,530.31) |
| BUY | 05/15/23 | 209 | $12.88 | ($2,692.14) |
| BUY | 05/31/23 | 80,083 | $14.73 | ($1,179,740.55) |
| SELL | 11/02/23 | (39,056) | $17.58 | $686,559.68 |
| SELL | 11/02/23 | (95,575) | $17.58 | $1,680,098.86 |
| SELL | 11/02/23 | (46,325) | $17.58 | $814,340.36 |

**Account 5**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|:---:|:---:|:---:|:---:|:---:|
| BUY | 10/19/23 | 2,557 | $17.17 | ($43,897.30) |

**Account 6**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|:---:|:---:|:---:|:---:|:---:|
| BUY | 08/17/22 | 38 | $36.44 | ($1,384.53) |
| BUY | 12/20/22 | 218 | $21.41 | ($4,666.29) |
| BUY | 04/05/23 | 133 | $14.64 | ($1,946.46) |
| BUY | 07/19/23 | 549 | $24.86 | ($13,645.40) |
| BUY | 08/31/23 | 100 | $22.74 | ($2,273.50) |
| BUY | 12/12/23 | 91 | $18.22 | ($1,657.57) |