**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Proposed Lead Plaintiff Union*
*Investment Luxembourg S.A. and Proposed*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF JONATHAN D. USLANER IN FURTHER SUPPORT OF THE MOTION OF UNION INVESTMENT LUXEMBOURG S.A. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date: December 3, 2025<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Hon. Noël Wise |

I, Jonathan D. Uslaner, declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I respectfully submit this declaration in further support of the Motion of Union Investment Luxembourg S.A. ("Union") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel.

2. Attached as Exhibit A is a true and correct copy of the corrected chart of transactions and losses of Union.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of September, 2025.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner