# EXHIBIT A

**Union Investment Luxembourg S.A.**

LIFO Loss in Apple Computer Inc. (AAPL)

Class Period: 06/10/24 - 06/09/25

CUSIP: 037833100

Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak ESG** | | | | | | | | | |
| | Pre-class holdings | 610,498 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 9/23/2024 | (81,429) | 226.7587 | ($18,464,734.18) |
| | | | | | Sale | 5/8/2025 | (9,245) | 196.0625 | ($1,812,597.81) |
| Purchase | 6/27/2024 | 132,142 | 213.8472 | $28,258,196.70 | Sale | 5/8/2025 | (85,816) | 195.5561 | ($16,781,842.28) |
| Purchase | 7/26/2024 | 32,176 | 217.8784 | $7,010,455.40 | Sale | 5/30/2025 | (43,579) | 198.2820 | ($8,640,931.28) |
| Purchase | 12/12/2024 | 79,985 | 248.1117 | $19,845,214.32 | | | | | |
| Purchase | 1/28/2025 | 68,981 | 233.7952 | $16,127,426.69 | Sale* | 6/10/2025 | (61,649) | 202.0600 | ($12,456,796.94) |
| Purchase | 1/31/2025 | 25,805 | 247.1162 | $6,376,833.54 | Sale* | 6/12/2025 | (81,067) | 200.5250 | ($16,255,960.18) |
| Purchase | 2/25/2025 | 32,007 | 247.9700 | $7,936,775.79 | Sale* | 6/16/2025 | (8,311) | 199.4950 | ($1,658,002.95) |
| | | 371,096 | | $85,554,902.45 | | | (371,096) | | ($76,070,865.61) |
| | | | | | | | **UniRak ESG Loss** | | **($9,484,036.84)** |
| **UniRak Konservativ ESG** | | | | | | | | | |
| | Pre-class holdings | 562,365 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 9/23/2024 | (89,533) | 226.7587 | ($20,302,386.69) |
| | | | | | Sale | 5/8/2025 | (9,707) | 196.0625 | ($1,903,178.69) |
| Purchase | 6/27/2024 | 172,972 | 213.8472 | $36,989,577.88 | Sale | 5/8/2025 | (90,101) | 195.5561 | ($17,619,800.17) |
| Purchase | 7/26/2024 | 36,470 | 217.8784 | $7,946,025.25 | Sale | 5/30/2025 | (50,645) | 198.2820 | ($10,041,991.89) |
| Purchase | 1/28/2025 | 62,900 | 233.7952 | $14,705,718.08 | | | | | |
| Purchase | 1/31/2025 | 17,524 | 247.1162 | $4,330,464.29 | Sale* | 6/10/2025 | (33,321) | 202.0600 | ($6,732,841.26) |
| Purchase | 2/25/2025 | 25,126 | 247.9700 | $6,230,494.22 | Sale* | 6/12/2025 | (41,685) | 200.5250 | ($8,358,884.63) |
| | | 314,992 | | $70,202,279.72 | | | (314,992) | | ($64,959,083.32) |
| | | | | | | | **UniRak Konservativ ESG Loss** | | **($5,243,196.40)** |

