ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Local Counsel for Proposed Lead Plaintiff

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  843/216-9000
glevin@motleyrice.com
cmoriarty@motleyrice.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on Behalf of Itself All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 5:25-cv-06252-NW<br><br>CLASS ACTION<br><br>KBC ASSET MANAGEMENT NV'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONVERT THE OCTOBER 28, 2025 CMC TO A LEAD PLAINTIFF HEARING AND TO VACATE THE CMC |

4914-0928-7535.v1

Defendants' request should be granted only insofar as it asks to vacate the October 28, 2025 Case Management Conference ("CMC") as premature, but denied to the extent it seeks to advance the noticed hearing on the pending lead plaintiff motions to October 28, 2025. In support of this position, KBC Asset Management NV notes the following:

- All parties agree the CMC is premature and should be postponed until a lead plaintiff and lead counsel are appointed.

- Defendants have no interest in the matter of lead plaintiff selection. They did not oppose or respond to any of the pending lead plaintiff motions and have no presentation to make at the hearing. Their effort to re-calendar the hearing serves no purpose other than to inject themselves into a process the PSLRA expressly reserved for competing class members and the Court.[1]

- December 3, 2025 was the first available hearing date on the Court's motion calendar when the lead plaintiff motions were filed. That is the sole reason December 3 was selected; no party chose it for tactical advantage.

- Every movant's counsel agrees December 3, 2025 is the appropriate hearing date. Consolidating the CMC with that hearing avoids needless interim appearances and preserves judicial and party resources. Advancing argument to October 28, 2025 would compress argument logistics for the movants and the Court – without any corresponding benefit.

- The PSLRA's 90-day clause requires the Court to "consider" the motions within 90 days of notice, not to decide them by Day 90. *See* 15 U.S.C. §78u-4(a)(3)(B)(i). As defense counsel is well-aware, in practice, courts routinely enter lead plaintiff/lead counsel orders after the 90-day window, consistent with the statute's text and the orderly management of crowded dockets, including the judges of this Court.[2] There is thus no statutory urgency that would warrant upsetting the first available date already reserved.

---

[1] For decades, courts have repeatedly recognized that defendants lack standing to be heard on which class member should serve as lead plaintiff or which counsel should be appointed under the PSLRA's framework. *See* 15 U.S.C. §78u-4(a)(3); *see also Wenderhold v. Cylink Corp.*, 188 F.R.D. 577, 579 (N.D. Cal. 1999) (recognizing that the PSLRA "foreclose[s]" a "challenge by defendants" "to the selection of the most adequate lead plaintiff"). Moreover, defendants filed no opposition and identify no prejudice from the already-set December 3, 2025 date.

[2] *See, e.g., Trustees of the Welfare and Pension Funds of Loc. 464A Pension Fund v. Enphase Energy, Inc.*, 2025 WL 2410521 (N.D. Cal. Aug. 20, 2025) (Tigar, J.) (190-day window between filing of lead plaintiff motion and issuance of order appointing lead plaintiff; Latham & Watkins LLP represent defendants); *Averza v. Super Micro Comput., Inc.*, __ F. Supp. 3d __, 2025 WL 1771455 (N.D. Cal. June 26, 2025) (Davila, J.) (254-day window between motion and order).

KBC ASSET MANAGEMENT NV'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONVERT THE OCTOBER 28, 2025 CMC TO A LEAD PLAINTIFF HEARING AND TO VACATE THE CMC - 5:25-cv-06252-NW - 1 -
4914-0928-7535.v1

1  Moreover, the same day defendants' Administrative Motion was filed, the U.S. government began a shutdown.  The undersigned counsel respects the fact that the Court soon may have more limited resources available to it, and that criminal matters take priority over this civil matter.  Accordingly, KBC respectfully requests that the Court: (i) vacate the October 28, 2025 CMC as premature; (ii) leave in place the December 3, 2025 hearing on the lead plaintiff motions (and hold the CMC, if the Court wishes, on the same date); and (iii) otherwise deny defendants' request to advance the hearing to October 28.

DATED:  October 6, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
MICHAEL ALBERT

           s/ Darren J. Robbins
          DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

Local Counsel for Proposed Lead Plaintiff

KBC ASSET MANAGEMENT NV'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONVERT THE OCTOBER 28, 2025 CMC TO A LEAD PLAINTIFF HEARING AND TO VACATE THE CMC - 5:25-cv-06252-NW - 2 -
4914-0928-7535.v1

| | |
|---|---|
| 1 | |
| 2 | MOTLEY RICE LLC<br>GREGG S. LEVIN (admitted *pro hac vice*)<br>CHRISTOPHER F. MORIARTY (admitted *pro hac vice*)<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC  29464<br>Telephone:  843/216-9000<br>glevin@motleyrice.com<br>cmoriarty@motleyrice.com<br><br>Proposed Lead Counsel for Proposed Lead Plaintiff |

KBC ASSET MANAGEMENT NV'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONVERT THE OCTOBER 28, 2025 CMC TO A LEAD PLAINTIFF HEARING AND TO VACATE THE CMC - 5:25-cv-06252-NW                                                                                                       - 3 -
4914-0928-7535.v1