1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
STACEY M. KAPLAN (Bar No. 241989)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:     (415) 400-3001

*Counsel for Proposed Lead Plaintiff National Pension*
*Service, on behalf of the National Pension Fund, and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>**DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF THE RESPONSE OF NATIONAL PENSION SERVICE, ON BEHALF OF THE NATIONAL PENSION FUND, TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONVERT OCTOBER 28, 2025 CASE MANAGEMENT CONFERENCE TO HEARING ON LEAD PLAINTIFF MOTIONS AND TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION** |

I, Stacey M. Kaplan, declare as follows:

1.      I am a member in good standing of the bar of the State of California, and I am admitted to practice before this Court.  I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Declaration in support of the Response of National Pension Service, on behalf of the National Pension Fund, to Defendants' Administrative Motion to Convert October 28, 2025 Case Management Conference to Hearing on Lead Plaintiff Motions and to Vacate Case Management Conference.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Email from Holly Paffas on Aug. 19, 2025;

Exhibit B:      Email from Allie Warren on Aug. 19, 2025; and

Exhibit C:      Email from Stacey M. Kaplan on Sep. 11, 2025.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: October 6, 2025, at San Francisco, California.

*/s/ Stacey M. Kaplan*
STACEY M. KAPLAN