# **EXHIBIT A**

| | |
|---|---|
| **From:** | Holly Paffas |
| **Sent:** | Tuesday, August 19, 2025 10:22 AM |
| **To:** | nwcrd@cand.uscourts.gov |
| **Cc:** | Karissa Sauder |
| **Subject:** | Request for hearing date |

Dear Ms. Warren:

I am writing to request a hearing date to file one motion to consolidate and for appointment as lead plaintiff and lead counsel in *Tucker v. Apple Inc., et al*., No. 5:25-cv-05197-NW (N.D. Cal.).   We don't currently know who the competing lead plaintiff candidates are, and therefore, we are unable to confer with counsel for any opposing movants about a mutually convenient hearing date.  The deadline to file the motion is today, August 19, 2025.

Best regards,








**HOLLY PAFFAS, CRP®**
PARALEGAL
She/Her

Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

**Direct Phone** 610-547-0015
**Fax** 610-667-7056
**Email** hpaffas@ktmc.com

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.