# **EXHIBIT B**

| | |
|---|---|
| From: | CRD NW <nwcrd@cand.uscourts.gov> |
| Sent: | Tuesday, August 19, 2025 5:01 PM |
| To: | Scott Foglietta; Whitney.Weber@lw.com |
| Cc: | cboehme@labaton.com; eangeles@labaton.com; ahood@pomlaw.com; jason.hegt@lw.com; melanie.blunschi@lw.com; Michele.Johnson@lw.com; jlopiano@pomlaw.com; tprzybylowski@pomlaw.com; Jonathan D. Uslaner; tfranklin@labaton.com; Hannah Ross; Avi Josefson; jalieberman@pomlaw.com; Holly Paffas; Sarah Meyers |
| Subject: | Re: Request for Hearing date options re: Lead Plaintiff motion(s) in 25cv5197 & 25cv6252 |

*External E-Mail*

Good afternoon,

This email confirms December 3, 2025 at 9:00a.m. for all motions for lead plaintiff and lead counsel in all three cases. All motions for consolidation should be filed for the same date.
Thank you



**Allie Warren**
Courtroom Deputy to the Honorable Noël Wise
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
Direct Dial: (408) 535-5332

---

From: Scott Foglietta <Scott.Foglietta@blbglaw.com>
Sent: Monday, August 18, 2025 5:45 AM
To: Whitney.Weber@lw.com <Whitney.Weber@lw.com>; CRD NW <nwcrd@cand.uscourts.gov>
Cc: cboehme@labaton.com <cboehme@labaton.com>; eangeles@labaton.com <eangeles@labaton.com>; ahood@pomlaw.com <ahood@pomlaw.com>; Jason.Hegt@lw.com <Jason.Hegt@lw.com>; Melanie.Blunschi@lw.com <Melanie.Blunschi@lw.com>; michele.johnson@lw.com <michele.johnson@lw.com>; jlopiano@pomlaw.com <jlopiano@pomlaw.com>; tprzybylowski@pomlaw.com <tprzybylowski@pomlaw.com>; Jonathan D. Uslaner <JonathanU@blbglaw.com>; tfranklin@labaton.com <tfranklin@labaton.com>; Hannah Ross <Hannah@blbglaw.com>; Avi Josefson <Avi@blbglaw.com>; jalieberman@pomlaw.com <jalieberman@pomlaw.com>
Subject: RE: Request for Hearing date options re: Lead Plaintiff motion(s) in 25cv5197 & 25cv6252

**CAUTION - EXTERNAL:**

Thank you, Whitney.

Ms. Warren—counsel for plaintiff City of Coral Springs Police Officers Pension Plan is also available on December 3.

Best regards,
Scott

1

Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Tel: 212-554-1903
Fax: 212-554-1444
scott.foglietta@blbglaw.com

---

**From:** Whitney.Weber@lw.com <Whitney.Weber@lw.com>
**Sent:** Friday, August 15, 2025 6:08 PM
**To:** nwcrd@cand.uscourts.gov
**Cc:** cboehme@labaton.com; eangeles@labaton.com; ahood@pomlaw.com; Jason.Hegt@lw.com; Melanie.Blunschi@lw.com; michele.johnson@lw.com; jlopiano@pomlaw.com; tprzybylowski@pomlaw.com; Jonathan D. Uslaner <JonathanU@blbglaw.com>; tfranklin@labaton.com; Hannah Ross <Hannah@blbglaw.com>; Avi Josefson <Avi@blbglaw.com>; jalieberman@pomlaw.com; Scott Foglietta <Scott.Foglietta@blbglaw.com>
**Subject:** RE: Request for Hearing date options re: Lead Plaintiff motion(s) in 25cv5197 & 25cv6252

**[This message is from an external sender]**

Good afternoon, Ms. Warren,

Defendants are available on December 3, 2025 for a hearing. We note, however, that counsel for the plaintiffs in the *City of Coral Springs* action (25cv6252) referenced in the original email are not included on this email to give their availability, so we have copied them here. In addition, because lead-plaintiff motions are not due until August 19, it is possible other parties will move for appointment, but we do not know who these parties will be nor their counsel's availability. It is possible that after the lead-plaintiff motions are filed, there will be no dispute as to which movant should be appointed under the Private Securities Litigation Reform Act of 1995, such that no hearing will be necessary. For these reasons, it may be more efficient to wait to set a hearing until the relevant motion(s) are filed.

