# **EXHIBIT C**

| | |
|---|---|
| **From:** | Stacey M. Kaplan |
| **Sent:** | Thursday, September 11, 2025 6:27 PM |
| **To:** | Jason.Hegt@lw.com; JonathanU@blbglaw.com; jerry@blbglaw.com; Scott.Foglietta@blbglaw.com; darrenr@rgrdlaw.com; mtroncoso@rgrdlaw.com; dmyers@rgrdlaw.com; malbert@rgrdlaw.com; glevin@motleyrice.com; cmoriarty@motleyrice.com; avi@blbglaw.com; hannah@blbglaw.com; Naumon Amjed; Ryan Degnan |
| **Cc:** | Melanie.Blunschi@lw.com; Whitney.Weber@lw.com; Jordan.Mundell@lw.com; Elizabeth.Stasny@lw.com; Steven.VanIwaarden@lw.com |
| **Subject:** | RE: City of Coral Springs v. Apple Inc. et al -- October 28 CMC |

Thank you Jason. We will of course attend if the CMC remains on calendar but we are not in favor of requesting that the Court consider the pending lead plaintiff motions outside of its typical practice.

Stacey

**From:** Jason.Hegt@lw.com <Jason.Hegt@lw.com>
**Sent:** Thursday, September 11, 2025 1:50 PM
**To:** JonathanU@blbglaw.com; jerry@blbglaw.com; Scott.Foglietta@blbglaw.com; darrenr@rgrdlaw.com; mtroncoso@rgrdlaw.com; dmyers@rgrdlaw.com; malbert@rgrdlaw.com; glevin@motleyrice.com; cmoriarty@motleyrice.com; Stacey M. Kaplan <skaplan@ktmc.com>; avi@blbglaw.com; hannah@blbglaw.com
**Cc:** Melanie.Blunschi@lw.com; Whitney.Weber@lw.com; Jordan.Mundell@lw.com; Elizabeth.Stasny@lw.com; Steven.VanIwaarden@lw.com
**Subject:** City of Coral Springs v. Apple Inc. et al -- October 28 CMC

**\*External E-Mail\***

All:

We represent Apple and the individual defendants in this case and we are writing to you all as counsel to the original plaintiff and/or a party that is seeking appointment as lead plaintiff. As you likely know, there is a case management conference set in this case for October 28 at 9am Pacific with a case management statement due two weeks prior on October 14. Without a lead plaintiff, we don't think it's workable to have a traditional CMC and plan to request that the October 28 CMC be used to resolve the lead plaintiff motions rather than waiting until December 3. We assume all of the various movants would be there anyway if the CMC were to proceed and because we are having a CMC in the related derivative actions that day regardless we think it makes sense to try to get all of these cases organized at the same time. Would someone from each firm please let us know your position? We're happy to discuss with anyone if helpful.

Thanks,

Jason C. Hegt

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.1686
Email: jason.hegt@lw.com
https://www.lw.com

1

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at [www.lw.com](http://www.lw.com).