UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONVERT OCTOBER 28, 2025 CASE MANAGEMENT CONFERENCE TO HEARING ON LEAD PLAINTIFF MOTIONS AND TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION** |

Having considered Defendants' Administrative Motion to Convert October 28, 2025 Case Management Conference to Hearing on Lead Plaintiff Motions and to Vacate Case Management Conference (Dkt. No. 32, the "Administrative Motion"), **IT IS HEREBY ORDERED THAT**:

1. The Case Management Conference scheduled for October 28, 2025, is vacated until further order of the Court.

2. The remainder of Defendants' Administrative Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: _____

                                                HONORABLE NOËL WISE
                                                UNITED STATES DISTRICT JUDGE