**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Plaintiff City of Coral Springs Police Officers' Pension Plan, Counsel for Proposed Lead Plaintiff Union Investment Luxembourg S.A. and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, and KEVAN PAREKH,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>CLASS ACTION<br><br>**RESPONSE TO ADMINISTRATIVE MOTION TO CONVERT CASE MANAGEMENT CONFERENCE TO HEARING ON LEAD PLAINTIFF MOTIONS AND TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Dept.: Courtroom 3, 5th Floor<br>Judge: Hon. Noël Wise |

1   Plaintiff City of Coral Springs Police Officers' Pension Plan ("Plaintiff") and lead plaintiff movant Union Investment Luxembourg S.A. ("Union") submit this response to Defendants Apple Inc., Timothy D. Cook, Luca Maestri, and Kevan Parekh's ("Defendants") request that the Court convert the scheduled October 28, 2025 case management conference ("CMC") to a hearing on the pending Lead Plaintiff motions and vacate the CMC as premature.[1]  ECF No. 32.

Both Plaintiff and Union agree that the CMC is premature as currently scheduled, as a Lead Plaintiff is yet to be appointed and discovery is presently stayed pursuant to the Private Securities Litigation Reform Act of 1995.  15 U.S.C. § 78u-4(b)(3)(B).  Indeed, particularly in securities class actions, CMCs are routinely vacated or rescheduled to a time after a Lead Plaintiff has been appointed.  However, Plaintiff and Union understand that the Court has procedures for setting hearing dates on motions filed before it, and that the Court followed those procedures in selecting the December 3, 2025 hearing date on the pending Lead Plaintiff motions.  *See* Standing Order for All Civil Cases Before District Judge Noël Wise at 1.  Accordingly, Plaintiff and Union are prepared to proceed with the hearing on the Lead Plaintiff motions currently scheduled for December 3, 2025.  Of course, if the Court would prefer to move the hearing to October 28, 2025, Plaintiff and Union would proceed on that date.

Accordingly, Plaintiff and Union agree that the Court should vacate the October 28, 2025 CMC as premature, and are prepared to proceed with argument on the pending Lead Plaintiff motions on the date previously set by the Court—December 3, 2025.

Dated:  October 6, 2025                             Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)

---

[1] Defendants incorrectly assert that "two of those four [Lead Plaintiff] motions were subsequently withdrawn." ECF No. 32 at 2.  Only Merseyside Pension Fund has withdrawn its motion for appointment as Lead Plaintiff. *See Tucker v. Apple Inc.*, No. 5:25-cv-05197-NW (N.D. Cal.), ECF No. 45.  In contrast, Union conceded that National Pension Service, on behalf of the National Pension Fund ("NPS") has a larger financial interest than Union, but, as the movant with the second-largest financial interest, Union remains ready, willing and able to serve as Lead Plaintiff if the Court declines to appoint NPS.  *See* ECF No. 14.

1  (jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

-and-

GERALD H. SILK
(jerry@blbglaw.com)
SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff City of Coral Springs Police Officers' Pension Plan, Counsel for Proposed Lead Plaintiff Union Investment Luxembourg S.A. and Proposed Lead Counsel for the Class*