1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
2    *melanie.blunschi@lw.com*
   Whitney B. Weber (Bar No. 281160)
3    *whitney.weber@lw.com*
   Jordan Mundell (Bar No. 324110)
4    *jordan.mundell@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: +1.415.391.0600
6
   Michele D. Johnson (Bar No. 198298)
7    *michele.johnson@lw.com*
   650 Town Center Drive, 20th Floor
8  Costa Mesa, California 92626
   Telephone: +1.714.540.1235
9
   Jason C. Hegt (*pro hac vice* forthcoming)
10   *jason.hegt@lw.com*
   1271 Avenue of the Americas
11 New York, New York 10020
   Telephone: +1.212.906.1200
12
   *Attorneys for Defendants Apple Inc., Timothy D.*
13 *Cook, Luca Maestri, Kevan Parekh,*
   *Craig Federighi and Kelsey Peterson*
14
   [Additional Counsel on Signature Page]
15

16                  **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18                        **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated, | CASE NO. 5:25-cv-06252-NW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE PAGE LIMIT ON DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| v. | |
| APPLE INC., TIMOTHY D. COOK, LUCA MAESTRI, KEVAN PAREKH, CRAIG FEDERIGHI and KELSEY PETERSON, | Hon. Noël Wise |
| Defendants. | |

1   Lead Plaintiff National Pension Service, on behalf of the National Pension Fund
2   ("Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy D. Cook, Luca Maestri, Kevan
3   Parekh, Craig Federighi, and Kelsey Peterson ("Defendants," and together with Plaintiff, the
4   "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows and
5   jointly request that the Court enter the below Order approving this stipulation.

6   **WHEREAS,** on January 28, 2026, Plaintiff filed its Complaint for Violations of the
7   Federal Securities Laws ("Complaint") (Dkt. 65);

8   **WHEREAS**, Defendants' deadline to move to dismiss or otherwise respond to the
9   Complaint is February 25, 2026 (Dkt. 54);

10  **WHEREAS**, pursuant to Civil Local Rule 72-2(b), any motion to dismiss the Complaint
11  and oppositions thereto are limited to twenty-five pages, while replies are limited to fifteen pages;

12  **WHEREAS**, the Parties have met and conferred, and respectfully request a modest
13  enlargement of the page limits in connection with Defendants' motion to dismiss. The Parties
14  believe that good cause exists to grant their request because the Complaint is 211 pages long,
15  alleges claims against five individual defendants, and challenges more than fifty-five statements
16  made over a 12-month period. Accordingly, the Parties believe their ability to provide the Court
17  with the arguments and authority necessary to resolve the motion to dismiss will be unduly
18  constrained by the default page limits.

19  **IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the
20  Parties, that:

21  1.  The page limits for Defendants' motion to dismiss and Plaintiff's opposition briefs
22  shall be enlarged from twenty-five (25) pages to thirty (30) pages, and the page limits for
23  Defendants' reply brief in support of the motion to dismiss shall been enlarged from fifteen (15)
24  pages to twenty (20) pages.

| | | |
|---|---|---|
| 1 | Dated:  February 3, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | By /s/ *Whitney B. Weber*<br>Melanie M. Blunschi (Bar No. 234264) |
| 5 | |  melanie.blunschi@lw.com<br>Whitney B. Weber (Bar No. 281160) |
| 6 | |  whitney.weber@lw.com<br>Jordan Mundell (Bar No. 324110) |
| 7 | |  jordan.mundell@lw.com<br>505 Montgomery Street, Suite 2000 |
| 8 | | San Francisco, CA 94111<br>Telephone:  +1.415.391.0600 |
| 9 | | |
| 10 | | Michele D. Johnson (Bar No. 198298)<br> michele.johnson@lw.com |
| 11 | | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626 |
| 12 | | Telephone: +1.714.540.1235 |
| 13 | | Jason C. Hegt (*pro hac vice* forthcoming)<br> jason.hegt@lw.com |
| 14 | | 1271 Avenue of the Americas<br>New York, New York 10020 |
| 15 | | Telephone: +1.212.906.1200 |
| 16 | | *Attorneys for Defendants Apple Inc., Timothy D. Cook, Luca Maestri, Kevan Parekh, Craig Federighi and Kelsey Peterson* |
| 17 | | |
| 18 | | |
| 19 | Dated: February 3, 2026 | KESSLER TOPAZ METZLER & CHECK, LLP |
| 20 | | By /s/ *Jennifer L. Joost*<br>JENNIFER L. JOOST (Bar No. 296164) |
| 21 | | (jjoost@ktmc.com)<br>One Sansome Street, Suite 1850 |
| 22 | | San Francisco, CA 94104<br>Tel: (415) 400-3000 |
| 23 | | Fax: (415) 400-3001 |
| 24 | | -and- |
| 25 | | |
| 26 | | SHARAN NIRMUL*<br>(snirmul@ktmc.com) |
| 27 | | NATHAN A. HASIUK*<br>(nhasiuk@ktmc.com) |
| 28 | | MARGARET E. MAZZEO* |

(mmazzeo@ktmc.com)
DANIEL A. FRIEDMAN*
(dfriedman@ktmc.com)
AUBRIE L. KENT*
(akent@ktmc.com)
ALEC S. GARBER*
(agarber@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff National Pension Service, on behalf of the National Pension Fund, and Proposed Lead Counsel for the Putative Class*

MARTIN LAW GROUP PLLC

AMY C. MARTIN*
(amy@martinlawgrouppllc.com)
1250 Connecticut Ave. NW, Suite 700
Washington D.C. 20036
Tel: (202) 261-3563

*Additional counsel for Lead Plaintiff National Pension Service, on behalf of the National Pension Fund*

*appearance *pro hac vice*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 5, 2026

_____
Hon. Noël Wise
United States District Judge