LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Whitney B. Weber (Bar No. 281160)
 whitney.weber@lw.com
Jordan Mundell (Bar No. 324110)
 jordan.mundell@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235

Jason C. Hegt (*pro hac vice*)
jason.hegt@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Apple Inc., Timothy D. Cook, Luca Maestri, Kevan Parekh, Craig Federighi, and Kelsey Peterson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.; TIMOTHY D. COOK; LUCA MAESTRI; KEVAN PAREKH; CRAIG FEDERIGHI; and KELSEY PETERSON,<br><br>Defendants. | Case No.  5:25-cv-06252-NW<br><br>**DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date: May 20, 2026<br>Time: 9:00 A.M.<br>Courtroom: Courtroom 3 – 5th Floor<br>Judge: Hon. Noël Wise |

I, Whitney B. Weber, hereby declare as follows:

1.    I am an attorney admitted to practice law in the state of California and a partner with Latham & Watkins LLP, counsel of record for Defendants Apple Inc. ("Apple"), Timothy D. Cook, Luca Maestri, Kevan Parekh, Craig Federighi, and Kelsey Peterson (collectively, "Defendants") in the above-captioned action.

2.    I submit this declaration in support of the Defendants' Motion to Dismiss Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss").  I make this declaration based on my personal knowledge and could and would testify competently thereto if necessary.

3.    Attached hereto as **Exhibit 1** is true and correct copy of excerpts from Apple's Proxy Statement on Scheule 14A, which was filed with the U.S. Securities and Exchange Commission ("SEC") on January 10, 2025, and is publicly available at www.sec.gov.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a Barron's Online article entitled, "Apple's AI Plan Has iPhone Sales at Its Core, Why That's a Problem. And 4 Other Things to Know Today," dated June 11, 2024, which is publicly available at https://www.barrons.com.

5.    Attached hereto as **Exhibit 3** is true and correct copy of an Evercore ISI analyst report entitled, "Stay Calm and (Super) Cycle ON. Maintain TOP PICK," dated August 1, 2024, which is available at https://www.capitaliq.com.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Apple's Annual Report on Form 10-K for the fiscal year ended September 30, 2023, which was filed with the SEC on November 3, 2023, and is publicly available at www.sec.gov.

7.    Attached hereto as **Exhibit 5** is true and correct copy of Apple's Notice of Compliance with UCL Injunction, which was filed on January 16, 2024 in *Epic Games, Inc. v. Apple, Inc.,* No. 4:20-cv-05640-YGR (N.D. Cal. Jan. 16, 2024) ("*Epic*"), Dkt. 871.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of Apple's Quarterly Report on Form 10-Q for the period ended December 30, 2023 (Q1 2024), which was filed with the SEC on February 1, 2024, and is publicly available at www.sec.gov.

1

9. Attached hereto as **Exhibit 7** is a true and correct copy of Apple's Quarterly Report on Form 10-Q for the period ended March 30, 2024 (Q2 2024), which was filed with the SEC on May 3, 2024, and is publicly available at www.sec.gov.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of proceedings from the May 8, 2024 Evidentiary Hearing in *Epic*, Dkt. 976.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of proceedings from the May 16, 2024 Evidentiary Hearing in *Epic*, Dkt. 978.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the transcript from Apple's June 10, 2024 World Wide Developer's Conference (WWDC), which is publicly available at www.callstreet.com.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript from Apple's third quarter fiscal year 2024 earnings call (for the period ending June 29, 2024), dated August 1, 2024, which is publicly available at www.spglobal.com.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Apple's Current Report on Form 8-K and accompanying press release exhibit entitled, "Apple reports third quarter results," which was filed with the SEC on August 1, 2024, and is publicly available at www.sec.gov.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an Oppenheimer analyst report entitled, "Patience Required to See Apple Intelligence Boosting New Hardware Cycles," dated November 1, 2024, which is available at https://www.capitaliq.com.

16. Attached hereto as **Exhibit 14** is a true and correct copy Apple's press release entitled, "Apple Intelligence comes to iPhone, iPad, and Mac starting next month," dated September 9, 2024, which is publicly available at https://www.apple.com/newsroom.

17. Attached hereto as **Exhibit 15** is a true and correct copy Apple's press release entitled, "Apple Intelligence is available today on iPhone, iPad, and Mac," dated October 28, 2024, which is publicly available at https://www.apple.com/newsroom.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the transcript from Apple's fourth quarter fiscal year 2024 earnings call (for the period ending September 28, 2024), dated October 31, 2024, which is publicly available at www.spglobal.com.

19. Attached hereto as **Exhibit 1**7 is a true and correct copy of excerpts from Apple's Annual Report on Form 10-K for the fiscal year ended September 28, 2024, which was filed with the SEC on November 1, 2024, and is publicly available at www.sec.gov.

20. Attached hereto as **Exhibit 18** is a true and correct copy Apple's press release entitled, "Apple Intelligence now features Image Playground, Genmoji, Writing Tools enhancements, seamless support for ChatGPT, and visual intelligence," dated December 11, 2024, which is publicly available at https://www.apple.com/newsroom.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript from Apple's first quarter fiscal year 2025 earnings call (for the period ending December 28, 2024), dated January 30, 2025, which is publicly available at www.spglobal.com.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a New York Times article entitled, "What's Wrong With Apple?" dated April 11, 2025, which is publicly available at https://www.nytimes.com.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a Business Insider article entitled, "Apple Makes Extremely Rare Move to Delay Siri Overhaul," dated March 7, 2025, which is publicly available at https://www.businessinsider.com.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Apple's stock price chart from May 1, 2025 to February 25, 2026, which is publicly available at https://finance.yahoo.com/quote/AAPL/history.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a Wall Street Journal article entitled, "Apple and Amazon Promised Us Revolutionary AI. We're Still Waiting," dated April 3, 2025, which is publicly available at https://www.wsj.com.

26. Attached hereto as **Exhibit 24** is a true and correct copy of "Final Decision," *National Advertising Board v. Apple Inc.*, No. 7410, BBB National Programs, National Advertising Division (NAD), dated April 10, 2025, which is publicly available at https://bbbprograms.org/media/newsroom/decisions.

3

27.    Attached hereto as **Exhibit 25** is a true and correct copy of transcript from Apple's second quarter fiscal year 2025 earnings call (for the period ending March 29, 2025), dated May 1, 2025, which is publicly available at www.spglobal.com.

28.    Attached hereto as **Exhibit 26** is a true and correct copy of certain Statements of Changes in Beneficial Ownership on Forms 4 filed by Apple on behalf of Tim Cook on October 1, 2024, October 3, 2024, April 4, 2025, and October 3, 2025, which are publicly available at www.sec.gov.

29.    Attached hereto as **Exhibit 27** are true and correct copies of certain Statements of Changes in Beneficial Ownership on Forms 4 filed by Apple on behalf Luca Maestri on October 1, 2024, October 3, 2024, and October 8, 2024, which are publicly available at www.sec.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February 2026, in Tokyo, Japan.

*/s/ Whitney B. Weber*
Whitney B. Weber

4