# Exhibit 1

**Back to Contents**

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

Washington, DC 20549

# SCHEDULE 14A

**PROXY STATEMENT PURSUANT TO SECTION 14(a)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**(Amendment No. )**

☑ Filed by the Registrant                    ☐ Filed by a Party other than the Registrant

| Check the appropriate box: |
|---|
| ☐ Preliminary Proxy Statement |
| ☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))** |
| ☑ Definitive Proxy Statement |
| ☐ Definitive Additional Materials |
| ☐ Soliciting Material under §240.14a-12 |

# Apple Inc.

*(Name of Registrant as Specified in Its Charter)*

*(Name of Person(s) Filing Proxy Statement, if other than the Registrant)*

| Payment of Filing Fee (Check all boxes that apply): |
|---|
| ☑ **No fee required.** |
| ☐ **Fee paid previously with preliminary materials.** |
| ☐ **Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.** |



# Apple Inc.

Notice of 2025 Annual Meeting of Shareholders and Proxy Statement

# Attending the Annual Meeting

We are pleased to welcome shareholders to the 2025 Annual Meeting, to be held virtually on February 25, 2025, at 8:00 A.M. Pacific Time.

To attend, vote, and submit questions during the Annual Meeting, visit www.virtualshareholdermeeting.com/AAPL2025 and enter the control number included in your Notice of Internet Availability of Proxy Materials, voting instruction form, or proxy card. Online access to the webcast will open approximately 15 minutes prior to the start of the Annual Meeting. Attendance at the Annual Meeting is subject to capacity limits set by the virtual meeting platform provider. To submit questions in advance of the Annual Meeting, visit proxyvote.com before 8:59 P.M. Pacific Time on February 24, 2025, and enter your control number.

Your vote is important to us. We encourage you to vote your shares in advance to ensure that your vote will be represented at the Annual Meeting. You may vote online, as well as by telephone, or, if you requested to receive printed proxy materials, by mailing a proxy or voting instruction form. For more detailed information, see the section entitled "Voting Procedures" beginning on page 101 of the Proxy Statement.

---

In the Proxy Statement, the terms "Apple," "we," "our," and "Company" refer to Apple Inc. Information presented in the Proxy Statement is based on Apple's fiscal calendar, other than references to particular years in connection with our shareholder engagement program, in the biographical information about our directors and executive officers, and the opposition statements to the shareholder proposals, which refer to calendar years. The Proxy Statement includes website addresses and references to additional materials found on those websites. These websites and materials are not incorporated by reference into the Proxy Statement or in any other Securities and Exchange Commission filing we make under the Securities Exchange Act of 1934, as amended.

This document includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including statements regarding our goals, commitments, and strategies and our executive compensation program. These statements involve risks and uncertainties. Actual results could differ materially from any future results expressed or implied by the forward-looking statements for a variety of reasons, including due to the risks, uncertainties, and other important factors that are discussed in our most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent Securities and Exchange Commission filings. We assume no obligation to update any forward-looking statements, which speak only as of the date they are made.

Copyright © 2025 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries and regions.

These materials were first sent or made available to shareholders on January 10, 2025.



# Table of Contents

**Notice of 2025 Annual Meeting of Shareholders**    **3**

**Message from our Chief Executive Officer**    **5**

**Proxy Statement Summary**    **7**

  2024 Business Highlights    8

  Executive Compensation    9

  Nominees to Apple's Board of Directors    10

  Shareholder Engagement    11

  Progress Across our Values    12

  Items of Business and Board Voting Recommendations    13

**Corporate Governance**    **15**

  Our Corporate Governance Framework    16

  Role of the Board of Directors    17

  Board Independence    17

  Board and Committee Structure    17

  Board Oversight    19

  Board Meetings and Attendance    22

  Annual Board and Committee Self-Evaluations    22

  Related Party Policy and Transactions    22

  Business Conduct Policy    23

  Communications with the Board    23

**Directors**    **25**

  Board Composition and Refreshment    26

  Nominees for Election    28

  Compensation of Directors    34

**Executive Officers**    **37**

**Executive Compensation**    **39**

  Message from the People and Compensation Committee    41

  Compensation Discussion and Analysis    42

  People and Compensation Committee Report    55

  Executive Compensation Tables    56

**Management Proposals**    **67**

  Proposal No. 1 - Election of Directors    68

  Proposal No. 2 - Ratification of Appointment of Independent Registered Public Accounting Firm    69

  Proposal No. 3 - Advisory Vote to Approve Executive Compensation    71

**Shareholder Proposals**    **73**

  Shareholder Proposals    74

  Identification of Proponents    76

  Vote Required    76

  Proposal No. 4 - Report on Ethical AI Data Acquisition and Usage    77

  Proposal No. 5 - Report on Costs and Benefits of Child Sex Abuse Material-Identifying Software & User Privacy    81

