# Exhibit 3

# Evercore ISI

## Technology | IT Hardware & Networking

**August 01, 2024**

## Apple Inc
AAPL | $218.75
**Outperform | Target Price/Base Case: $250.00**
**Company Update - Earnings Report**

**Amit Daryanani**
415-800-0185
amit.daryanani@evercoreisi.com
**Irvin Liu**
415-800-0183
irvin.liu@evercoreisi.com

**Michael Fisher**
415-800-0196
michael.fisher@evercoreisi.com
**Chan Park**
212-446-9463
Chan.Park@evercoreisi.com

### Company Statistics

| | |
|---|---|
| Market Capitalization (B) | $3,347 |
| Shares Outstanding (M) | 17,257 |
| Float (M) | 15,539 |
| Average 10-Day Volume (M) | 43,912 |
| Enterprise Value (B) | $3,267 |
| 52-Week Range | $164.07 - $237.23 |
| Fiscal Year End | Sep |

### Earnings Summary

| | | 2023 | 2024E | 2025E |
|---|---|---|---|---|
| Revenue (B) | Q1 | $117 | $120A | $129 |
| | Q2 | $95 | $91A | $97 |
| | Q3 | $82 | $86A | $92 |
| | Q4 | $89 | $94 | $100 |
| | **FY** | **$383** | **$390** | **$418** |
| EPS | Q1 | $1.88 | $2.18A | $2.43 |
| | Q2 | $1.52 | $1.53A | $1.71 |
| | Q3 | $1.26 | $1.40A | $1.61 |
| | Q4 | $1.46 | $1.60 | $1.80 |
| | **FY** | **$6.13** | **$6.71** | **$7.55** |

### 1 Year Price History



*Source: FactSet*

## Stay Calm and (Super) Cycle On. Maintain TOP PICK.

**ALL YOU NEED TO KNOW:** AAPL reported upside to June-qtr results with a print of $85.8B/$1.40 (vs. street at $84.4B/ $1.34) with topline growing by 5%. From a product basis growth was fairly broad based but notable upside across Services ($24.2B, +14%) and iPhones ($39.3B, -1%) as AAPL continues to see fairly stable to better demand vs. expectations. From a geographic basis, we saw broad growth across all geographies (APAC +14%, Europe +8%, Americas +7%) that was partially offset by declines in China (-6.5%). Commentary on China was somewhat muted, but Apple noted they reached an all-time high China iPhone install base and had a record Jun-qtr for upgraders. AAPL provided a Sept-qtr guide that brackets street expectations on revenues (~5% y/y growth) and implied EPS of $1.60 was modestly ahead of street at $1.55. Overall, we would highlight 3 key points from the print – **1) Apple Intelligence:** Expectation is for a staggered launch of AI starting this fall and with ChatGPT integration likely by year-end. We think a fairly compressed launch time will help drive a sizable upgrade cycle through this holiday season. AAPL CEO noted the level of value AI offers presents a compelling reason to upgrade. **2) Services Acceleration:** growth rates remains impressive (14%) despite tougher compares and AAPL noted growth is a combination of – install base, monetization and new services offerings. We think this could actually accelerate in CY25 and beyond given AI will unlock more offerings and higher monetization, **3) Profits & FCF:** AAPL continues to operate at fairly high levels of gross-margins (>46%), EBIT margins (30%) and FCF margins (31%) – this should enable stronger EPS/FCF as we go through the next iPhone cycle. **Net/Net:** Sticking with our OP rating and $250 target as we think AAPL could see upside to both revenue and EPS driven by a strong iPhone cycle (super?) coupled with sustained services acceleration.

**Quarter Review:** Overall AAPL's revenue/EPS beat at $85.8B/ $1.40 vs. street at $84.4B/$1.34, which represents 5% growth despite FX headwinds. Gross margins came in at 46.3%, beating consensus of 46.2%. Operating margin of 29.6% vs. consensus of 29.0%.

