# Exhibit 8

UNITED STATES DISTRICT COURT  <span style="color:red">***ORIGINAL***</span>

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | | |
|---|---|---|
| EPIC GAMES, INC., | ) | **Evidentiary Hearing** |
| | ) | |
| Plaintiff, | ) | **Volume 1** |
| | ) | |
| vs. | ) | NO. C 20-05640 YGR |
| | ) | |
| APPLE, INC., | ) | Pages 1 - 231 |
| | ) | |
| Defendant. | ) | Oakland, California |
| _____ | ) | Wednesday, May 8, 2024 |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:          Cravath, Swaine & Moore LLP
                        825 Eighth Avenue
                        New York, New York  10019
                   BY:  GARY A. BORNSTEIN,
                        M. BRENT BYARS,
                        YONATAN EVEN,
                        LAUREN A. MOSKOWITZ,
                        MICHAEL J. ZAKEN, ATTORNEYS AT LAW

(Appearances continued next page)

Reported By:       Raynee H. Mercado, CSR No. 8258

     Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

**A.** No. That was a -- a different group of individuals.

**Q.** Because is Mr. Cook not on the ERB?

**A.** No, he is not.

**Q.** So it was some members of the ERB plus even more senior folks that were involved in the injunction compliance?

**A.** Yes.

**Q.** Is the idea here for not clarifying multi-platform services can actually do this is to hope that the highest revenue-generating developers don't bother pursuing the link because they think it doesn't apply to them?

**A.** No.

**Q.** So having walked through a bunch of these requirements, I just want to be clear. In order to present an external purchase link, the developer must also present Apple's IAP, correct?

**A.** Yes.

**Q.** It's not an option for the developer to only offer external links for purchases.

**A.** That's correct.

**Q.** Now, let's talk about the fees that Apple's imposing for the benefit of allowing developers to present both IAP and this external link.

So if a user selects in-app purchase with IAP, the developer has to pay a 30 percent fee to Apple on that transaction. Let's just set aside the small business program

for a moment.  Generally speaking, the developer is going to pay 30 percent to Apple, correct?

A.  If you exclude that program and -- and some other use cases where the commission is lower, yes, that would be correct.

Q.  And the 30 percent applies to what percentage of all -- overall App Store purchases?  90 percent?  More?  What is it?

A.  I don't know.

Q.  It's 90 or more; is that right?  You don't know?

A.  I don't know.  I've -- I've never looked at that --

Q.  Okay.

A.  -- data before.

Q.  All right.

But if a user opts to make the purchase from after clicking on the external link, the developer has to pay Apple 27 percent on that transaction, correct?

A.  For developers that pay 30 percent today, they pay -- developers would pay 27 percent of the commission during a seven-day window.  So the seven-day window is a -- a new addition that we have put forward here to comply with the injunction.

Q.  Well, all of it is new, right?  Even the charge for a purchase that's happening on an external website has never been charged by Apple ever before in its entire history, correct?

**A.** No, that's not correct.

**Q.** Apple has charged for purchases made on external websites by users for in-app digital content?

**A.** Yes.

**Q.** Are you talking about reader apps?

**A.** No.

**Q.** What are you talking about?

**A.** I'm talking about in the Netherlands, there was a law that was passed --

**Q.** Okay.

**A.** -- where a specific set of apps could add links in their apps for external purchases. And we have a commission in that -- in that jurisdiction.

**Q.** Okay. Thank you for that clarification.

Until Apple was forced by changes of law or court orders to offer external payment options for certain apps, Apple never before had imposed a charge on any purchases made on an external website, correct?

**A.** Correct.

**Q.** Okay. So this is new as of Apple being forced to allow users to make purchases outside of the app on -- in certain jurisdictions.

**A.** That's correct.

**Q.** And the seven-day window that you just referred to refers to the fact that if a user clicks on that "continue" after

not to write so much the next time.

My schedule is quite jam-packed this May.  And I am heading into a three- to four-month trial on June 3rd.  The defense lawyers are asking for a continuance, so they are hoping that I give them one.  If I do, I will have more time in June.  If not, my days are limited.

So we'll see where we get on the 10th and the 17th and then I will let you know when I have time.  And we'll just take it from there.

Okay?

MR. EVEN:  Understood, Your Honor.

THE COURT:  All right.  We'll stand in recess, then, until Friday.

(Proceedings were concluded at 2:13 P.M.)

--o0o--

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____

Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

Thursday, May 9, 2024

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*