**Exhibit 13**

 **OPPENHEIMER**

EQUITY RESEARCH

# QUARTERLY UPDATE

November 1, 2024

TECHNOLOGY/EMERGING TECHNOLOGIES AND SERVICES

## Stock Rating:

## OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $250.00 |
| AAPL - NASDAQ | $225.91 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | 13% |
| 52-Wk Range | $237.49-$164.08 |
| Shares Outstanding | 15,348.0M |
| Float | 15,332.7M |
| Market Capitalization | $3,434,766.6M |
| Avg. Daily Trading Volume | 50,200,072 |
| Dividend/Div Yield | $0.92/0.41% |
| Book Value | $4.35 |
| Fiscal Year Ends | Sep |
| 2025E ROE | 26.0% |
| LT Debt | $85,750.0M |
| Preferred | NA |
| Common Equity | $56,950M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2022A | 2.10 | 1.52 | 1.20 | 1.29 | 6.11 | 37.0x |
| 2023A | 1.88 | 1.52 | 1.26 | 1.46 | 6.13 | 36.8x |
| 2024A | 2.18 | 1.53 | 1.40 | 0.97 | 6.08 | 37.1x |
| *Prior (E)* | *--* | *--* | *--* | *1.59* | *6.70* | *33.7x* |
| 2025E | 2.32 | 1.76 | 1.73 | 1.93 | 7.73 | 29.2x |
| *Prior (E)* | *2.40* | *1.78* | *1.71* | *1.98* | *7.87* | *28.7x* |
| 2026E | -- | -- | -- | -- | 8.30 | 27.2x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *8.28* | *27.3x* |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2022A | 123.9B | 97.3B | 83.0B | 90.1B | 394.3B | 1.4x |
| 2023A | 117.2B | 94.8B | 81.8B | 89.5B | 383.3B | 1.4x |
| 2024A | 119.6B | 90.8B | 85.8B | 94.9B | 391.0B | 1.4x |
| *Prior (E)* | *--* | *--* | *--* | *94.2B* | *390.3B* | |
| 2025E | 123.1B | 100.8B | 99.7B | 107.6B | 431.2B | 1.3x |
| *Prior (E)* | *129.4B* | *102.2B* | *99.2B* | *111.0B* | *441.9B* | *1.2x* |
| 2026E | -- | -- | -- | -- | 455.7B | 1.2x |
| *Prior (E)* | *--* | *--* | *--* | *--* | *465.6B* | |

# Apple Inc.

## Patience Required to See Apple Intelligence Boosting New Hardware Cycles

### SUMMARY

Apple reported better than expected F4Q revenue/EPS. iPhone, iPad and Service sales grew 6%, 8% and 12% Y/Y, respectively. Total sales were up by $5.4B Y/Y, where Europe contributed the largest share, up by $2.5B. Greater China was flat Y/Y, continuing its sequential recovery. F1Q25 guidance of LSD to MSD is slightly below investor expectations of MSD. Management points to strong initial interests in Apple Intelligence, based on 2x the adoption rate of iOS 18.1 vs. iOS 17.1. That said, the gradual rollout and support for non-English languages will likely drive a different sales cadence comparing to previous iPhone cycles. Overall, our bullish view on Apple Intelligence and its positive impact on iPhone replacement in CY25 is unchanged. Reiterate Outperform.

### KEY POINTS

- **Guidance:** F1Q25 revenue guidance fell short of consensus by 3%. Management assumes LSD to MSD growth Y/Y, including double-digit growth in Services and in-line with FY24 (13%). Management noted a more graduate rollout of full iOS 18 features (Apple Intelligence) is unique to this cycle. Gross margin is guided in-line with expectation with Q/Q improvement to 46.5%, supported by a more moderate commodity environment and mix.

- **Greater China Dynamics:** Greater China sales momentum continued to recover with moderating FX headwinds and easier competitive dynamics. China remains an important source of growth for Apple's active device installed base, as more than half of Mac and iPad, and >75% of Apple Watch customers are new to those products. It's still unclear when Apple Intelligence will roll out to China.

- **Asset-light Approach to AI:** Apple is unique among tech platforms in its more asset-light approach to AI. Management note that its hybrid model (1p and 3p data centers) gives Apple a different capex profile from others. We believe Apple's direct access to customers through its hardware ecosystem allow it to avoid the arms race of building its own bleeding edge AI data centers.

