# Exhibit 14

**Newsroom**

UPDATE

September 9, 2024

# Apple Intelligence comes to iPhone, iPad, and Mac starting next month

Helpful Writing Tools, Mail and notifications summaries, a more natural and flexible Siri, the Clean Up tool in Photos, and many more Apple Intelligence features roll out in the U.S., with additional English-language support coming later this year



Apple Intelligence features will start rolling out next month with iOS 18.1, iPadOS 18.1, and macOS Sequoia 15.1, with additional features launching in the coming months.

Today, Apple announced that Apple Intelligence, the personal intelligence system that combines the power of generative models with personal context to deliver intelligence that is incredibly useful and relevant, will start rolling out next month with iOS 18.1, iPadOS 18.1, and macOS Sequoia 15.1, with more features launching in the coming months. In addition, Apple introduced the new iPhone 16

lineup, built from the ground up for Apple Intelligence and featuring the faster, more efficient A18 and A18 Pro chips — making these the most advanced and capable iPhone models ever.

Apple Intelligence first launches in U.S. English, and will quickly expand to include localized English in Australia, Canada, New Zealand, South Africa, and the U.K. in December. Over the course of the next year, Apple Intelligence will expand to more languages, like Chinese, English (India), English (Singapore), French, German, Italian, Japanese, Korean, Portuguese, Spanish, Vietnamese, and others.

## Getting Started with Apple Intelligence

Apple Intelligence is deeply integrated into iOS 18, iPadOS 18, and macOS Sequoia, harnessing the power of Apple silicon to understand and create language and images, take action across apps, and draw from personal context to simplify and accelerate everyday tasks — all while protecting users' privacy and security. Many of the models that power Apple Intelligence run entirely on device, and Private Cloud Compute offers the ability to flex and scale computational capacity between on-device processing and larger, server-based models that run on dedicated Apple silicon servers. The first set of Apple Intelligence features will be available next month, delivering experiences that are delightful, intuitive, easy to use, and specially designed to help users do the things that matter most to them.

With Writing Tools, users can refine their words by rewriting, proofreading, and summarizing text nearly everywhere they write, including Mail, Notes, Pages, and third-party apps.

In Photos, the Memories feature now enables users to create the movies they want to see by simply typing a description. In addition, natural language can be used to search for specific photos, and search in videos gets more powerful with the ability to find specific moments in clips. The new Clean Up tool can identify and remove distracting objects in the background of a photo — without accidentally altering the subject.

In the Notes and Phone apps, users can record, transcribe, and summarize audio. When a recording is initiated while on a call in the Phone app, participants are automatically notified, and once the call ends, Apple Intelligence also generates a summary to help recall key points.

Apple Intelligence helps users prioritize and stay in the moment with summarized notifications across apps, Reduce Interruptions — a new Focus that surfaces only the notifications that might need immediate attention — as well as Priority Messages in Mail, which understands the content of emails and surfaces time-sensitive messages. Across a user's inbox, summaries convey the most important information of each email instead of simply previewing the first few lines. Smart Reply in Mail provides users with suggestions for a quick response and identifies questions in an email to ensure everything is answered.

Siri becomes more natural, flexible, and deeply integrated into the system experience. It has a brand-new design with an elegant glowing light that wraps around the edge of the screen when active on iPhone, iPad, or CarPlay. On Mac, a user can place Siri anywhere on their desktop to access it easily as they work. Users can type to Siri at any time on iPhone, iPad, and Mac, and can switch fluidly between text and voice as they use Siri to accelerate everyday tasks. With richer language-understanding capabilities, Siri can follow along when users stumble over their words and can maintain context from one request to the next. In addition, with Siri's extensive product knowledge, it can now answer thousands of questions about the features and settings of Apple devices. Users can learn everything from how to take a screen recording to how to easily share a Wi-Fi password.