**Union Investment Luxembourg S.A.**
LIFO Loss in Apple Computer Inc. (AAPL)
Class Period: 06/10/24 - 06/09/25
CUSIP: 037833100
Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniIndustrie 4.0** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 424,620 | | | Sale | 6/11/2024 | (31,900) | 203.5952 | ($6,494,686.88) |
| | | | | | Sale | 9/17/2024 | (58,290) | 215.9810 | ($12,589,532.49) |
| | | | | | Sale | 10/2/2024 | (61,901) | 225.5196 | ($13,959,888.76) |
| | | | | | Sale | 1/14/2025 | (46,383) | 233.2547 | ($10,819,052.75) |
| | | | | | *Sales offsetting against opening balance* | | (198,474) | | ($43,863,160.88) |
| | | | | | | | | | |
| | | | | | Sale | 9/17/2024 | (16,287) | 215.9810 | ($3,517,682.55) |
| | | | | | | | | | |
| Purchase | 8/29/2024 | 16,287 | 231.1089 | $3,764,070.65 | Sale* | 6/12/2025 | (32,585) | 200.5250 | ($6,534,107.13) |
| Purchase | 1/27/2025 | 76,714 | 227.8576 | $17,479,867.93 | Sale* | 6/13/2025 | (55,887) | 199.7100 | ($11,161,192.77) |
| Purchase | 1/28/2025 | 97,704 | 234.8385 | $22,944,660.80 | | | | | |
| Purchase | 5/12/2025 | 28,876 | 211.0600 | $6,094,568.56 | Retained | | (114,822) | 210.3200 | ($24,149,363.04) |
| | | 219,581 | | $50,283,167.94 | | | (219,581) | | ($45,362,345.48) |
| | | | | | | | | | |
| | | | | | | | **UniIndustrie 4.0 Loss** | | **($4,920,822.46)** |
| | | | | | | | | | |
| **UniDynamicFonds: Global** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 388,491 | | | Sale | 6/11/2024 | (24,686) | 193.6700 | ($4,780,937.62) |
| | | | | | Sale | 9/17/2024 | (4,430) | 215.7900 | ($955,949.70) |
| | | | | | Sale | 9/20/2024 | (7,640) | 230.0000 | ($1,757,200.00) |
| | | | | | Sale | 9/23/2024 | (4,516) | 227.5000 | ($1,027,390.00) |
| | | | | | Sale | 11/21/2024 | (1,009) | 227.1303 | ($229,174.47) |
| | | | | | *Sales offsetting against opening balance* | | (42,281) | | ($8,750,651.79) |
| | | | | | | | | | |
| | | | | | Sale | 8/8/2024 | (11,118) | 213.0000 | ($2,368,134.00) |
| | | | | | Sale | 8/22/2024 | (5,275) | 227.5900 | ($1,200,537.25) |
| | | | | | Sale | 9/17/2024 | (9,270) | 215.7900 | ($2,000,373.30) |
| | | | | | Sale | 11/1/2024 | (10,794) | 223.7030 | ($2,414,650.18) |
| | | | | | Sale* | 11/14/2024 | (7,248) | 225.1200 | ($1,631,669.76) |
| Purchase | 6/28/2024 | 15,840 | 215.9700 | $3,420,964.80 | Sale | 11/21/2024 | (14,276) | 227.1303 | ($3,242,512.16) |
| Purchase | 7/2/2024 | 9,823 | 219.7145 | $2,158,255.53 | Sale | 12/23/2024 | (5,248) | 254.7639 | ($1,337,000.95) |
| Purchase | 10/29/2024 | 32,318 | 233.6825 | $7,552,151.04 | Sale | 1/13/2025 | (8,356) | 230.6050 | ($1,926,935.38) |

**Union Investment Luxembourg S.A.**

LIFO Loss in Apple Computer Inc. (AAPL)

Class Period: 06/10/24 - 06/09/25

CUSIP: 037833100

Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/2/2024 | 20,942 | 237.3200 | $4,969,955.44 | Sale | 1/21/2025 | (26,392) | 224.0000 | ($5,911,808.00) |
| Purchase | 12/4/2024 | 10,491 | 242.8700 | $2,547,949.17 | Sale | 2/6/2025 | (7,094) | 231.3400 | ($1,641,125.96) |
| Purchase | 12/9/2024 | 14,796 | 241.8300 | $3,578,116.68 | Sale | 4/11/2025 | (12,654) | 186.0600 | ($2,354,403.24) |
| Purchase | 12/13/2024 | 9,416 | 247.7000 | $2,332,343.20 | Sale | 5/5/2025 | (10,644) | 201.3389 | ($2,143,051.25) |
| Purchase | 1/28/2025 | 19,018 | 239.1554 | $4,548,257.40 | | | | | |
| Purchase | 2/14/2025 | 19,221 | 241.2600 | $4,637,258.46 | Sale* | 6/10/2025 | (8,044) | 202.5987 | ($1,629,703.94) |
| Purchase | 3/26/2025 | 11,311 | 223.6938 | $2,530,200.57 | | | | | |
| Purchase | 5/13/2025 | 8,935 | 210.3900 | $1,879,834.65 | Retained | | (35,698) | 210.3200 | ($7,508,003.36) |
| | | 172,111 | | $40,155,286.94 | | | (172,111) | | ($37,309,908.74) |