Of course, if the Court prefers to set the December 3 date now, Defendants are available that date.

Thank you,
Whitney

**Whitney B. Weber**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8211
Email: whitney.weber@lw.com
https://www.lw.com

---

**From:** Jeremy Lieberman <jalieberman@pomlaw.com>
**Sent:** Friday, August 15, 2025 1:55 PM
**To:** CRD NW <nwcrd@cand.uscourts.gov>; Franklin, Trevor <tfranklin@labaton.com>

2

**Cc:** Boehme, Connor C. <cboehme@labaton.com>; Angeles, Esteban A. <eangeles@labaton.com>; Alex Hood <ahood@pomlaw.com>; Hegt, Jason (NY) <Jason.Hegt@lw.com>; Blunschi, Melanie (Bay Area) <Melanie.Blunschi@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>; Weber, Whitney (Bay Area) <Whitney.Weber@lw.com>; Weber, Whitney (Bay Area) <Whitney.Weber@lw.com>; James LoPiano <jlopiano@pomlaw.com>; Thomas Przybylowski <tprzybylowski@pomlaw.com>
**Subject:** RE: Request for Hearing date options re: Lead Plaintiff motion(s) in 25cv5197 & 25cv6252

Dear Ms. Warren:

Counsel for Plaintiff Eric Tucker is available on the proposed December 3, 2025 Hearing Date.

Thank you very much.

Jeremy Lieberman
Pomerantz LLP

---

**From:** CRD NW <nwcrd@cand.uscourts.gov>
**Sent:** Friday, August 15, 2025 4:47 PM
**To:** Franklin, Trevor <tfranklin@labaton.com>
**Cc:** Boehme, Connor C. <cboehme@labaton.com>; Angeles, Esteban A. <eangeles@labaton.com>; Alex Hood <ahood@pomlaw.com>; Jeremy Lieberman <jalieberman@pomlaw.com>; jason.hegt@lw.com; melanie.blunschi@lw.com; michele.johnson@lw.com; whitney.weber@lw.com; whitney.weber@lw.com
**Subject:** Re: Request for Hearing date options re: Lead Plaintiff motion(s) in 25cv5197 & 25cv6252

Good afternoon,

The Court would like to set all the motions for lead plaintiff on December 3, 2025 at 9a.m. Please confirm this date and time is available for all parties.

I added the other plaintiffs and defendants to avoid ex-parte communication.

Thank you



**Allie Warren**
Courtroom Deputy to the Honorable Noël Wise
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
Direct Dial: (408) 535-5332

---

**From:** Franklin, Trevor <tfranklin@labaton.com>
**Sent:** Friday, August 15, 2025 12:38 PM
**To:** CRD NW <nwcrd@cand.uscourts.gov>

Cc: Boehme, Connor C. <cboehme@labaton.com>; Angeles, Esteban A. <eangeles@labaton.com>
Subject: Request for Hearing date options re: Lead Plaintiff motion(s) in 25cv5197 & 25cv6252

**CAUTION - EXTERNAL:**

Good Afternoon Ms. Warren,

We spoke on the phone earlier this afternoon regarding the potential hearing dates for 2 lead plaintiff motions that we will be filing next week on Tuesday 8/19/2025. Below are the case details for the two cases in which we will be filing lead plaintiff motions in. If you could let us know some potential hearing dates for consideration that would be greatly appreciated. Let us know if you have any other questions.

Thanks for your help! Have a great weekend! -trevor

**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:25-cv-05197-NW**

Tucker v. Apple Inc. et al
Assigned to: District Judge Noel Wise
Referred to: Magistrate Judge Virginia K. DeMarchi
Relate Case Cases: 5:25-cv-05364-NW
  5:25-cv-06168-NW
  5:25-cv-06252-NW
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 06/20/2025
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:25-cv-06252-NW**

City of Coral Springs Police Officers Pension Plan v. Apple Inc. et al
Assigned to: District Judge Noel Wise
Referred to: Magistrate Judge Virginia K. DeMarchi
Relate Case Cases: 5:25-cv-05197-NW
  5:25-cv-06168-NW
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 07/25/2025
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question



**Trevor Franklin | Managing Clerk**
140 Broadway, New York, New York 10005
T: +1 212.907.0768
TFranklin@labaton.com | www.labaton.com

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.