  Proposal No. 6 - Request to Cease DEI Efforts    85

  Proposal No. 7 - Report on Charitable Giving    88

**Other Information**    **93**

  Audit and Finance Committee Report    94

  Security Ownership of Certain Beneficial Owners and Management    95

  Equity Compensation Plan Information    97

  General Information    98



# Notice of 2025 Annual Meeting of Shareholders

**Date and Time**

February 25, 2025
8:00 A.M. Pacific Time

**Virtual Meeting Site**

www.virtualshareholdermeeting.com/AAPL2025

**Who Can Vote**

Shareholders of record at the close of business on January 2, 2025

## Items of Business and Board Voting Recommendations

| | | |
|---|---|---|
| 1 | Election of Directors: Wanda Austin, Tim Cook, Alex Gorsky, Andrea Jung, Art Levinson, Monica Lozano, Ron Sugar, and Sue Wagner | ✅ **FOR** each of the nominees |
| 2 | Ratification of Appointment of Independent Registered Public Accounting Firm | ✅ **FOR** |
| 3 | Advisory Vote to Approve Executive Compensation | ✅ **FOR** |
| 4-7 | Shareholder Proposals if properly presented | ❌ **AGAINST** |

And other business as may properly come before the Annual Meeting and any postponements or adjournments thereof.

Sincerely,

*Kate Adams signature*

**Kate Adams**
Senior Vice President,
General Counsel and Secretary
Cupertino, California
January 10, 2025

**Important notice regarding the Availability of Proxy Materials for the Annual Meeting of Shareholders to be held on February 25, 2025. The Notice of Meeting, Proxy Statement, and Annual Report on Form 10-K are available free of charge at proxyvote.com and at investor.apple.com.**

# Shareholder Proposals

At Apple, we believe business can and should be a force for good. Our teams around the world work to infuse Apple's deeply held values into everything we make. Apple engages with stakeholders as part of our commitment to advance meaningful change and find novel solutions to pressing challenges. We welcome dialogue regarding the issues presented in the proposals on the following pages. Apple continues to build effective programs designed to tackle challenges, and to communicate our progress through transparent reporting.

Our values flow through the technology we make, the way we make it, and how we care for people and the planet we share. These values are central to how we do business. And we go further to address a comprehensive set of critical issues that matter to our Company and to our stakeholders. For more information about our progress across our programs and initiatives, including a detailed discussion of our assumptions, methodologies, standards, and metrics, refer to our topic-specific websites, reports, and other public information.

## Our Commitment to Transparency

| | |
|---|---|
| Responsible AI Principles | machinelearning.apple.com/research/introducing-apple-foundation-models |
| People and Environment in Our Supply Chain Report | apple.com/supplier-responsibility |
| Environmental Progress Report | apple.com/environment |
| Privacy Transparency Report | apple.com/privacy |
| App Store Transparency Report | apple.com/legal/more-resources |
| Families | apple.com/families |
| Accessibility | apple.com/accessibility |
| Education | apple.com/education-initiative |
| Inclusion & Diversity | apple.com/diversity |
| Racial Equity & Justice Initiative Impact Overview | apple.com/racial-equity-justice-initiative |
| Human Rights Policy | apple.com/compliance/policies |
| Ethics and Compliance | apple.com/compliance |

We appreciate many of the concerns raised in the proposals and firmly believe these matters are being appropriately handled by our management team with oversight from our Board. While our current programs and reports may not in each case be exactly as prescribed in a proposal, our programs are carefully designed to further the long-term interests of our shareholders, our Company, our people, and our communities. Although none of the proponents reached out to us regarding their proposals before submission, we contacted all proponents to discuss their concerns and provide information about Apple's policies and practices.

We also monitor, assess and, when appropriate, implement updates to reflect developments in corporate governance. We engage with our shareholders to learn about their perspectives and priorities on these issues. For example, we are monitoring developments with respect to what have been referred to as "right to cure" bylaw provisions and do not believe it is necessary to amend our bylaws at this time in light of our understanding that a Delaware Chancery Court has indicated that, subject to the facts and circumstances of a particular case, a Board's fiduciary duties would require it to provide an opportunity to cure a good faith but facially deficient nomination notice submitted sufficiently in advance of the notice deadline. Although we are a California company and California courts have not opined on this matter, California law already requires and promotes the equitable treatment of shareholder nominees.

The following pages include proposals submitted by shareholders under Rule 14a-8. These proposals, including any supporting statements, are included as submitted to us by their proponents. Apple's opposition statement as well as the Board's voting recommendation immediately follow each shareholder proposal.

## Proposal No. 6
# Shareholder Proposal

Apple has been advised that the National Center for Public Policy Research intends to submit the following proposal at the Annual Meeting.