**iPhone:** AAPL reported iPhone sales of $39.3B (-0.9% y/y), which was ahead of consensus of $38.6B. Apple noted iPhone revenue grew in constant currency and they achieved Jun-qtr revenue records in many emerging markets. iPhone install base in China hit an all-time high.

**Services:** AAPL reported Services sales of $24.2bn (+14.1% y/y and +1.4% q/q), vs consensus at $24.0B. Apple noted paid subscriptions were well over 1B and have more than doubled over the past year. All time records for advertising, cloud, and payment services.

**Other Products:** iPad sales were $7.2bn (+23.7% y/y and +28.8% q/q), with growth driven by the launch of the iPad Air and Pro. Mac sales were $7.0bn (+2.5% y/y and -5.9% q/q), which was helped by record

**Please see the analyst certification and important disclosures on page 12 of this report.** Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2024. Evercore Group L.L.C. All rights reserved.

revenue in many emerging markets. Wearables, home, and accessories revenue was -2.3% y/y to $8.1B.

**Sept-qtr Guide:** Revenue should grow ~5% despite a 150bps foreign exchange headwind. Services growth should grow in double digits. Gross margins of 45.5%-46.5% and opex of $14.2B-$14.4B. Implied EPS of ~$1.60, which is ~3% ahead of consensus.

# Earnings Recap

Overall AAPL's revenue/EPS beat at $85.8B/ $1.40 vs. street at $84.4B/$1.34, which represents 5% growth despite FX headwinds. Gross margins came in at 46.3%, beating consensus of 46.2%. Operating margin of 29.6% vs. consensus of 29.0%.

**Figure 1: Apple Dec-Qtr Recap**

| | Jun-24 | Jun-23 | Mar-24 | Prior Est. | Y/Y | Q/Q | vs. Est. | Evercore ISI Perspective |
|---|---|---|---|---|---|---|---|---|
| | | | | Quarterly Comparison | | | | |
| Products | $61,564 | $60,584 | $69,657 | $60,307 | 1.6% | -11.6% | 2.1% | |
| Services | $24,213 | $21,213 | $19,922 | $23,865 | 14.1% | 21.5% | 1.5% | |
| Net Sales | $85,777 | $81,797 | $89,579 | $84,171 | 4.9% | -4.2% | 1.9% | Slight beat despite FX headwinds |
| **Gross Profit** | **39,678** | **36,413** | **37,623** | **38,719** | **9.0%** | **5.5%** | **2.5%** | |
| **Gross Margin** | **46.3%** | **44.5%** | **42.0%** | **46.0%** | **+174bps** | **+426bps** | **+26bps** | Upside from services mix |
| *Product Gross Margin* | *35.3%* | *35.4%* | *36.6%* | *0.0%* | *-6bps* | *-123bps* | | |
| *Services Gross Margin* | *74.0%* | *70.5%* | *74.6%* | *0.0%* | *+345bps* | *-62bps* | | |
| SG&A | $6,320 | $5,973 | $6,360 | $6,397 | 5.8% | -0.6% | (1.2%) | |
| % Of Sales | 7.4% | 7.3% | 7.1% | 7.6% | +7bps | +27bps | -23bps | |
| R&D | $8,006 | $7,442 | $7,032 | $7,912 | 7.6% | 13.9% | 1.2% | |
| % Of Sales | 9.3% | 9.1% | 7.9% | 9.4% | +24bps | +148bps | -7bps | |
| **Income (Loss) From Operations** | **$25,352** | **$22,998** | **$24,231** | **$24,410** | **10.2%** | **4.6%** | **3.9%** | |
| **% Of Sales** | **29.6%** | **28.1%** | **27.1%** | **29.0%** | **+144bps** | **+251bps** | **+56bps** | Solid increase |
| Pretax Inc./(Loss) Cont. Ops. | $25,494 | $22,733 | $24,131 | $24,460 | 12.1% | 5.6% | 4.2% | |
| Pre-Tax Margin | 29.7% | 27.8% | 26.9% | 29.1% | +193bps | +278bps | +66bps | |
| Prov. For Tax | $4,046 | $2,852 | $3,861 | $3,914 | 41.9% | 4.8% | 3.4% | |
| Tax Rate | 15.9% | 12.5% | 16.0% | 16.0% | +332bps | -13bps | -13bps | |
| Net Profit Avail. Common | $21,448 | $19,881 | $20,270 | $20,546 | 7.9% | 5.8% | 4.4% | |
| After-Tax Margin | 25.0% | 24.3% | 22.6% | 24.4% | +70bps | +238bps | +59bps | |
| Shares - Diluted | 15348 | 15775 | 16112 | 15315 | (2.7%) | (4.7%) | 0.2% | |
| **Pro-Forma Diluted EPS** | **$1.40** | **$1.26** | **$1.26** | **$1.34** | **10.9%** | **11.1%** | **4.2%** | Beat on revenue and margins |