- **Services:** Services grew 12% Y/Y. Paid accounts and paid subscriptions grew double-digits again Y/Y to new all-time highs. F1Q services revenues are guided to a growth rate similar to FY24 at 13%. Given the gradual rollout of Apple Intelligence features, it remains unclear how third-party iOS developers will take advantage of the AI features and help to grow Services and Apple's app economy.

- **Bottom Line:** Incremental management comments on the earnings confirmed our view that new iPhone cycle, supported by Apple Intelligence, will take more time to materialize comparing to previous cycles. We expect the iPhone 16 product cycle to see stronger momentum in CY25, when Apple Intelligence is more widely deployed across different markets. Reiterate Outperform.

### Stock Price Performance

**1 Year Price History for AAPL**

### Company Description

Apple, Inc. designs, manufactures, and sells personal computers, portable digital music players, and mobile communication devices, as well as related software, services, peripherals, and network solutions worldwide.

**Martin Yang, CFA**
212-667-7623
Martin.Yang@opco.com

**Andrew Northcutt**
212-667-8138
Andrew.Northcutt@opco.com

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Disseminated: November 1, 2024 02:54 EDT; Produced: November 1, 2024 02:54 EDT

**Apple Inc.** | **AAPL (OUTPERFORM) - $250.00**

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

We believe Apple will show stronger resistance to competition with its expanding hardware and software ecosystem. We expect Apple's significant leadership in accessories such as Apple Watch and AirPods to provide incremental sales growth, a deeper moat for core iOS devices, and upside for software and network service sales. At the current stage of smartphone competition, we see little risk of share loss and view shifts in the iPhone replacement cycle immaterial. Longer term, we see tremendous value in the Apple ecosystem and its ability to monetize its user base. Apple's substantial capital return program should provide downside protection.

### BASE CASE ASSUMPTION

- iPhone shipment of 240M for FY25 (10% growth Y/Y)
- 42M Apple Watch unit shipments for FY25 (14% growth Y/Y)
- Software, Service, and Accessories business maintains double-digit growth from FY21 to FY25

### CATALYSTS

- Compelling augmented reality-based apps and use cases that are unique to iOS installed base
- Release of Apple Intelligence in upcoming iOS 18 updates in fall 2024

### UPSIDE SCENARIO

- iPhone shipment exceeds Y/Y growth expectations in FY25 and FY26
- Mac shipment exceeds expectations
- iPad resumes growth due to new form factors and wider non-consumer adoptions
- Apple's media business benefits from better than expected adoption among cord-cutters

### DOWNSIDE SCENARIO

- iPhone sales decline high single-digit Y/Y in FY24 due to market share loss
- iPad continues to be cannibalized by larger iPhones

## PRICE TARGET CALCULATION

Our price target of $250 is based on 31.8x our FY25 EPS estimate of $7.87 (or 37.3x FY24 EPS of $6.70). As of the publishing date of this report, Apple trades at a FY1 P/E multiple of 32.9x on Street estimates, compared to 22.8x of S&P 500. We believe given Apple's growth potential, quality of earnings, improving competitive moat, and shareholder-friendly capital allocation strategy, a premium multiple is warranted.

## KEY RISKS TO PRICE TARGET

Risks to our price target include: 1) stronger than expected macroeconomic headwinds, 2) unforeseen supply chain disruptions, and 3) escalation of trade-related tension between China and the US.

## ESG CONSIDERATIONS *

| | |
|---|---|
| ESG Rating | C |
| ESG Rating Environment | B- |
| ESG Rating Social | A- |
| ESG Rating Governance | A- |

*Environmental/Social/Governance (ESG) scores are courtesy of Refinitiv's ESG product which are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. Refinitiv's ESG ratings are independent of Oppenheimer's stock ratings and are not taken into consideration when assigning a rating. For full details about Refinitiv's ESG scores, please click here