## Many More Features to Come

More Apple Intelligence features will roll out later this year and in the months following. Image Playground will allow users to create playful images in moments. Image Wand will make notes more visually engaging by turning rough sketches into delightful images. When a user circles an empty space, Image Wand will create an image using context from the surrounding area. Emoji will be taken to an entirely new level with the ability to create original Genmoji by simply typing a description, or by selecting a photo of a friend or family member. Siri will be even more capable, with the ability to draw on a user's personal context to deliver intelligence that is tailored to them. It will also gain onscreen awareness, as well as take hundreds of new actions in and across Apple and third-party apps. Plus, users have the option to access ChatGPT's broad world knowledge from several experiences within iOS 18, iPadOS 18, and macOS Sequoia, allowing users to access its expertise — as well as its image- and document-understanding capabilities — without needing to jump between tools.

## An Extraordinary Step Forward for Privacy in AI

Apple Intelligence is designed to protect users' privacy at every step. A cornerstone of Apple Intelligence is on-device processing, and many of the models that power it run entirely on device. To run more complex requests that require more processing power, Private Cloud Compute extends the privacy and security of Apple devices into the cloud to unlock even more intelligence. Private Cloud Compute marks a fundamental breakthrough in server-based intelligence. When using Private Cloud Compute, users' data is never stored or shared with Apple; it is used only to fulfill their request. Independent experts can inspect the code that runs on Apple silicon servers to continuously verify this privacy promise and are already doing so.

In addition, for users who choose to access ChatGPT through Siri or Writing Tools, privacy protections are built in — their IP addresses are obscured, and OpenAI won't store requests. Users can access ChatGPT for free without creating an account, and ChatGPT's data-use policies apply for those who choose to connect their account.

### Availability

Apple Intelligence will be available as a free software update. The first set of Apple Intelligence features will be available in beta next month as part of iOS 18.1, iPadOS 18.1, and macOS Sequoia 15.1, with more features rolling out in the months to come. It will be available on iPhone 16, iPhone 16 Plus, iPhone 16 Pro, iPhone 16 Pro Max, iPhone 15 Pro, iPhone 15 Pro Max, and iPad and Mac with M1 and later, with device and Siri language set to U.S. English. Additional languages and platforms are coming over the course of the next year.

Share article



## Text of this article

Copy text 📄

## Images in this article

Download all images ⬇

---

## Press Contacts

**Apple Media Helpline**

[media.help@apple.com](mailto:media.help@apple.com)

---

## Latest News



PRESS RELEASE

**Apple reports third quarter results**

July 31, 2025

---



UPDATE

**Leagues Cup returns to MLS Season Pass on Apple TV on July 29**

July 29, 2025

---



⚡ QUICK READ

**Apple Manufacturing Academy opens in Detroit on August 19**

July 29, 2025



**The latest news and updates, direct from Apple.**

**Read more**

Newsroom    Apple Intelligence comes to iPhone, iPad, and Mac starting next month

| Shop and Learn | Account | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Manage Your Apple Account | Find a Store | Apple and Business | Accessibility |
| Mac | Apple Store Account | Genius Bar | Shop for Business | Education |
| iPad | iCloud.com | Today at Apple | | Environment |
| iPhone | | Group Reservations | **For Education** | Inclusion and Diversity |
| Watch | **Entertainment** | Apple Camp | Apple and Education | Privacy |
| Vision | Apple One | Apple Store App | Shop for K-12 | Racial Equity and Justice |
| AirPods | Apple TV+ | Certified Refurbished | Shop for College | Supply Chain |
| TV & Home | Apple Music | Apple Trade In | | |
| AirTag | Apple Arcade | Financing | **For Healthcare** | **About Apple** |
| Accessories | Apple Fitness+ | Carrier Deals at Apple | Apple in Healthcare | Newsroom |
| Gift Cards | Apple News+ | Order Status | Mac in Healthcare | Apple Leadership |
| | Apple Podcasts | Shopping Help | Health on Apple Watch | Career Opportunities |
| **Apple Wallet** | Apple Books | | Health Records on iPhone and iPad | Investors |
| Wallet | App Store | | | Ethics & Compliance |
| Apple Card | | | **For Government** | Events |
| Apple Pay | | | Shop for Government | Contact Apple |
| Apple Cash | | | Shop for Veterans and Military | |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map    United States (English)    Español