**UniDynamicFonds: Global Loss   ($2,845,378.20)**

**UniMarktführer**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 130,035 | | | Sale | 7/29/2024 | (13,504) | 217.8022 | ($2,941,200.91) |
| | | | | | Sale | 8/26/2024 | (24,819) | 226.8400 | ($5,629,941.96) |
| | | | | | Sale | 8/26/2024 | (29,184) | 224.2472 | ($6,544,430.28) |
| | | | | | Sale | 11/26/2024 | (19,985) | 234.7857 | ($4,692,192.21) |
| | | | | | Sale | 12/4/2024 | (13,358) | 243.1344 | ($3,247,789.32) |
| | | | | | *Sales offsetting against opening balance* | | (100,850) | | ($23,055,554.68) |
| | | | | | Sale | 1/13/2025 | (9,384) | 231.4778 | ($2,172,187.68) |
| | | | | | Sale | 1/15/2025 | (8,062) | 234.5500 | ($1,890,942.10) |
| | | | | | Sale | 5/30/2025 | (11,064) | 199.3900 | ($2,206,050.96) |
| Purchase | 12/20/2024 | 120,000 | 230.0000 | $27,600,000.00 | | | | | |
| Purchase | 1/27/2025 | 19,787 | 228.8850 | $4,528,947.50 | Sale* | 6/10/2025 | (36,802) | 202.0600 | ($7,436,212.12) |
| Purchase | 4/3/2025 | 11,915 | 204.7729 | $2,439,869.10 | | | | | |
| Purchase | 4/23/2025 | 6,484 | 206.0000 | $1,335,704.00 | Retained | | (92,874) | 210.3200 | ($19,533,259.68) |
| | | 158,186 | | $35,904,520.60 | | | (158,186) | | ($33,238,652.54) |