### Request to Cease DEI Efforts

**SUPPORTING STATEMENT:**

Last year, the US Supreme Court ruled in *SFFA v. Harvard* that discriminating on the basis of race in college admissions violates the equal protection clause of the 14th Amendment.[1] As a result, the legality of corporate Diversity, Equity and Inclusion (DEI) programs was called into question[2] and 13 Attorneys General warned that *SFFA* implicated corporate DEI programs.[3]

This year, those implications widened when the Supreme Court ruled in *Muldrow v. City of St. Louis* that Title VII of the Civil Rights Act protected against discriminatory job transfers.[4] The ruling also lowered the bar for employees to successfully sue their employers for discrimination,[5] and is therefore likely to lead to an increase in discrimination claims.

Since *SFFA*, a number of DEI-related lawsuits have been filed. Starbucks was successfully sued for discrimination by an employee for $25.6 million,[6] and the risk of being sued for such discrimination is rising.[7]

Sensibly, many major companies have responded by rolling back their DEI commitments and laying off DEI departments.[8] Alphabet and Meta cut DEI staff and DEI-related investments;[9] and Microsoft and Zoom laid off their entire DEI teams.[10] Since *Muldrow*, John Deere publicly halted DEI-related policies[11] after Tractor Supply explicitly stated that it "eliminate[d] DEI roles and retire[d] our current DEI goals;"[12] Lowe's and Ford ended their participation in the Human Rights Campaign's Corporate Equality (CEI);[13] Harley Davidson ceased its DEI efforts;[14] and Jack Daniels ended both its DEI efforts and CEI participation.[15]

(1)   https://www.scotusblog.com/case-files/cases/students-for-fair-admissions-inc-v-president-fellows-of-harvard-college/

(2)   https://freebeacon.com/democrats/starbucks-hired-eric-holder-to-conduct-a-civil-rights-audit-the-policies-he-blessed-got-the-coffee-maker-sued/

(3)   https://ag.ks.gov/docs/default-source/documents/corporate-racial-discrimination-multistate-letter.pdf?sfvrsn=968abc1a_2

(4)   https://www.supremecourt.gov/opinions/23pdf/22-193_q86b.pdf

(5)   https://www.skadden.com/insights/publications/2024/06/quarterly-insights/supreme-court-lowers-the-bar; https://www.dailysignal.com/2024/04/17/supreme-court-just-made-easier-sue-employers-dei-policies/

(6)   https://www.foxbusiness.com/features/starbucks-manager-shannon-phillips-wins-25-million-lawsuit-fired-white-donte-robinson-rashon-nelson

(7)   https://aflegal.org/america-first-legal-files-class-action-lawsuit-against-progressive-insurance-for-illegal-racial-discrimination/; https://aflegal.org/afl-files-federal-civil-rights-complaint-against-activision-for-illegal-racist-sexist-and-discriminatory-hiring-practices-and-sends-letter-to-activision-board-demanding-they-end-unlawful-dei-polici/; https://aflegal.org/america-first-legal-files-federal-civil-rights-complaint-against-kelloggs-warns-management-that-its-violating-fiduciary-duties/

(8)   https://techcrunch.com/2024/07/29/dei-backlash-stay-up-to-date-on-the-latest-legal-and-corporate-challenges/

(9)   https://www.cnbc.com/2023/12/22/google-meta-other-tech-giants-cut-dei-programs-in-2023.html

(10)  https://www.businessinsider.com/microsoft-layoffs-dei-leader-email-2024-7; https://www.bloomberg.com/news/articles/2024-02-06/zoom-dei-workers-fired-in-recent-round-of-job-cuts

(11)  https://x.com/JohnDeere/status/1813318977650847944

(12)  https://corporate.tractorsupply.com/newsroom/news-releases/news-releases-details/2024/Tractor-Supply-Company-Statement/default.aspx

(13)  https://www.nbcnews.com/business/business-news/lowes-becomes-later-paring-back-dei-efforts-rcna168380; https://www.cbsnews.com/news/lowes-dei-harley-davidson-john-deere-tractor-supply/

(14)  https://x.com/harleydavidson/status/1825564138032234994

(15)  https://www.foxnews.com/lifestyle/jack-daniels-renounces-woke-agenda-latest-iconic-us-brand-bring-sanity-back-business

It's clear that DEI poses litigation, reputational and financial risks to companies, and therefore financial risks to their shareholders, and therefore further risks to companies for not abiding by their fiduciary duties.