*Source: Company Data, Evercore ISI Research*

**Sept-qtr Guide:** Revenue should grow ~5% despite a 150bps foreign exchange headwind. Services growth should grow in double digits. Gross margins of 45.5%-46.5% and opex of $14.2B-$14.4B. Implied EPS of ~$1.60, which is ~3% ahead of consensus.

3

## iPhone Product Line

**Overview:** The first version of the iPhone was released in January 2007, and sales began in June 2007. Apple's current generation iPhones retail for $699-$1399. On the FQ1:21 earnings call Apple noted the iPhone install base is now over 1B.

**iPhone Refresh Cycle:** Since the launch of the original iPhone, Apple has updated the product annually and has redesigned the iPhone every two years. The elongation of the iPhone refresh cycle has become central to the bearish narrative as recent redesigns have offered minimal incremental functionality.

**Figure 2: iPhone Revenue**



*Source: Company Data, Evercore ISI Research*

**iPhone Quarter Recap:** AAPL reported iPhone sales of $39.3B (-0.9% y/y), which was ahead of consensus of $38.6B. Apple noted iPhone revenue grew in constant currency and they achieved Jun-qtr revenue records in many emerging markets. iPhone install base in China hit an all-time high.

**Figure 3: Quarterly iPhone Sales and Y/Y Growth**



*Source: Company Data, Evercore ISI Research*

4

## Services

**Services Overview:** Comprised of several key components: 1) Apple Music, 2) iTunes (company recently announced end of life) 3) App Store, 4) iCloud, 5) AppleCare & Service parts, 6) Apple Pay and 7) Licensing and other.

**Figure 4: Apple Services Revenue Breakdown**



*Source: Company Data, Evercore ISI Research*

**Services Recap:** AAPL reported Services sales of $24.2bn (+14.1% y/y and +1.4% q/q), vs consensus at $24.0B. Apple noted paid subscriptions were well over 1B and have more than doubled over the past year. All time records for advertising, cloud, and payment services.

**Figure 5: Services Revenue & Growth**



*Source: Company Data, Evercore ISI Research*

# iPad Product Line

**Overview:** In January 2010, Steve Jobs announced the release of the original iPad. Apple now offers four different iPad models: the iPad Pro, iPad Air, iPad, and iPad mini.

**iPad Revenue:** iPad sales were $7.2bn (+23.7% y/y and +28.8% q/q), with growth driven by the launch of the iPad Air and Pro.

**Figure 6: iPad Revenue & Y/Y Growth**



*Source: Company Data, Evercore ISI Research*

# Mac Product Line

The Mac product line includes numerous refreshed products including changes to the MacBook Air and MacBook Pro models, as well as the updated iMac released in March. Apple also unveiled the Mac Pro in March which is a high-powered workstation available at a starting price of ~$6k.

**Mac Revenue:** Mac sales were $7.0bn (+2.5% y/y and -5.9% q/q), which was helped by record revenue in many emerging markets.

**Figure 7: Mac Revenue & Y/Y Growth**



*Source: Company Data, Evercore ISI Research*

# Wearables – Apple Watch, Air Pods & More.

**Overview:** AirPods and Apple Watch account for the majority of wearables revenue. Apple released AirPods on December 13th, 2016 and they have quickly become one of the company's fastest growing products. AAPL originally released the watch in April of 2015 with a starting price of $349.