OPPENHEIMER

## Apple Inc.

Last reported quarter end

6/30/2024

| Consolidated Statement of Income Statement | 3Q24A | 4Q24A | 1Q25E | 2Q25E | 3Q25E | 4Q25E | | FY | FY | FY | FY | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (in $ millions except for per share data) | Jun-24 | Sep-24 | Dec-24 | Mar-25 | Jun-25 | Sep-25 | | 2022A | 2023A | 2024E | 2025E | 2026E |
| **Revenue** | | | | | | | | | | | | |
| Product | 61,564 | 69,958 | 96,938 | 74,058 | 72,613 | 79,632 | | 316,199 | 298,085 | 294,866 | 323,241 | 336,959 |
| Service | 24,213 | 24,972 | 26,122 | 26,731 | 27,119 | 27,969 | | 78,129 | 85,200 | 96,169 | 107,940 | 118,734 |
| **Total Revenue** | 85,777 | 94,930 | 123,060 | 100,789 | 99,732 | 107,601 | | 394,328 | 383,285 | 391,035 | 431,182 | 455,694 |
| **Cost of Sales** | ; | | | | | | | | | | | |
| Product | 39,803 | 44,566 | 59,132 | 46,434 | 45,601 | 49,850 | | 201,471 | 189,282 | 185,233 | 201,017 | 210,731 |
| Service | 6,296 | 6,485 | 6,661 | 6,950 | 7,051 | 7,272 | | 22,075 | 24,855 | 25,119 | 27,934 | 30,871 |
| **Total COGS** | 46,099 | 51,051 | 65,793 | 53,384 | 52,652 | 57,122 | | 223,546 | 214,137 | 210,352 | 228,951 | 241,602 |
| **Gross Profit** | 39,678 | 43,879 | 57,267 | 47,404 | 47,080 | 50,479 | | 170,782 | 169,148 | 180,683 | 202,230 | 214,092 |
| **Operating Expenses** | | | | | | | | | | | | |
| Research and Development | 8,006 | 7,765 | 8,466 | 8,693 | 8,807 | 8,542 | | 26,251 | 29,915 | 31,370 | 34,507 | 37,958 |
| Sales, General & Administrative | 6,320 | 6,523 | 6,914 | 7,260 | 7,623 | 8,004 | | 25,094 | 24,932 | 26,097 | 29,802 | 32,782 |
| **Total Operating Expenses** | 14,326 | 14,288 | 15,380 | 15,953 | 16,430 | 16,546 | | 51,345 | 54,847 | 57,467 | 64,309 | 70,740 |
| **Operating Income** | 25,352 | 29,591 | 41,887 | 31,451 | 30,650 | 33,933 | | 119,437 | 114,301 | 123,216 | 137,922 | 143,352 |
| Other Income | 142 | 19 | (50) | (50) | (50) | (50) | | (334) | (565) | 269 | (200) | (200) |
| **Income Before Taxes** | 25,494 | 29,610 | 41,837 | 31,401 | 30,600 | 33,883 | | 119,103 | 113,736 | 123,485 | 137,722 | 143,152 |
| Taxes on Income (benefit) | 4,046 | 14,874 | 6,694 | 5,024 | 4,896 | 5,421 | | 19,300 | 16,741 | 29,749 | 22,035 | 22,904 |
| **Net Income** | 21,448 | 14,736 | 35,143 | 26,377 | 25,704 | 28,462 | | 99,803 | 96,995 | 93,736 | 115,686 | 120,248 |
| **Diluted EPS** | **$1.40** | **$0.97** | **$2.32** | **$1.76** | **$1.73** | **$1.93** | | **$6.11** | **$6.13** | **$6.08** | **$7.73** | **$8.30** |
| Diluted Shares | 15,348 | 15,243 | 15,125 | 15,007 | 14,890 | 14,772 | | 16,326 | 15,813 | 15,408 | 14,948 | 14,477 |
| Dividend per share | $0.25 | $0.25 | $0.25 | $0.27 | $0.27 | $0.27 | | $0.91 | $0.95 | $0.99 | $1.05 | $1.12 |
| **Product Shipment** | | | | | | | | | | | | |
| iPhone | 41.6 | 54.0 | 73.4 | 51.1 | 49.6 | 58.3 | | 240.5 | 224.2 | 222.4 | 232.5 | 236.4 |
| iPad | 13.5 | 13.0 | 14.0 | 12.5 | 11.5 | 13.0 | | 56.8 | 54.7 | 53.0 | 51.0 | 52.0 |
| Mac | 4.7 | 5.2 | 5.5 | 5.2 | 5.6 | 6.7 | | 27.6 | 20.0 | 20.1 | 22.9 | 24.0 |
| Apple Watch | 8.0 | 9.0 | 15.0 | 8.0 | 9.0 | 10.0 | | 48.8 | 44.7 | 37.0 | 42.0 | 40.0 |

Source: Company Data, Oppenheimer & Co. Inc.