**UniMarktführer Loss   ($2,665,868.06)**

**Union Investment Luxembourg S.A.**
LIFO Loss in Apple Computer Inc. (AAPL)
Class Period: 06/10/24 - 06/09/25
CUSIP: 037833100
Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGlobal II** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 237,909 | | | Sale | 8/8/2024 | (21,868) | 213.3100 | ($4,664,663.08) |
| | | | | | Sale | 8/14/2024 | (5,588) | 220.3361 | ($1,231,238.13) |
| | | | | | Sale | 9/4/2024 | (7,950) | 219.4952 | ($1,744,986.84) |
| | | | | | Sale | 10/3/2024 | (11,353) | 224.5506 | ($2,549,322.96) |
| | | | | | Sale | 1/16/2025 | (8,073) | 236.0282 | ($1,905,455.66) |
| | | | | | Sale | 1/21/2025 | (19,320) | 221.7715 | ($4,284,625.38) |
| | | | | | *Sales offsetting against opening balance* | | (74,152) | | ($16,380,292.05) |
| | | | | | | | | | |
| Purchase | 10/16/2024 | 10,542 | 233.8500 | $2,465,246.70 | | | | | |
| Purchase | 1/28/2025 | 16,503 | 238.7682 | $3,940,391.60 | Sale | 1/10/2025 | (7,406) | 239.0834 | ($1,770,651.66) |
| Purchase | 1/28/2025 | 873 | 237.1661 | $207,046.01 | Sale | 1/16/2025 | (3,136) | 236.0282 | ($740,184.44) |
| Purchase | 1/28/2025 | 8,733 | 238.5867 | $2,083,577.65 | Sale | 4/8/2025 | (25,714) | 172.4200 | ($4,433,607.88) |
| Purchase | 3/10/2025 | 13,730 | 226.6830 | $3,112,357.59 | | | | | |
| Purchase | 5/19/2025 | 12,489 | 208.7800 | $2,607,453.42 | Retained | | (26,614) | 210.3200 | ($5,597,456.48) |
| | | 62,870 | | $14,416,072.97 | | | (62,870) | | ($12,541,900.46) |
| | | | | | | | | | |
| | | | | | | | **UniGlobal II Loss** | | **($1,874,172.52)** |
| | | | | | | | | | |
| **UniInstitutional Global Equities Concentrated** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 40,329 | | | Sale | 9/16/2024 | (8,112) | 216.3200 | ($1,754,787.84) |
| | | | | | Sale | 9/17/2024 | (1,636) | 216.7900 | ($354,668.44) |
| | | | | | Sale | 9/18/2024 | (3,482) | 220.6900 | ($768,442.58) |
| | | | | | *Sales offsetting against opening balance* | | (13,230) | | ($2,877,898.86) |
| | | | | | | | | | |
| | | | | | Sale | 9/16/2024 | (23,888) | 216.3200 | ($5,167,452.16) |
| Purchase | 6/27/2024 | 23,888 | 215.0213 | $5,136,428.81 | Sale | 5/8/2025 | (11,242) | 196.9980 | ($2,214,651.52) |
| Purchase | 11/29/2024 | 5,225 | 234.9000 | $1,227,352.50 | Sale | 5/8/2025 | (602) | 196.0625 | ($118,029.63) |
| Purchase | 1/28/2025 | 12,191 | 233.7952 | $2,850,197.28 | Sale | 5/8/2025 | (5,590) | 195.5561 | ($1,093,158.60) |
| Purchase | 1/30/2025 | 9,627 | 238.4541 | $2,295,597.62 | Sale | 6/5/2025 | (13,715) | 201.8968 | ($2,769,014.61) |

**Union Investment Luxembourg S.A.**

LIFO Loss in Apple Computer Inc. (AAPL)

Class Period: 06/10/24 - 06/09/25

CUSIP: 037833100

Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/20/2025 | 12,500 | 245.8652 | $3,073,315.00 | | | | | |
| Purchase | 2/25/2025 | 2,718 | 245.1241 | $666,247.30 | Retained | | (11,112) | 210.3200 | ($2,337,075.84) |
| | | 66,149 | | $15,249,138.52 | | | (66,149) | | ($13,699,382.35) |

| | | | | | **UniInstitutional Global Equities Concentrated Loss** | | | | **($1,549,756.17)** |
|---|---|---|---|---|---|---|---|---|---|

**UniDuoInvest 2**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 8/1/2024 | 3,035 | 218.3600 | $662,722.60 | | | | | |
| Purchase | 11/11/2024 | 476 | 223.5734 | $106,420.94 | | | | | |
| Purchase | 12/2/2024 | 61 | 239.1415 | $14,587.63 | Sale | 9/3/2024 | (281) | 228.5300 | ($64,216.93) |
| Purchase | 1/2/2025 | 262 | 248.9500 | $65,224.90 | | | | | |
| Purchase | 1/29/2025 | 15,799 | 236.6961 | $3,739,561.68 | Retained | | (19,352) | 210.3200 | ($4,070,112.64) |
| | | 19,633 | | $4,588,517.75 | | | (19,633) | | ($4,134,329.57) |

| | | | | | **UniDuoInvest 2 Loss** | | | | **($454,188.18)** |
|---|---|---|---|---|---|---|---|---|---|