Despite these obvious risks, the *SFFA* and *Muldrow* decisions and the wave of corporate DEI retreats, Apple still has an "Inclusion & Diversity" program.[16] (Merely omitting "equity" from the title is meaningless as the program still expresses multiple explicit commitments to "equity,"[17] and it's stated policies are consistent with, if not more radical than, most corporate DEI programs.) Apple's program includes: a "Supplier Diversity Program" that picks suppliers based on their race and sex;[18] considering and valuing race and sex in hiring and promotion decisions;[19] employing a "VP of Inclusion & Diversity;"[20] employee member groups for some groups (those arbitrarily deemed "diverse"), but not for others;[21] and contributing shareholder money to organizations that advance DEI.[22]

With 80,000 employees,[23] Apple likely has over 50,000 who are potentially victims of this type of discrimination.[24] If even only a fraction of employees file suit, and only some of those prove successful, the cost to Apple could reach tens of billions of dollars.

**RESOLVED:**

Shareholders request that the Company consider abolishing its Inclusion & Diversity program, policies, department and goals.

(16) https://www.apple.com/diversity/

(17) https://www.apple.com/racial-equity-justice-initiative/; https://www.apple.com/diversity/

(18) https://www.apple.com/diversity/

(19) *Id.*

(20) https://www.blackenterprise.com/cynthia-bowman-apple-diversity-head/; https://www.linkedin.com/in/cynthiaharrisbowman/

(21) https://www.apple.com/careers/us/dna.html; https://www.apple.com/diversity/

(22) https://www.apple.com/racial-equity-justice-initiative/; https://www.apple.com/diversity/

(23) https://www.apple.com/job-creation/

(24) https://www.census.gov/quickfacts/fact/table/US/PST045222

**Back to Contents**

| Summary | Governance | Directors | Compensation | Proposals | Other Information |

# Security Ownership of Certain Beneficial Owners and Management

The following table shows information as of January 2, 2025 (the "Table Date"), unless otherwise indicated, regarding the beneficial ownership of Apple's common stock by: (i) each person known to Apple to beneficially own more than 5% of the outstanding shares of Apple's common stock based solely on Apple's review of filings with the SEC pursuant to Section 13(d) or 13(g) of the Exchange Act; (ii) each director and nominee; (iii) each named executive officer listed in the table entitled "Summary Compensation Table—2024, 2023, and 2022" under the section entitled "Executive Compensation"; and (iv) all current directors and executive officers as a group. As of the Table Date, 15,037,874,000 shares of Apple's common stock were issued and outstanding. Unless otherwise indicated, all persons named as beneficial owners of Apple's common stock have sole voting power and sole investment power with respect to the shares indicated as beneficially owned.

| Name of Beneficial Owner | Shares of Common Stock Beneficially Owned[1] | Percent of Common Stock Outstanding |
|---|---|---|
| The Vanguard Group | 1,317,966,471[2] | 8.76% |
| BlackRock, Inc. | 1,043,713,019[3] | 6.94% |
| Kate Adams | 179,043[4] | * |
| Wanda Austin | 1,588[5] | * |
| Tim Cook | 3,280,180[6] | * |
| Alex Gorsky | 5,539[7] | * |
| Andrea Jung | 76,005[8] | * |
| Art Levinson | 4,217,092[9] | * |
| Monica Lozano | 8,607[10] | * |
| Luca Maestri | 107,788[11] | * |
| Deirdre O'Brien | 136,572[12] | * |
| Ron Sugar | 109,311[13] | * |
| Sue Wagner | 68,533[14] | * |
| Jeff Williams | 389,944[15] | * |
| All current directors and executive officers as a group (12 persons) | 8,472,414[16] | * |

(1) Represents shares of Apple's common stock held, and RSUs held that will vest within 60 days after the Table Date. Does not include RSUs that vest more than 60 days after the Table Date. RSUs are awards granted by Apple and payable, subject to vesting requirements, in shares of Apple's common stock.

(2) Represents shares of Apple's common stock beneficially owned as of December 29, 2023, based on a Schedule 13G/A filed with the SEC on February 13, 2024, by The Vanguard Group. The Vanguard Group lists its address as 100 Vanguard Blvd., Malvern, PA 19355, and indicates that it has shared voting power with respect to 19,912,339 shares of Apple's common stock, sole dispositive power with respect to 1,254,220,941 shares of Apple's common stock, and shared dispositive power with respect to 63,745,530 shares of Apple's common stock.

(3) Represents shares of Apple's common stock beneficially owned as of December 31, 2023, based on a Schedule 13G/A filed with the SEC on February 12, 2024, by BlackRock, Inc. BlackRock, Inc. lists its address as 50 Hudson Yards, New York, NY 10001, and indicates that it has sole voting power with respect to 936,902,208 shares of Apple's common stock, and sole dispositive power with respect to all shares beneficially owned.

(4) Excludes 412,636 RSUs held by Ms. Adams that are not scheduled to vest within 60 days after the Table Date.

(5) Includes 1,516 RSUs held by Dr. Austin that are scheduled to vest on February 1, 2025.

2025 Proxy Statement    **95**