**Figure 8: Revenue Share by Product**



*Source: Company Data, Evercore ISI Research*

EVERCORE ISI

**Quarter Recap:** Wearables, home, and accessories revenue was -2.3% y/y to $8.1B.

**Figure 9: Wearables Revenue & Y/Y Growth**



*Source: Company Data, Evercore ISI Research*

## Margin & Capital Allocation

Gross margins came in at 46.3%, beating consensus of 46.2%. Operating margin of 29.6% vs. consensus of 29.0%.

**Figure 10: Gross & Operating Margins**



*Source: Company Data, Evercore ISI Research*

**Capital Allocation:** During the quarter, Apple bought back $27B worth of stock and issued $3.9B in dividends.

**Figure 11: Buybacks and Dividends**



*Source: Company Data, Evercore ISI Research*

**Figure 12: EVR ISI Apple Model**

| US$ MM | Dec-22 | Mar-23 | Jun-23 | Sept-23 | Dec-23 | Mar-24 | Jun-24 | Sept-24E | Dec-24E | Mar-25E | Jun-25E | Sept-25E | Dec-25E | Mar-26E | Jun-26E | Sept-26E | FY22 | FY23 | FY24E | FY25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Products | 96,388 | 73,929 | 60,584 | 67,184 | 96,458 | 66,886 | 61,564 | 69,143 | 102,164 | 69,869 | 64,708 | 72,406 | 105,316 | 72,000 | 66,157 | 74,057 | 316,199 | 298,085 | 294,051 | 309,147 |
| Services | 20,766 | 20,907 | 21,213 | 22,314 | 23,117 | 23,867 | 24,213 | 25,215 | 26,353 | 27,208 | 27,119 | 27,988 | 29,516 | 31,018 | 30,373 | 31,067 | 78,129 | 85,200 | 96,412 | 108,669 |
| **Net Sales** | **117,154** | **94,836** | **81,797** | **89,498** | **119,575** | **90,753** | **85,777** | **94,358** | **128,517** | **97,077** | **91,827** | **100,395** | **134,832** | **103,018** | **96,530** | **105,124** | **394,328** | **383,285** | **390,463** | **417,815** |
| Q/Q Change | 30% | -19% | -14% | 9% | 34% | -24% | -5% | 10% | 36% | -24% | -5% | 9% | 34% | -24% | -6% | 9% | | | | |
| Y/Y Change | -5% | -3% | -1% | -1% | 2% | -4% | 5% | 5% | 7% | 7% | 7% | 6% | 5% | 6% | 5% | 5% | 8% | -3% | 2% | 7% |
| | | | | | | | | | | | | | | | | | | | | |
| COGS | 66,822 | 52,860 | 45,384 | 49,071 | 64,720 | 48,482 | 46,099 | 50,953 | 69,271 | 52,324 | 49,586 | 54,213 | 72,809 | 55,630 | 52,126 | 56,767 | 223,546 | 214,137 | 210,254 | 225,395 |
| | | | | | | | | | | | | | | | | | | | | |
| **Gross Profit** | **50,332** | **41,976** | **36,413** | **40,427** | **54,855** | **42,271** | **39,678** | **43,405** | **59,246** | **44,752** | **42,240** | **46,182** | **62,023** | **47,388** | **44,404** | **48,357** | **170,782** | **169,148** | **180,209** | **192,421** |
| **Gross Margin %** | **43.0%** | **44.3%** | **44.5%** | **45.2%** | **45.9%** | **46.6%** | **46.3%** | **46.0%** | **46.1%** | **46.1%** | **46.0%** | **46.0%** | **46.0%** | **46.0%** | **46.0%** | **46.0%** | **43.3%** | **44.1%** | **46.2%** | **46.1%** |