## Apple Inc.

| Summary View ($ in millions, except per share) | 3Q24A Jun-24 | 4Q24A Sep-24 | 1Q25E Dec-24 | 2Q25E Mar-25 | 3Q25E Jun-25 | 4Q25E Sep-25 | | FY 2022A | FY 2023A | FY 2024E | FY 2025E | FY 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **85,777** | **94,930** | **123,060** | **100,789** | **99,732** | **107,601** | | **394,328** | **383,285** | **391,035** | **431,182** | **455,694** |
| % Growth | -5% | 11% | 30% | -18% | -1% | 8% | | 8% | -3% | 2% | 10% | 6% |
| Gross Margin | 46% | 46% | 47% | 47% | 47% | 47% | | 43% | 44% | 46% | 47% | 47% |
| Product | 35% | 36% | 39% | 37% | 37% | 37% | | 36% | 37% | 37% | 38% | 37% |
| Services | 74% | 74% | 75% | 74% | 74% | 74% | | 72% | 71% | 74% | 74% | 74% |
| **Operating Profit** | **25,352** | **29,591** | **41,887** | **31,451** | **30,650** | **33,933** | | **119,437** | **114,301** | **123,216** | **137,922** | **143,352** |
| Operating Margin | 30% | 31% | 34% | 31% | 31% | 32% | | 30% | 30% | 32% | 32% | 31% |
| **Net Income** | **23,920** | **17,202** | **37,797** | **29,130** | **28,540** | **31,318** | | **108,664** | **106,461** | **103,654** | **126,785** | **132,456** |
| % Growth | -9% | -31% | 138% | -25% | -3% | 11% | | 5% | -3% | -3% | 23% | 4% |
| **EPS** | **$1.40** | **$0.97** | **$2.32** | **$1.76** | **$1.73** | **$1.93** | | **$6.11** | **$6.13** | **$6.08** | **$7.73** | **$8.30** |
| % Growth | 11% | -34% | 7% | 15% | 24% | 99% | | 9% | 0% | -1% | 27% | 7% |
| | | | | | | | | | | **43.8** | | |
| | | | | | | | | | | **#N/A** | | |

Source: Company Data, Oppenheimer & Co. Inc., FactSet

## Apple Inc.

| Margin and Growth Analysis | 3Q24A Jun-24 | 4Q24A Sep-24 | 1Q25E Dec-24 | 2Q25E Mar-25 | 3Q25E Jun-25 | 4Q25E Sep-25 | FY 2022A | FY 2023A | FY 2024E | FY 2025E | FY 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margin Analysis (%)** | | | | | | | | | | | |
| Gross Margin | 46% | 46.22% | 46.54% | 47% | 47% | 47% | 43% | 44% | 46% | 47% | 47% |
|    Product | 35% | 36% | 39% | 37% | 37% | 37% | 36% | 37% | 37% | 38% | 37% |
|    Services | 74% | 74% | 75% | 74% | 74% | 74% | 72% | 71% | 74% | 74% | 74% |
| Research and Development | 9% | 8% | 7% | 9% | 9% | 8% | 7% | 8% | 8% | 8% | 8% |
| Sales, General & Administrative | 7% | 7% | 6% | 7% | 8% | 7% | 6% | 7% | 7% | 7% | 7% |
| Operating Margin | 30% | 31% | 34% | 31% | 31% | 32% | 30% | 30% | 32% | 32% | 31% |
| Pretax Income | 30% | 31% | 34% | 31% | 31% | 31% | 30% | 30% | 32% | 32% | 31% |
| Effective Tax Rate | 16% | 50% | 16% | 16% | 16% | 16% | 16% | 15% | 24% | 16% | 16% |
| Net Income | 25% | 16% | 29% | 26% | 26% | 26% | 25% | 25% | 24% | 27% | 26% |
| **Sequential Growth Rates (%)** | | | | | | | | | | | |
| Revenue | -5% | 11% | 30% | -18% | -1% | 8% | | | | | |
| Gross Profit | -6% | 11% | 31% | -17% | -1% | 7% | | | | | |
| Operating Income | -9% | 17% | 42% | -25% | -3% | 11% | | | | | |
| Net Income | -9% | -31% | 138% | -25% | -3% | 11% | | | | | |
| EPS | -9% | -31% | 140% | -24% | -2% | 12% | | | | | |
| WA Shares Outstanding | -1% | -1% | -1% | -1% | -1% | -1% | | | | | |
| **Year-over-Year Growth Rates (%)** | | | | | | | | | | | |
| Revenue | 5% | 6% | 3% | 11% | 16% | 13% | 8% | -3% | 2% | 10% | 6% |
| Gross Profit | 9% | 9% | 4% | 12% | 19% | 15% | 12% | -1% | 7% | 12% | 6% |
| Operating Income | 10% | 10% | 4% | 13% | 21% | 15% | 10% | -4% | 8% | 12% | 4% |
| Net Income | 8% | -36% | 4% | 12% | 20% | 93% | 5% | -3% | -3% | 23% | 4% |
| EPS | 11% | -34% | 7% | 15% | 24% | 99% | 9% | 0% | -1% | 27% | 7% |