**UniGlobal Dividende**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 7/3/2024 | 33,122 | 220.4943 | $7,303,212.20 | | | | | |
| Purchase | 10/29/2024 | 2,379 | 233.4000 | $555,258.60 | | | | | |
| Purchase | 2/28/2025 | 965 | 237.0400 | $228,743.60 | Retained | | (36,466) | 210.3200 | ($7,669,529.12) |
| | | 36,466 | | $8,087,214.40 | | | (36,466) | | ($7,669,529.12) |

| | | | | | **UniGlobal Dividende Loss** | | | | **($417,685.28)** |
|---|---|---|---|---|---|---|---|---|---|

**Union Investment Luxembourg S.A.**

LIFO Loss in Apple Computer Inc. (AAPL)

Class Period: 06/10/24 - 06/09/25

CUSIP: 037833100

Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **LIGA-Pax-Cattolico-Union** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 12/17/2024 | 7,043 | 251.1607 | $1,768,924.81 | Sale | 5/13/2025 | (1,984) | 210.9536 | ($418,531.94) |
| Purchase | 2/25/2025 | 2,466 | 246.9555 | $608,992.26 | | | | | |
| Purchase | 3/18/2025 | 6,866 | 214.2600 | $1,471,109.16 | Retained | | (14,391) | 210.3200 | ($3,026,715.12) |
| | | 16,375 | | $3,849,026.23 | | | (16,375) | | ($3,445,247.06) |
| | | | | | | | | | |
| | | | | | | **LIGA-Pax-Cattolico-Union Loss** | | | **($403,779.17)** |
| | | | | | | | | | |
| **UniDuoInvest 3** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 8/1/2024 | 2,918 | 218.3600 | $637,174.48 | | | | | |
| Purchase | 10/3/2024 | 40 | 225.5975 | $9,023.90 | | | | | |
| Purchase | 11/11/2024 | 479 | 223.5734 | $107,091.66 | | | | | |
| Purchase | 12/2/2024 | 44 | 239.1415 | $10,522.23 | Sale | 9/3/2024 | (268) | 228.5300 | ($61,246.04) |
| Purchase | 1/2/2025 | 263 | 248.9500 | $65,473.85 | | | | | |
| Purchase | 1/29/2025 | 13,708 | 236.6961 | $3,244,630.14 | Retained | | (17,184) | 210.3200 | ($3,614,138.88) |
| | | 17,452 | | $4,073,916.25 | | | (17,452) | | ($3,675,384.92) |
| | | | | | | | | | |
| | | | | | | **UniDuoInvest 3 Loss** | | | **($398,531.33)** |
| | | | | | | | | | |
| **UniSector: HighTech** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 700,000 | | | Sale | 6/12/2024 | (25,000) | 216.6204 | ($5,415,510.00) |
| | | | | | Sale | 7/17/2024 | (10,000) | 228.4910 | ($2,284,910.00) |
| | | | | | Sale | 7/18/2024 | (10,000) | 230.1100 | ($2,301,100.00) |
| | | | | | Sale | 8/5/2024 | (20,000) | 208.6525 | ($4,173,050.00) |
| | | | | | Sale | 8/5/2024 | (40,000) | 208.6286 | ($8,345,144.00) |
| | | | | | Sale | 8/6/2024 | (15,000) | 205.0755 | ($3,076,132.50) |

**Union Investment Luxembourg S.A.**
LIFO Loss in Apple Computer Inc. (AAPL)
Class Period: 06/10/24 - 06/09/25
CUSIP: 037833100
Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 8/8/2024 | (30,000) | 212.2365 | ($6,367,095.00) |
| | | | | | *Sales offsetting against opening balance* | | (150,000) | | ($31,962,941.50) |
| | | | | | Sale | 1/2/2025 | (30,000) | 246.8129 | ($7,404,387.00) |
| Purchase | 9/30/2024 | 15,000 | 232.0827 | $3,481,240.50 | Sale | 2/13/2025 | (10,000) | 237.0000 | ($2,370,000.00) |
| Purchase | 10/16/2024 | 20,000 | 236.2707 | $4,725,414.00 | Sale | 2/20/2025 | (10,000) | 244.9500 | ($2,449,500.00) |
| Purchase | 10/29/2024 | 15,000 | 233.2341 | $3,498,511.50 | Sale | 4/10/2025 | (20,000) | 189.0000 | ($3,780,000.00) |
| Purchase | 1/7/2025 | 30,000 | 242.8500 | $7,285,500.00 | Sale | 5/2/2025 | (20,000) | 203.1679 | ($4,063,358.00) |
| Purchase | 1/28/2025 | 25,000 | 239.8020 | $5,995,050.00 | Sale | 5/14/2025 | (20,000) | 212.4796 | ($4,249,592.00) |
| Purchase | 4/9/2025 | 45,000 | 178.4318 | $8,029,431.00 | | | | | |
| Purchase | 4/14/2025 | 10,000 | 207.1945 | $2,071,945.00 | Retained | | (50,000) | 210.3200 | ($10,516,000.00) |
| | | 160,000 | | $35,087,092.00 | | | (160,000) | | ($34,832,837.00) |