| Q/Q Change | 32% | -17% | -13% | 11% | 36% | -23% | -6% | 9% | 36% | -24% | -6% | 9% | 34% | -24% | -6% | 9% | | | | |
| Y/Y Change | -7% | -1% | 1% | 6% | 9% | 1% | 9% | 7% | 8% | 6% | 6% | 6% | 5% | 6% | 5% | 5% | 12% | -1% | 7% | 7% |
| Y/Y Conversion % | 58% | 24% | -45% | -360% | 187% | -7% | 82% | 61% | 49% | 39% | 42% | 46% | 44% | 44% | 46% | 46% | 62.9% | 14.8% | 154.1% | 44.6% |
| | | | | | | | | | | | | | | | | | | | | |
| R&D | 7,709 | 7,457 | 7,442 | 7,307 | 7,696 | 7,903 | 8,006 | 7,832 | 8,097 | 7,766 | 7,346 | 8,032 | 8,629 | 8,241 | 7,722 | 8,410 | 26,251 | 29,915 | 31,437 | 31,240 |
| Q/Q Change | 14% | -3% | 0% | -2% | 5% | 3% | 1% | -2% | 3% | -4% | -5% | 9% | 7% | -4% | -6% | 9% | | | | |
| Y/Y Change | 22% | 17% | 9% | 8% | 0% | 6% | 8% | 7% | 5% | -2% | -8% | 3% | 7% | 6% | 5% | 5% | 20% | 14% | 5% | -1% |
| % of revenue | 6.6% | 7.9% | 9.1% | 8.2% | 6.4% | 8.7% | 9.3% | 8.3% | 6.3% | 8.0% | 8.0% | 8.0% | 6.4% | 8.0% | 8.0% | 8.0% | 6.7% | 7.8% | 8.1% | 7.5% |
| | | | | | | | | | | | | | | | | | | | | |
| SG&A | 6,607 | 6,201 | 5,973 | 6,151 | 6,786 | 6,468 | 6,320 | 6,416 | 7,454 | 6,504 | 6,520 | 6,827 | 7,820 | 6,902 | 6,854 | 7,148 | 25,094 | 24,932 | 25,990 | 27,305 |
| Q/Q Change | 3% | -6% | -4% | 3% | 10% | -5% | -2% | 2% | 16% | -13% | 0% | 5% | 15% | -12% | -1% | 4% | | | | |
| Y/Y Change | 2% | 0% | -1% | -4% | 3% | 4% | 6% | 4% | 10% | 1% | 3% | 6% | 5% | 6% | 5% | 5% | 14% | -1% | 4% | 5% |
| % of revenue | 5.6% | 6.5% | 7.3% | 6.9% | 5.7% | 7.1% | 7.4% | 6.8% | 5.8% | 6.7% | 7.1% | 6.8% | 5.8% | 6.7% | 7.1% | 6.8% | 6.4% | 6.5% | 6.7% | 6.5% |
| | | | | | | | | | | | | | | | | | | | | |
| Total operating expenses | 14,316 | 13,658 | 13,415 | 13,458 | 14,482 | 14,371 | 14,326 | 14,248 | 15,551 | 14,270 | 13,866 | 14,858 | 16,449 | 15,144 | 14,576 | 15,558 | 51,345 | 54,847 | 57,427 | 58,545 |
| Q/Q Change | 8% | -5% | -2% | 0% | 8% | -1% | 0% | -1% | 9% | -8% | -3% | 7% | 11% | -8% | -4% | 7% | | | | |
| Y/Y Change | 12% | 9% | 5% | 2% | 1% | 5% | 7% | 6% | 7% | -1% | -3% | 4% | 6% | 6% | 5% | 5% | 17% | 7% | 5% | 2% |
| % of revenue | 12.2% | 14.4% | 16.4% | 15.0% | 12.1% | 15.8% | 16.7% | 15.1% | 12.1% | 14.7% | 15.1% | 14.8% | 12.2% | 14.7% | 15.1% | 14.8% | 13.0% | 14.3% | 14.7% | 14.0% |
| | | | | | | | | | | | | | | | | | | | | |
| **EBIT** | **36,016** | **28,318** | **22,998** | **26,969** | **40,373** | **27,900** | **25,352** | **29,157** | **43,696** | **30,482** | **28,374** | **31,323** | **45,573** | **32,245** | **29,828** | **32,799** | **119,437** | **114,301** | **122,782** | **133,876** |
| **EBIT margin** | **30.7%** | **29.9%** | **28.1%** | **30.1%** | **33.8%** | **30.7%** | **29.6%** | **30.9%** | **34.0%** | **31.4%** | **30.9%** | **31.2%** | **33.8%** | **31.3%** | **30.9%** | **31.2%** | **30.3%** | **29.8%** | **31.4%** | **32.0%** |