Source: Company Data, Oppenheimer & Co. Inc.



Apple Inc.                                                                                                      AAPL (OUTPERFORM) - $250.00

## Apple Inc.

| Balance Sheet | 3Q24A | 4Q24A | 1Q25E | 2Q25E | 3Q25E | 4Q25E | | FY 2022A | FY 2023A | FY 2024E | FY 2025E | FY 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions, except per share) | Jun-24 | Sep-24 | Dec-24 | Mar-25 | Jun-25 | Sep-25 | | | | | | |
| **Assets** | | | | | | | | | | | | |
| Cash & Cash Equivalents | 25,565 | 29,943 | 37,977 | 27,436 | 27,180 | 37,452 | | 23,646 | 29,965 | 29,943 | 37,452 | 49,153 |
| Short-Term Investments | 36,236 | 35,228 | 35,228 | 35,228 | 35,228 | 35,228 | | 24,658 | 31,590 | 35,228 | 35,228 | 35,228 |
| Accounts Receivable | 22,795 | 33,410 | 23,870 | 24,252 | 26,503 | 35,477 | | 28,184 | 29,508 | 33,410 | 35,477 | 36,890 |
| Inventories, net | 6,165 | 7,286 | 6,619 | 6,862 | 7,041 | 7,370 | | 4,946 | 6,331 | 7,286 | 7,370 | 7,626 |
| Other Current Assets | 34,674 | 47,120 | 47,120 | 47,120 | 47,120 | 47,120 | | 53,971 | 46,172 | 47,120 | 47,120 | 47,120 |
| **Total Current Assets** | **125,435** | **152,987** | **150,815** | **140,898** | **143,073** | **162,646** | | **135,405** | **143,566** | **152,987** | **162,646** | **176,017** |
| | | | | | | | | | | | | |
| **Long-term Assets** | | | | | | | | | | | | |
| Marketable Securities | 91,240 | 91,479 | 91,479 | 91,479 | 91,479 | 91,479 | | 120,805 | 100,544 | 91,479 | 91,479 | 91,479 |
| Property & Equipment, Net | 44,502 | 45,680 | 45,519 | 45,358 | 45,197 | 45,036 | | 42,117 | 43,715 | 45,680 | 45,036 | 44,392 |
| Other assets | 70,435 | 74,834 | 74,834 | 74,834 | 74,834 | 74,834 | | 54,428 | 64,758 | 74,834 | 74,834 | 74,834 |
| **Total Assets** | **331,612** | **364,980** | **362,647** | **352,569** | **354,583** | **373,995** | | **352,755** | **352,583** | **364,980** | **373,995** | **386,722** |
| | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | 47,574 | 68,960 | 59,110 | 50,379 | 54,337 | 72,883 | | 64,115 | 62,611 | 68,960 | 72,883 | 75,415 |
| Accrued Expenses | 60,889 | 78,304 | 78,304 | 78,304 | 78,304 | 78,304 | | 60,845 | 58,829 | 78,304 | 78,304 | 78,304 |
| Deferred Revenue | 8,053 | 8,249 | 8,249 | 8,249 | 8,249 | 8,249 | | 7,912 | 8,061 | 8,249 | 8,249 | 8,249 |
| Commercial paper | 2,994 | 9,967 | 9,967 | 9,967 | 9,967 | 9,967 | | 9,982 | 5,985 | 9,967 | 9,967 | 9,967 |
| Current Portion of Long-term Debit | 12,114 | 10,912 | 10,912 | 10,912 | 10,912 | 10,912 | | 11,128 | 9,822 | 10,912 | 10,912 | 10,912 |
| **Total Current Liabilities** | **131,624** | **176,392** | **166,542** | **157,811** | **161,769** | **180,315** | | **153,982** | **145,308** | **176,392** | **180,315** | **182,847** |
| | | | | | | | | | | | | |
| **Long-term Liabilities** | | | | | | | | | | | | |
| Deferred Revenue - Non-Current | - | - | - | - | - | - | | - | - | - | - | - |
| Long-term Debt | 86,196 | 85,750 | 85,750 | 85,750 | 85,750 | 85,750 | | 98,959 | 95,281 | 85,750 | 85,750 | 85,750 |
| Other Non-Current Liabilities | 47,084 | 45,888 | 45,888 | 45,888 | 45,888 | 45,888 | | 49,142 | 49,848 | 45,888 | 45,888 | 45,888 |
| **Total Liabilities** | **264,904** | **308,030** | **298,180** | **289,449** | **293,407** | **311,953** | | **302,083** | **290,437** | **308,030** | **311,953** | **314,485** |
| | | | | | | | | | | | | |
| **Stockholder's Equity** | 66,708 | 56,950 | 64,466 | 63,119 | 61,176 | 62,042 | | 50,672 | 62,146 | 56,950 | 62,042 | 72,237 |
| **Total Liabilities and Equity** | **331,612** | **364,980** | **362,647** | **352,569** | **354,583** | **373,995** | | **352,755** | **352,583** | **364,980** | **373,995** | **386,722** |