**UniSector: HighTech Loss**     **($254,255.00)**

**LIGA Portfolio Concept**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 5/14/2025 | (800) | 212.6795 | ($170,143.60) |
| Purchase | 2/7/2025 | 9,980 | 233.6439 | $2,331,766.12 | Retained | | (9,180) | 210.3200 | ($1,930,737.60) |
| | | 9,980 | | $2,331,766.12 | | | (9,980) | | ($2,100,881.20) |

**LIGA Portfolio Concept Loss**     **($230,884.92)**

**UniDuoInvest 1**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 8/1/2024 | 1,658 | 218.3600 | $362,040.88 | | | | | |
| Purchase | 11/11/2024 | 242 | 223.5734 | $54,104.76 | Sale | 9/3/2024 | (162) | 228.5300 | ($37,021.86) |

**Union Investment Luxembourg S.A.**

LIFO Loss in Apple Computer Inc. (AAPL)

Class Period: 06/10/24 - 06/09/25

CUSIP: 037833100

Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/2/2025 | 156 | 248.9500 | $38,836.20 | | | | | |
| Purchase | 1/29/2025 | 6,653 | 236.6961 | $1,574,739.15 | Retained | | (8,547) | 210.3200 | ($1,797,605.04) |
| | | 8,709 | | $2,029,721.00 | | | (8,709) | | ($1,834,626.90) |
| | | | | | | | **UniDuoInvest 1 Loss** | | **($195,094.10)** |

**UniDividendenAss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 10/29/2024 | (347) | 233.4000 | ($80,989.80) |
| Purchase | 7/3/2024 | 16,918 | 220.4943 | $3,730,322.57 | | | | | |
| Purchase | 2/28/2025 | 567 | 237.0400 | $134,401.68 | Retained | | (17,138) | 210.3200 | ($3,604,464.16) |
| | | 17,485 | | $3,864,724.25 | | | (17,485) | | ($3,685,453.96) |
| | | | | | | | **UniDividendenAss Loss** | | **($179,270.29)** |

**UniInstitutional SDG Equities**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 8/29/2024 | (1,000) | 232.1213 | ($232,121.30) |
| | | | | | Sale | 2/3/2025 | (2,600) | 230.0000 | ($598,000.00) |
| | | | | | Sale | 2/27/2025 | (2,000) | 240.0140 | ($480,028.00) |
| | | | | | Sale | 3/4/2025 | (1,000) | 238.1385 | ($238,138.50) |
| | | | | | Sale | 4/4/2025 | (2,000) | 194.9510 | ($389,902.00) |
| | | | | | Sale* | 6/23/2025 | (6,500) | 201.5297 | ($1,309,943.05) |
| Purchase | 7/2/2024 | 23,507 | 216.0000 | $5,077,512.00 | Sale* | 6/26/2025 | (8,407) | 200.3284 | ($1,684,160.86) |
| | | 23,507 | | $5,077,512.00 | | | (23,507) | | ($4,932,293.71) |
| | | | | | | | **UniInstitutional SDG Equities Loss** | | **($145,218.29)** |