| **Incremental Margins** | **80.6%** | **68.0%** | **6.7%** | **-320.2%** | **180.0%** | **10.2%** | **59.1%** | **45.0%** | **37.2%** | **40.8%** | **50.0%** | **35.9%** | **29.7%** | **29.7%** | **30.9%** | **31.2%** | **36.8%** | **46.5%** | **118.1%** | **40.6%** |
| | | | | | | | | | | | | | | | | | | | | |
| Other income (expense) | -393 | 64 | -265 | 29 | -50 | 158 | 142 | -50 | -200 | -100 | -100 | -100 | -200 | -100 | -100 | -100 | (334) | (565) | 200 | (500) |
| Income (loss) before Taxes | 35,623 | 28,382 | 22,733 | 26,998 | 40,323 | 28,058 | 25,494 | 29,107 | 43,496 | 30,382 | 28,274 | 31,223 | 45,373 | 32,145 | 29,728 | 32,699 | 119,103 | 113,736 | 122,982 | 133,376 |
| | | | | | | | | | | | | | | | | | | | | |
| Provision for Taxes | 5,625 | 4,222 | 2,852 | 4,042 | 6,407 | 4,422 | 4,046 | 4,803 | 6,959 | 4,861 | 4,524 | 4,996 | 7,260 | 5,143 | 4,756 | 5,232 | 19,300 | 16,741 | 19,678 | 21,340 |
| Tax rate | 15.8% | 14.9% | 12.5% | 15.0% | 15.9% | 15.8% | 15.9% | 16.5% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.2% | 14.7% | 16.0% | 16.0% |
| | | | | | | | | | | | | | | | | | | | | |
| **GAAP Net Income** | **29,998** | **24,160** | **19,881** | **22,956** | **33,916** | **23,636** | **21,448** | **24,304** | **36,536** | **25,521** | **23,751** | **26,227** | **38,113** | **27,001** | **24,971** | **27,467** | **99,803** | **96,995** | **103,304** | **112,035** |
| **GAAP Net Income Margin** | **25.6%** | **25.5%** | **24.3%** | **25.6%** | **28.4%** | **26.0%** | **25.0%** | **25.8%** | **28.4%** | **26.3%** | **25.9%** | **26.1%** | **28.3%** | **26.2%** | **25.9%** | **26.1%** | **25.3%** | **25.3%** | **26.5%** | **26.8%** |
| | | | | | | | | | | | | | | | | | | | | |
| Shares-Basic | 15,892.7 | 15,787.2 | 15,697.6 | 15,599.4 | 15,449.4 | 15,405.9 | 15,287.5 | 15,137.5 | 14,987.5 | 14,837.5 | 14,687.5 | 14,537.5 | 14,387.5 | 14,237.5 | 14,087.5 | 13,937.5 | 16,216.0 | 15,744.2 | 15,320.1 | 15,204.6 |
| Shares-Diluted | 15,955.7 | 15,847.1 | 15,775.0 | 15,672.4 | 15,522.4 | 15,464.7 | 15,348.2 | 15,198.2 | 15,048.2 | 14,898.2 | 14,748.2 | 14,598.2 | 14,448.2 | 14,298.2 | 14,148.2 | 13,998.2 | 16,325.8 | 15,812.5 | 15,383.4 | 15,264.8 |
| | | | | | | | | | | | | | | | | | | | | |
| GAAP Basic EPS | $1.89 | $1.53 | $1.27 | $1.47 | $2.20 | $1.53 | $1.40 | $1.61 | $2.44 | $1.72 | $1.62 | $1.80 | $2.65 | $1.90 | $1.77 | $1.97 | $6.14 | $6.16 | $6.74 | $7.58 |
| **GAAP Diluted EPS** | **$1.88** | **$1.52** | **$1.26** | **$1.46** | **$2.18** | **$1.53** | **$1.40** | **$1.60** | **$2.43** | **$1.71** | **$1.61** | **$1.80** | **$2.64** | **$1.89** | **$1.76** | **$1.96** | **$6.10** | **$6.13** | **$6.71** | **$7.55** |