Source: Company Data, Oppenheimer & Co. Inc.



## Apple Inc.

| Quarterly Consolidated Ratios ($ in millions, except per share) | 3Q24A Jun-24 | 4Q24A Sep-24 | 1Q25E Dec-24 | 2Q25E Mar-25 | 3Q25E Jun-25 | 4Q25E Sep-25 | | FY 2022A | FY 2023A | FY 2024E | FY 2025E | FY 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Profitability Ratios** | | | | | | | | | | | | |
| Annualized ROIC | 62% | 48% | 115% | 80% | 79% | 94% | | 67% | 67% | 76% | 96% | 101% |
| Annualized Return On Equity | 32% | 26% | 55% | 42% | 42% | 46% | | 197% | 156% | 165% | 186% | 166% |
| Annualized Return On Assets | 31% | 26% | 26% | 28% | 29% | 31% | | 28% | 28% | 26% | 31% | 31% |
| Annualized Return On Net Assets | 31% | 26% | 27% | 28% | 29% | 32% | | 29% | 28% | 26% | 32% | 32% |
| **Efficiency Ratios** | | | | | | | | | | | | |
| A/R Days Sales Outstanding | 23.9 | 31.7 | 17.5 | 21.7 | 23.9 | 29.7 | | 26.1 | 28.1 | 31.2 | 30.0 | 29.5 |
| A/P Days Sales Outstanding | 93.0 | 119.0 | 81.7 | 84.5 | 92.6 | 114.2 | | 105.5 | 106.0 | 119.1 | 116.1 | 113.8 |
| Accrued Liabilities/A/P Ratio | 1.3 | 1.1 | 1.3 | 1.6 | 1.4 | 1.1 | | 0.9 | 0.9 | 1.1 | 1.1 | 1.0 |
| Inventory Turns | 30.3 | 28.4 | 40.3 | 31.6 | 30.3 | 31.4 | | 45.2 | 33.8 | 28.9 | 31.1 | 31.7 |
| Days of Inventory | 12.0 | 12.8 | 9.1 | 11.6 | 12.0 | 11.6 | | 8.1 | 10.8 | 12.6 | 11.7 | 11.5 |
| **Liquidity Ratios** | | | | | | | | | | | | |
| Current Ratio | 1.0 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | | 0.9 | 1.0 | 0.9 | 0.9 | 1.0 |
| Quick Ratio | 0.9 | 0.8 | 0.9 | 0.8 | 0.8 | 0.9 | | 0.8 | 0.9 | 0.8 | 0.9 | 0.9 |
| Net Working Capital | -$6,189 | -$23,405 | -$15,728 | -$16,914 | -$18,696 | -$17,669 | | -$18,577 | -$1,742 | -$23,405 | -$17,669 | -$6,830 |
| Long-term Debt/Equity | 1.3 | 1.5 | 1.3 | 1.4 | 1.4 | 1.4 | | 2.0 | 1.5 | 1.5 | 1.4 | 1.2 |
| **Cash and Book Value** | | | | | | | | | | | | |
| Free Cash Flow per Share | $1.74 | $1.57 | $2.53 | $1.33 | $2.03 | $2.76 | | $6.83 | $6.30 | $7.06 | $8.64 | $9.25 |
| Cash & Investments per Share | $4.03 | $4.28 | $4.84 | $4.18 | $4.19 | $4.92 | | $2.96 | $3.89 | $4.23 | $4.86 | $5.83 |
| Net Cash Per Share | -$2.57 | -$2.72 | -$2.21 | -$2.93 | -$2.97 | -$2.30 | | -$4.40 | -$3.13 | -$2.69 | -$2.27 | -$1.54 |
| Tangible Book Value per Share | $4.35 | $3.74 | $4.26 | $4.21 | $4.11 | $4.20 | | $3.10 | $3.93 | $3.70 | $4.15 | $4.99 |