**Union Investment Luxembourg S.A.**
LIFO Loss in Apple Computer Inc. (AAPL)
Class Period: 06/10/24 - 06/09/25
CUSIP: 037833100
Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniZukunft Welt** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 5/9/2025 | (870) | 198.8577 | ($173,006.20) |
| Purchase | 7/2/2024 | 5,535 | 216.0000 | $1,195,560.00 | | | | | |
| Purchase | 12/23/2024 | 700 | 254.6600 | $178,262.00 | Sale* | 6/26/2025 | (5,365) | 200.3284 | ($1,074,761.87) |
| | | 6,235 | | $1,373,822.00 | | | (6,235) | | ($1,247,768.07) |
| | | | | | | | **UniZukunft Welt Loss** | | **($126,053.94)** |
| **UniThemen Aktien** | | | | | | | | | |
| Pre-class holdings | | 4,123 | | | Sale | 9/6/2024 | (134) | 221.1757 | ($29,637.54) |
| | | | | | *Sales offsetting against opening balance* | | (134) | | ($29,637.54) |
| | | | | | Sale | 9/6/2024 | (584) | 221.1757 | ($129,166.61) |
| | | | | | Sale | 2/7/2025 | (1,339) | 228.6100 | ($306,108.79) |
| Purchase | 12/16/2024 | 4,466 | 249.3927 | $1,113,787.80 | Sale | 2/13/2025 | (677) | 239.7467 | ($162,308.52) |
| Purchase | 4/23/2025 | 675 | 205.2736 | $138,559.68 | | | | | |
| Purchase | 5/12/2025 | 847 | 211.0600 | $178,767.82 | Retained | | (3,388) | 210.3200 | ($712,564.16) |
| | | 5,988 | | $1,431,115.30 | | | (5,988) | | ($1,310,148.07) |
| | | | | | | | **UniThemen Aktien Loss** | | **($120,967.22)** |

**Union Investment Luxembourg S.A.**

LIFO Loss in Apple Computer Inc. (AAPL)

Class Period: 06/10/24 - 06/09/25

CUSIP: 037833100

Retained share price: $210.3200 (06/09/25 - 08/18/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniDuoInvest 4** | | | | | | | | | |
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 8/1/2024 | 255 | 218.3600 | $55,681.80 | | | | | |
| Purchase | 11/11/2024 | 70 | 223.5734 | $15,650.14 | | | | | |
| Purchase | 12/2/2024 | 26 | 239.1415 | $6,217.68 | | | | | |
| Purchase | 1/2/2025 | 20 | 248.9500 | $4,979.00 | | | | | |
| Purchase | 1/29/2025 | 2,044 | 236.6961 | $483,806.83 | Retained | | (2,415) | 210.3200 | ($507,922.80) |
| | | 2,415 | | $566,335.45 | | | (2,415) | | ($507,922.80) |
| | | | | | | | **UniDuoInvest 4 Loss** | | **($58,412.65)** |
| **TraditionsFonds 1872** | | | | | | | | | |
| | Pre-class holdings | 1,869 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/10/2024 | 1,424 | 193.1200 | $275,002.88 | | | | | |
| Purchase | 9/17/2024 | 1,121 | 216.7900 | $243,021.59 | Sale | 11/8/2024 | (289) | 226.9600 | ($65,591.44) |
| Purchase | 1/17/2025 | 344 | 229.9800 | $79,113.12 | Sale | 6/6/2025 | (1,536) | 203.9200 | ($313,221.12) |
| Purchase | 2/14/2025 | 343 | 244.6000 | $83,897.80 | | | | | |
| Purchase | 3/28/2025 | 471 | 217.9000 | $102,630.90 | Retained | | (1,878) | 210.3200 | ($394,980.96) |
| | | 3,703 | | $783,666.29 | | | (3,703) | | ($773,793.52) |
| | | | | | | | **TraditionsFonds 1872 Loss** | | **($9,872.77)** |
| | | | | | | | **TOTAL** | | **($31,577,443.79)** |

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*