*Source: Company Data, Evercore ISI Research*

Case 5:25-cv-06252-NW   Document 83-3   Filed 02/25/26   Page 11 of 16

## VALUATION METHODOLOGY

Our Target Price is based on a price/earnings multiple. We assess future earnings growth, operating margins, free cash flow generation and returns on capital employed when determining whether a company is deserving of higher or lower multiples.

## RISKS

1) Regulatory risk to the App Store revenue model, 2) Slowdown in the Chinese economy, 3) Tariffs on Chinese or American imports, 4) Faster than expected slowdown in iPhone sales.

## COMPANIES UNDER COVERAGE BY AUTHOR

| Symbol | Company | Rating | Price (2024-01-08) | Evercore ISI Target |
|--------|---------|--------|--------------------|---------------------|
| AAPL | Apple Inc | Outperform | $218.75 | $250.00 |
| AKAM | Akamai Technologies, Inc | Outperform | $95.80 | $105.00 |
| ANET | Arista Networks, Inc. | Outperform | $338.84 | $400.00 |
| APH | Amphenol Corporation | Outperform | $62.03 | $75.00 |
| CDW | CDW Corporation | Outperform | $213.64 | $250.00 |
| CIEN | Ciena Corporation | Outperform | $50.99 | $60.00 |
| COMM | CommScope Holding Co., Inc | In Line | $2.54 | $2.00 |
| CSCO | Cisco Systems, Inc. | Outperform | $47.38 | $55.00 |
| DELL | Dell Technologies Inc | Outperform | $108.75 | $165.00 |
| FFIV | F5, Inc. | In Line | $195.05 | $210.00 |
| FTV | Fortive Corp | Outperform | $70.45 | $80.00 |
| HPE | Hewlett Packard Enterprise Co. | In Line | $19.08 | $22.00 |
| HPQ | HP Inc | Outperform | $35.26 | $40.00 |
| IBM | International Business Machines Corporation | Outperform | $189.56 | $215.00 |
| JNPR | Juniper Networks, Inc. | In Line | $37.72 | $40.00 |
| MSI | Motorola Solutions, Inc. | Outperform | $397.67 | $400.00 |
| NTAP | NetApp, Inc. | In Line | $122.52 | $120.00 |
| PSTG | Pure Storage, Inc. | Outperform | $56.58 | $75.00 |
| RXT | Rackspace Technology, Inc. | In Line | $2.21 | $2.00 |
| ST | Sensata Technologies Holding plc | Outperform | $37.38 | $60.00 |
| STX | Seagate Technology | Outperform | $98.77 | $125.00 |
| TEL | TE Connectivity Ltd. | Outperform | $150.63 | $180.00 |
| VRT | Vertiv Holdings Co | Outperform | $74.34 | $105.00 |
| WDC | Western Digital Corp. | Outperform | $59.38 | $85.00 |

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: August 01 2024 7:46 PM ET

## ANALYST CERTIFICATION

The analysts, Irvin Liu, Amit Daryanani, Michael Fisher, Chan Park, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

12

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 08/01/2024)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 457 | 57 | Buy | 56 | 12 |
| Hold | 297 | 37 | Hold | 25 | 8 |
| Sell | 15 | 2 | Sell | 2 | 13 |
| Coverage Suspended | 20 | 3 | Coverage Suspended | 6 | 30 |
| Rating Suspended | 9 | 1 | Rating Suspended | 1 | 11 |

**Issuer-Specific Disclosures (as of August 01, 2024)**

13

**Price Charts**



Apple Inc Rating History as of 08/01/2024

**Ratings Key**

| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
|---|-----|----|-----------|---|------|----|--------------------|
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorized and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only and subject to additional restrictions contained in this disclosure. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by employees of affiliates of Evercore. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information.

Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore or its affiliates and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates.

Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel. Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research.

Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Evercore ISI does not provide individually tailored investment advice in research reports. The financial instruments discussed in this report are not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. This report has been prepared without regard to the particular investment strategies or financial, tax or other personal circumstances of the recipient. Nothing in this report constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to the recipient's individual circumstances, or otherwise constitutes a personal recommendation to the recipient. None of Evercore Group or its affiliates will treat any recipient of this report as its customer by virtue of the recipient having received this report.

Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of

14

future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Please note that this report was prepared for and distributed by Evercore ISI to its institutional investor and market professional customers.

Recipients who are not institutional investor or market professional customers of Evercore ISI should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Electronic research is simultaneously distributed to all clients. This report is provided to Evercore ISI clients only and may not be, in whole or in part, or in any form or manner (i) copied, forwarded, distributed, shared, or made available to third parties, including as input to, or in connection with, any artificial intelligence or machine learning model; (ii) modified or otherwise used to create derivative works; or (iv) used to train or otherwise develop a generative artificial intelligence or machine learning model, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement with the aforementioned limitations in use.

This report is not intended for distribution to or use by any person or entity in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Evercore Group or its affiliates to any registration or licensing requirement within such jurisdiction. If this report is being distributed by a financial institution other than Evercore ISI or its affiliates, that financial institution is solely responsible for such distribution and for compliance with the laws, rules and regulations of any jurisdiction where this report is distributed. Clients of that financial institution should contact that institution to effect any transaction in the securities mentioned in this report or if such clients require further information. This report does not constitute investment advice by Evercore ISI to the clients of the distributing financial institution, and neither Evercore ISI nor its affiliates, nor their respective officers, directors or employees, accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Evercore is not authorized to act as a financial entity, securities intermediary, investment advisor or as any other regulated entity under Mexican law, and no actions, applications or filings have been undertaken in Mexico, whether before the National Banking and Securities Commission (Comisión Nacional Bancaria y de Valores "CNBV") or any other authority, in order for Evercore to carry out activities or render services that would otherwise require a license, registration or any other authorization for such purposes; neither is it regulated by the CNBV or any other Mexican authority. This document, nor its content, constitutes an offer, invitation or request to purchase or subscribe for securities or other instruments or to make or cancel investments, nor may it serve as the basis for any contract, commitment or decision of any kind.

For persons in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

For persons in Switzerland: The distribution of these materials to persons or entities in Switzerland is not intended to, and does not, constitute a financial service under the Swiss Financial Services Act (FinSA). In particular, the distribution of these materials does not constitute the provision of personal recommendations on transactions with financial instruments (investment advice) within the meaning of Article 3(c)(4) of FinSA.

For persons in Australia: Evercore does not have an Australian Financial Services License ("AFSL"). This report is only to be distributed to persons who fall within the definition of "wholesale" investors under section 761G of the Corporations Act 2001 (Cth). This report must not be acted on or relied on by persons who are not wholesale investors. Evercore relies on the relief provided under ASIC Corporations (Foreign Financial Services Providers—Limited Connection) Instrument 2017/182 to provide this report to wholesale investors in Australia without an AFSL.

For persons in New Zealand: This material has been prepared by Evercore Group L.L.C. for distribution in New Zealand to financial advisors and wholesale clients only and has not been prepared for use by retail clients (as those terms are defined in the Financial Markets Conduct Act 2013 ('FMCA')). Evercore Group L.L.C. is not, and is not required to be, registered or licensed under the FMCA, and unless otherwise stated any financial products referred to in this material are generally only available in New Zealand for issue to those satisfying the wholesale investor criteria in the FMCA.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

*© 2024. Evercore Group L.L.C. All rights reserved.*