Source: Company Data, Oppenheimer & Co. Inc.



Apple Inc. | AAPL (OUTPERFORM) - $250.00

## Apple Inc.

| Quarterly Cash Flow Statement | 3Q24A | 4Q24A | 1Q25E | 2Q25E | 3Q25E | 4Q25E | FY 2022A | FY 2023A | FY 2024E | FY 2025E | FY 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions, except per share) | Jun-24 | Sep-24 | Dec-24 | Mar-25 | Jun-25 | Sep-25 | 2022A | 2023A | 2024E | 2025E | 2026E |
| **Cash Flow from Operations** | | | | | | | | | | | |
| Net Income | 21,448 | 14,736 | 35,143 | 26,377 | 25,704 | 28,462 | 99,803 | 96,995 | 93,736 | 115,686 | 120,248 |
| D&A | 2,850 | 2,911 | 2,911 | 2,911 | 2,911 | 2,911 | 11,104 | 11,519 | 11,445 | 11,644 | 11,644 |
| Stock-based Comp | 2,869 | 2,858 | 2,654 | 2,753 | 2,836 | 2,856 | 9,038 | 10,833 | 11,688 | 11,099 | 12,209 |
| Deferred Income Taxes | - | - | - | - | - | - | 895 | - | - | - | - |
| Loss on PPE and Other | 7 | (302) | - | - | - | - | 111 | (2,227) | (2,266) | - | - |
| Changes in Working Capital | | | | | | | | | - | - | - |
| Accounts Receivable | (1,030) | (10,485) | 9,540 | (382) | (2,252) | (8,973) | (1,823) | (1,688) | (3,788) | (2,067) | (1,414) |
| Inventories | (12) | (1,087) | 667 | (243) | (179) | (328) | 1,484 | (1,618) | (1,046) | (84) | (256) |
| Other Current Assets | (1,064) | (12,456) | - | - | - | - | (6,499) | 1,271 | (1,356) | - | - |
| Other Assets | (1,188) | (6,105) | - | - | - | - | (7,520) | (5,684) | (11,731) | - | - |
| Accounts Payable | 1,539 | 21,191 | (9,850) | (8,731) | 3,957 | 18,546 | 9,448 | (1,889) | 6,020 | 3,923 | 2,532 |
| Deferred Revenue | - | - | - | - | - | - | 478 | - | - | - | - |
| Other Liabilities | 3,439 | 15,550 | - | - | - | - | 5,632 | 3,031 | 15,552 | - | - |
| **Net Cash from Operations** | **28,858** | **26,811** | **41,066** | **22,685** | **32,977** | **43,473** | **122,151** | **110,543** | **118,254** | **140,202** | **144,963** |
| **Cash Flow from Investing Activities** | | | | | | | | | | | |
| Purchase of Investments | (13,032) | (10,582) | - | - | - | - | (76,923) | (29,513) | (48,656) | - | - |
| Proceeds from Investments | 15,444 | 15,126 | - | - | - | - | 67,363 | 45,514 | 62,346 | - | - |
| Purchase of PPE | (2,151) | (2,908) | (2,750) | (2,750) | (2,750) | (2,750) | (10,708) | (10,959) | (9,447) | (11,000) | (11,000) |
| Payment of Acquisition | - | - | - | - | - | - | - | - | - | - | - |
| Other | (388) | (191) | - | - | - | - | (2,086) | (1,337) | (1,308) | - | - |
| **Net Cash from Investing** | **(127)** | **1,445** | **(2,750)** | **(2,750)** | **(2,750)** | **(2,750)** | **(22,354)** | **3,705** | **2,935** | **(11,000)** | **(11,000)** |
| **Cash Flow from Financing Activities** | | | | | | | | | | | |
| Payment of Long-term Debt | (3,253) | 4,387 | - | - | - | - | (123) | (9,901) | (5,998) | - | - |
| Common Stock Issues | - | - | - | - | - | - | - | - | - | - | - |
| Tax Benefit, Stock Option Exercise | (2,288) | (278) | - | - | - | - | (6,223) | (5,431) | (5,441) | - | - |
| Dividends and equivalent | (3,895) | (3,804) | (3,781) | (3,977) | (3,983) | (3,951) | (14,841) | (15,025) | (15,234) | (15,693) | (16,262) |
| Stock Repurchase/Other | (26,581) | (25,253) | (26,500) | (26,500) | (26,500) | (26,500) | (89,562) | (78,131) | (95,310) | (106,000) | (106,000) |
| **Net Cash Flow from Financing Activities** | **(36,017)** | **(24,948)** | **(30,281)** | **(30,477)** | **(30,483)** | **(30,451)** | **(110,749)** | **(108,488)** | **(121,983)** | **(121,693)** | **(122,262)** |
| **Net Change in Cash Equivalents** | **(7,286)** | **3,308** | **8,034** | **(10,542)** | **(256)** | **10,272** | **(10,952)** | **5,760** | **(794)** | **7,509** | **11,701** |
| **Cash & Equivalents at Start of Period** | 32,695 | 25,565 | 29,943 | 37,977 | 27,436 | 27,180 | 35,929 | 24,977 | 30,737 | 29,943 | 37,452 |
| **Cash & Equivalents at End of Period** | **25,409** | **28,873** | **37,977** | **27,436** | **27,180** | **37,452** | **24,977** | **30,737** | **29,943** | **37,452** | **49,153** |
| Restricted cash in current and non-current assets | (156) | (1,070) | | | | | | | | | |
| **Free Cash Flow** | **26,707** | **23,903** | **38,316** | **19,935** | **30,227** | **40,723** | **111,443** | **99,584** | **108,807** | **129,202** | **133,963** |

Source: Company Data, Oppenheimer & Co. Inc.

 OPPENHEIMER

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**



**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| Distribution of Ratings/IB Services Firmwide | | | | |
|---|---|---|---|---|
| | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 444 | 63.34 | 191 | 43.02 |
| PERFORM [P] | 256 | 36.52 | 100 | 39.06 |
| UNDERPERFORM [U] | 1 | 0.14 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to

OPPENHEIMER

Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report.

**ESG Scores:** ESG scores from Refinitiv are designed to transparently and objectively measure a company's relative ESG performance, commitment and effectiveness, based on company-reported data. This covers 10 main themes including emissions, environmental product innovation, human rights, shareholders and so on. Ratings are available on close to 10,000 companies globally, with time-series data going back to 2002. The percentile rank scores are simple to understand and transparent. They are benchmarked against The Refinitiv Business Classifications (TRBC – Industry Group) for all environmental and social categories, as well as the controversies score. They are also measured against the country of incorporation for all governance categories.

Please note that all ESG ratings are independent of Oppenheimer stock ratings. They are intended to provide supplemental information regarding ESG for our covered companies. ESG ratings do not have any impact on the stock rating.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2024.

