# Exhibit 22



yahoo!finance

**AAPL**
Apple Inc.

273.76 -0.17%

Summary
News
Research 🔒
Chart
Community
Statistics
**Historical Data**
Profile
Financials
Analysis
Options
Holders

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 22, 2026 | 249.20 | 251.00 | 248.15 | 248.35 | 248.12 | 39,708,300 |
| Jan 21, 2026 | 248.70 | 251.56 | 245.18 | 247.65 | 247.42 | 54,641,700 |
| Jan 20, 2026 | 252.73 | 254.79 | 243.42 | 246.70 | 246.47 | 80,267,500 |
| Jan 16, 2026 | 257.90 | 258.90 | 254.93 | 255.53 | 255.29 | 72,142,800 |
| Jan 15, 2026 | 260.65 | 261.04 | 257.05 | 258.21 | 257.97 | 39,388,600 |
| Jan 14, 2026 | 259.49 | 261.82 | 256.71 | 259.96 | 259.72 | 40,019,400 |
| Jan 13, 2026 | 258.72 | 261.81 | 258.39 | 261.05 | 260.81 | 45,730,800 |
| Jan 12, 2026 | 259.16 | 261.30 | 256.80 | 260.25 | 260.01 | 45,263,800 |
| Jan 9, 2026 | 259.08 | 260.21 | 256.22 | 259.37 | 259.13 | 39,997,000 |
| Jan 8, 2026 | 257.02 | 259.29 | 255.70 | 259.04 | 258.80 | 50,419,300 |
| Jan 7, 2026 | 263.20 | 263.68 | 259.81 | 260.33 | 260.09 | 48,309,800 |
| Jan 6, 2026 | 267.00 | 267.55 | 262.12 | 262.36 | 262.11 | 52,352,100 |
| Jan 5, 2026 | 270.64 | 271.51 | 266.14 | 267.26 | 267.01 | 45,647,200 |
| Jan 2, 2026 | 272.26 | 277.84 | 269.00 | 271.01 | 270.76 | 37,838,100 |
| Dec 31, 2025 | 273.06 | 273.68 | 271.75 | 271.86 | 271.61 | 27,293,600 |
| Dec 30, 2025 | 272.81 | 274.08 | 272.28 | 273.08 | 272.82 | 22,139,600 |
| Dec 29, 2025 | 272.69 | 274.36 | 272.35 | 273.76 | 273.50 | 23,715,200 |
| Dec 26, 2025 | 274.16 | 275.37 | 272.86 | 273.40 | 273.14 | 21,521,800 |
| Dec 24, 2025 | 272.34 | 275.43 | 272.20 | 273.81 | 273.55 | 17,910,600 |
| Dec 23, 2025 | 270.84 | 272.50 | 269.56 | 272.36 | 272.11 | 29,642,000 |
| Dec 22, 2025 | 272.86 | 273.88 | 270.51 | 270.97 | 270.72 | 36,571,800 |
| Dec 19, 2025 | 272.15 | 274.60 | 269.90 | 273.67 | 273.41 | 144,632,000 |
| Dec 18, 2025 | 273.61 | 273.63 | 266.95 | 272.19 | 271.94 | 51,630,700 |
| Dec 17, 2025 | 275.01 | 276.16 | 271.64 | 271.84 | 271.59 | 50,138,700 |
| Dec 16, 2025 | 272.82 | 275.50 | 271.79 | 274.61 | 274.35 | 37,648,600 |
| Dec 15, 2025 | 280.15 | 280.15 | 272.84 | 274.11 | 273.85 | 50,409,100 |
| Dec 12, 2025 | 277.90 | 279.22 | 276.82 | 278.28 | 278.02 | 39,532,900 |
| Dec 11, 2025 | 279.10 | 279.59 | 273.81 | 278.03 | 277.77 | 33,248,000 |
| Dec 10, 2025 | 277.75 | 279.75 | 276.44 | 278.78 | 278.52 | 33,038,300 |
| Dec 9, 2025 | 278.16 | 280.03 | 276.92 | 277.18 | 276.92 | 32,193,300 |
| Dec 8, 2025 | 278.13 | 279.67 | 276.15 | 277.89 | 277.63 | 38,211,800 |
| Dec 5, 2025 | 280.54 | 281.14 | 278.05 | 278.78 | 278.52 | 47,265,800 |
| Dec 4, 2025 | 284.10 | 284.73 | 278.59 | 280.70 | 280.44 | 43,989,100 |
| Dec 3, 2025 | 286.20 | 288.62 | 283.30 | 284.15 | 283.88 | 43,538,700 |
| Dec 2, 2025 | 283.00 | 287.40 | 282.63 | 286.19 | 285.92 | 53,669,500 |
| Dec 1, 2025 | 278.01 | 283.42 | 276.14 | 283.10 | 282.84 | 46,587,700 |
| Nov 28, 2025 | 277.26 | 279.00 | 275.99 | 278.85 | 278.59 | 20,135,600 |
| Nov 26, 2025 | 276.96 | 279.53 | 276.63 | 277.55 | 277.29 | 33,431,400 |
| Nov 25, 2025 | 275.27 | 280.38 | 275.25 | 276.97 | 276.71 | 46,914,200 |
| Nov 24, 2025 | 270.90 | 277.00 | 270.90 | 275.92 | 275.66 | 65,585,800 |
| Nov 21, 2025 | 265.95 | 273.33 | 265.67 | 271.49 | 271.24 | 59,030,800 |
| Nov 20, 2025 | 270.83 | 275.43 | 265.92 | 266.25 | 266.00 | 45,823,600 |
| Nov 19, 2025 | 265.53 | 272.21 | 265.50 | 268.56 | 268.31 | 40,424,500 |
| Nov 18, 2025 | 269.99 | 270.71 | 265.32 | 267.44 | 267.19 | 45,677,300 |
| Nov 17, 2025 | 268.82 | 270.49 | 265.73 | 267.46 | 267.21 | 45,018,300 |
| Nov 14, 2025 | 271.05 | 275.96 | 269.60 | 272.41 | 272.16 | 47,431,300 |
| Nov 13, 2025 | 274.11 | 276.70 | 272.09 | 272.95 | 272.69 | 49,602,800 |
| Nov 12, 2025 | 275.00 | 275.73 | 271.70 | 273.47 | 273.21 | 48,398,000 |
| Nov 11, 2025 | 269.81 | 275.91 | 269.80 | 275.25 | 274.99 | 46,208,300 |
| Nov 10, 2025 | | | | 0.26 Dividend | | |
| Nov 10, 2025 | 268.96 | 273.73 | 267.46 | 269.43 | 269.18 | 41,312,400 |
| Nov 7, 2025 | 269.80 | 272.29 | 266.77 | 268.47 | 267.96 | 48,227,400 |
| Nov 6, 2025 | 267.89 | 273.40 | 267.89 | 269.77 | 269.26 | 51,204,000 |
| Nov 5, 2025 | 268.61 | 271.70 | 266.93 | 270.14 | 269.63 | 43,683,100 |
| Nov 4, 2025 | 268.33 | 271.49 | 267.62 | 270.04 | 269.53 | 49,274,800 |
| Nov 3, 2025 | 270.42 | 270.85 | 266.25 | 269.05 | 268.54 | 50,194,600 |
| Oct 31, 2025 | 276.99 | 277.32 | 269.16 | 270.37 | 269.86 | 86,167,100 |
| Oct 30, 2025 | 271.99 | 274.14 | 268.48 | 271.40 | 270.88 | 69,886,500 |
| Oct 29, 2025 | 269.28 | 271.41 | 267.11 | 269.70 | 269.19 | 51,086,700 |
| Oct 28, 2025 | 268.99 | 269.89 | 268.15 | 269.00 | 268.49 | 41,534,800 |
| Oct 27, 2025 | 264.88 | 269.12 | 264.65 | 268.81 | 268.30 | 44,888,200 |
| Oct 24, 2025 | 261.19 | 264.13 | 259.18 | 262.82 | 262.32 | 38,253,700 |
| Oct 23, 2025 | 259.94 | 260.62 | 258.01 | 259.58 | 259.09 | 32,754,900 |
| Oct 22, 2025 | 262.65 | 262.85 | 255.43 | 258.45 | 257.96 | 45,015,300 |
| Oct 21, 2025 | 261.88 | 265.29 | 261.83 | 262.77 | 262.27 | 46,695,900 |
| Oct 20, 2025 | 255.89 | 264.38 | 255.63 | 262.24 | 261.74 | 90,483,000 |
| Oct 17, 2025 | 248.02 | 253.38 | 247.27 | 252.29 | 251.81 | 49,147,000 |
| Oct 16, 2025 | 248.25 | 249.04 | 245.13 | 247.45 | 246.98 | 39,777,000 |
| Oct 15, 2025 | 249.49 | 251.82 | 247.47 | 249.34 | 248.87 | 33,893,600 |
| Oct 14, 2025 | 246.60 | 248.85 | 244.70 | 247.77 | 247.30 | 35,478,000 |
| Oct 13, 2025 | 249.38 | 249.69 | 245.56 | 247.66 | 247.19 | 38,142,900 |
| Oct 10, 2025 | 254.94 | 256.38 | 244.00 | 245.27 | 244.80 | 61,999,100 |
| Oct 9, 2025 | 257.81 | 258.00 | 253.14 | 254.04 | 253.56 | 38,322,000 |
| Oct 8, 2025 | 256.52 | 258.52 | 256.11 | 258.06 | 257.57 | 36,496,900 |
| Oct 7, 2025 | 256.81 | 257.40 | 255.43 | 256.48 | 255.99 | 31,955,800 |
| Oct 6, 2025 | 257.99 | 259.07 | 255.05 | 256.69 | 256.20 | 44,664,100 |
| Oct 3, 2025 | 254.67 | 259.24 | 253.95 | 258.02 | 257.53 | 49,155,600 |
| Oct 2, 2025 | 256.58 | 258.18 | 254.15 | 257.13 | 256.64 | 42,630,200 |
| Oct 1, 2025 | 255.04 | 258.79 | 254.93 | 255.45 | 254.96 | 48,713,900 |
| Sep 30, 2025 | 254.86 | 255.92 | 253.11 | 254.63 | 254.15 | 37,704,300 |
| Sep 29, 2025 | 254.56 | 255.00 | 253.01 | 254.43 | 253.95 | 40,127,700 |
| Sep 26, 2025 | 254.10 | 257.60 | 253.78 | 255.46 | 254.97 | 46,076,300 |
| Sep 25, 2025 | 253.21 | 257.17 | 251.71 | 256.87 | 256.38 | 55,202,100 |
| Sep 24, 2025 | 255.22 | 255.74 | 251.04 | 252.31 | 251.83 | 42,303,700 |

**Trending tickers**

BTC-USD — Bitcoin USD — 69,259.04 +5,231.27 (+8.17%)
NVDA — NVIDIA Corporat... — 195.56 +2.71 (+1.41%)
CRCL — Circle Internet G... — 83.14 +21.77 (+35.47%)
COIN — Coinbase Global,... — 183.94 +21.91 (+13.52%)
CAVA — CAVA Group, Inc. — 85.67 +17.87 (+26.36%)

**Portfolio**

Sign in to access your portfolio

Sign in

**Top gainers**

YOU — Clear Secure, Inc. — 46.51 +13.04 (+38.96%)
CRCL — Circle Internet G... — 83.14 +21.77 (+35.47%)
CAVA — CAVA Group, Inc. — 85.67 +17.87 (+26.36%)
CCC — CCC Intelligent S... — 6.34 +1.28 (+25.30%)
ECG — Everus Construc... — 130.10 +25.89 (+24.84%)

**Top losers**

IBRX — ImmunityBio, Inc. — 9.54 -2.01 (-17.40%)
LUNR — Intuitive Machin... — 15.89 -3.01 (-15.93%)
DEO — Diageo plc — 86.15 -15.99 (-15.66%)
GDDY — GoDaddy Inc. — 79.12 -13.18 (-14.28%)
FSLR — First Solar, Inc. — 210.12 -33.09 (-13.61%)

**Most active**

NVDA — NVIDIA Corporat... — 195.56 +2.71 (+1.41%)
PLUG — Plug Power Inc. — 1.9100 0.0000 (0.00%)
IBRX — ImmunityBio, Inc. — 9.54 -2.01 (-17.40%)
INTC — Intel Corporation — 46.88 +0.76 (+1.65%)
ONDS — Ondas Inc. — 10.30 -0.10 (-0.96%)

**Earnings events**

Upcoming ˅

FEB 26 — WBD — Warner Bros. Discovery, Inc.
STLA — Stellantis N.V.
VTRS — Viatris Inc.
QBTS — D-Wave Quantum Inc.
EOSE — Eos Energy Enterprises, Inc.

Edit your Dock

Terms and Privacy Policy
Your Privacy Choices

yahoo!finance

✉ Mail    Sign in

My Portfolio | News | Markets | Research | Community | Personal Finance | Videos | Watch Now

Upgrade to Premium 🔒

**AAPL**
Apple Inc.

274.15 -0.03%

Summary
News
Research 🔒
Chart
Community
Statistics
**Historical Data**
Profile
Financials
Analysis
Options
Holders

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Nov 19, 2025 | 265.53 | 272.21 | 265.50 | 268.56 | 268.31 | 40,424,500 |
| Nov 18, 2025 | 269.99 | 270.71 | 265.32 | 267.44 | 267.19 | 45,677,300 |
| Nov 17, 2025 | 268.82 | 270.49 | 265.73 | 267.46 | 267.21 | 45,018,300 |
| Nov 14, 2025 | 271.05 | 275.96 | 269.60 | 272.41 | 272.16 | 47,431,300 |
| Nov 13, 2025 | 274.11 | 276.70 | 272.09 | 272.95 | 272.69 | 49,602,800 |
| Nov 12, 2025 | 275.00 | 275.73 | 271.70 | 273.47 | 273.21 | 48,398,000 |
| Nov 11, 2025 | 269.81 | 275.91 | 269.80 | 275.25 | 274.99 | 46,208,300 |
| Nov 10, 2025 | | | 0.26 Dividend | | | |
| Nov 10, 2025 | 268.96 | 273.73 | 267.46 | 269.43 | 269.18 | 41,312,400 |
| Nov 7, 2025 | 269.80 | 272.29 | 266.77 | 268.47 | 267.96 | 48,227,400 |
| Nov 6, 2025 | 267.89 | 273.40 | 267.89 | 269.77 | 269.26 | 51,204,000 |
| Nov 5, 2025 | 268.61 | 271.70 | 266.93 | 270.14 | 269.63 | 43,683,100 |
| Nov 4, 2025 | 268.33 | 271.49 | 267.62 | 270.04 | 269.53 | 49,274,800 |
| Nov 3, 2025 | 270.42 | 270.85 | 266.25 | 269.05 | 268.54 | 50,194,600 |
| Oct 31, 2025 | 276.99 | 277.32 | 269.16 | 270.37 | 269.86 | 86,167,100 |
| Oct 30, 2025 | 271.99 | 274.14 | 268.48 | 271.40 | 270.88 | 69,886,500 |
| Oct 29, 2025 | 269.28 | 271.41 | 267.11 | 269.70 | 269.19 | 51,086,700 |
| Oct 28, 2025 | 268.99 | 269.89 | 268.15 | 269.00 | 268.49 | 41,534,800 |
| Oct 27, 2025 | 264.88 | 269.12 | 264.65 | 268.81 | 268.30 | 44,888,200 |
| Oct 24, 2025 | 261.19 | 264.13 | 259.18 | 262.82 | 262.32 | 38,253,700 |
| Oct 23, 2025 | 259.94 | 260.62 | 258.01 | 259.58 | 259.09 | 32,754,900 |
| Oct 22, 2025 | 262.65 | 262.85 | 255.43 | 258.45 | 257.96 | 45,015,300 |
| Oct 21, 2025 | 261.88 | 265.29 | 261.83 | 262.77 | 262.27 | 46,695,900 |
| Oct 20, 2025 | 255.89 | 264.38 | 255.63 | 262.24 | 261.74 | 90,483,000 |
| Oct 17, 2025 | 248.02 | 253.38 | 247.27 | 252.29 | 251.81 | 49,147,000 |
| Oct 16, 2025 | 248.25 | 249.04 | 245.13 | 247.45 | 246.98 | 39,777,000 |
| Oct 15, 2025 | 249.49 | 251.82 | 247.47 | 249.34 | 248.87 | 33,893,600 |
| Oct 14, 2025 | 246.60 | 248.85 | 244.70 | 247.77 | 247.30 | 35,478,000 |
| Oct 13, 2025 | 249.38 | 249.69 | 245.56 | 247.66 | 247.19 | 38,142,900 |
| Oct 10, 2025 | 254.94 | 256.38 | 244.00 | 245.27 | 244.80 | 61,999,100 |
| Oct 9, 2025 | 257.81 | 258.00 | 253.14 | 254.04 | 253.56 | 38,322,000 |
| Oct 8, 2025 | 256.52 | 258.52 | 256.11 | 258.06 | 257.57 | 36,496,900 |
| Oct 7, 2025 | 256.81 | 257.40 | 255.43 | 256.48 | 255.99 | 31,955,800 |
| Oct 6, 2025 | 257.99 | 259.07 | 255.05 | 256.69 | 256.20 | 44,664,100 |
| Oct 3, 2025 | 254.67 | 259.24 | 253.95 | 258.02 | 257.53 | 49,155,600 |
| Oct 2, 2025 | 256.58 | 258.18 | 254.15 | 257.13 | 256.64 | 42,630,200 |
| Oct 1, 2025 | 255.04 | 258.79 | 254.93 | 255.45 | 254.96 | 48,713,900 |
| Sep 30, 2025 | 254.86 | 255.92 | 253.11 | 254.63 | 254.15 | 37,704,300 |
| Sep 29, 2025 | 254.56 | 255.00 | 253.01 | 254.43 | 253.95 | 40,127,700 |
| Sep 26, 2025 | 254.10 | 257.60 | 253.78 | 255.46 | 254.97 | 46,076,300 |
| Sep 25, 2025 | 253.21 | 257.17 | 251.71 | 256.87 | 256.38 | 55,202,100 |
| Sep 24, 2025 | 255.22 | 255.74 | 251.04 | 252.31 | 251.83 | 42,303,700 |
| Sep 23, 2025 | 255.88 | 257.34 | 253.58 | 254.43 | 253.95 | 60,275,200 |

🔍 Quote Lookup

**PLUG** Plug Power Inc. — 1.9100 — 0.0000 (0.00%)
**IBRX** ImmunityBio, Inc. — 9.47 — -2.08 (-17.98%)
**INTC** Intel Corporation — 46.90 — +0.78 (+1.70%)
**ONDS** Ondas Inc. — 10.32 — -0.08 (-0.77%)

**Top economic events**    United States 🇺🇸 ⌄
MBA 30-Yr Mortgage Rate
Feb 25, 2026, 7:00 AM EST    Prior: 6.17    New: 6.09
Mortgage Market Index
Feb 25, 2026, 7:00 AM EST    Prior: 339    New: 340.2
‹ ›

**Earnings events**
Upcoming ⌄
FEB 26
WBD — Warner Bros. Discovery, Inc.
STLA — Stellantis N.V.
VTRS — Viatris Inc.
QBTS — D-Wave Quantum Inc.
EOSE — Eos Energy Enterprises, Inc.

Edit your Dock

Search for
1 APPLE STOCK PRICE PREDICTION ▶
2 APPLE STOCK SPLIT ANNOUNCEMENT ▶
3 APPLE SHARE PRICE TODAY ▶
4 APPLE INC. STOCK QUOTE ▶
5 APPLE INC. STOCK PRICE TARGET ▶
6 AAPL STOCK SPLIT ANNOUNCEMENT ▶
7 IBM STOCK SPLIT 4:1 ▶

Document title: Apple Inc. (AAPL) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/AAPL/history/?period1=1746057600&amp;period2=1772049795
Capture timestamp (UTC): Wed, 25 Feb 2026 21:01:26 GMT



Document title: Apple Inc. (AAPL) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/AAPL/history/?period1=1746057600&amp;period2=1772049795
Capture timestamp (UTC): Wed, 25 Feb 2026 21:01:26 GMT





Document title: Apple Inc. (AAPL) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/AAPL/history/?period1=1746057600&amp;period2=1772049795
Capture timestamp (UTC): Wed, 25 Feb 2026 21:01:26 GMT



| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| May 23, 2025 | 193.67 | 197.70 | 193.46 | 195.27 | 194.68 | 78,432,900 |
| May 22, 2025 | 200.71 | 202.75 | 199.70 | 201.36 | 200.75 | 46,742,400 |
| May 21, 2025 | 205.17 | 207.04 | 200.71 | 202.09 | 201.48 | 59,211,800 |
| May 20, 2025 | 207.67 | 208.47 | 205.03 | 206.86 | 206.23 | 42,496,600 |
| May 19, 2025 | 207.91 | 209.48 | 204.26 | 208.78 | 208.15 | 46,140,500 |
| May 16, 2025 | 212.36 | 212.57 | 209.77 | 211.26 | 210.62 | 54,737,900 |
| May 15, 2025 | 210.95 | 212.96 | 209.54 | 211.45 | 210.81 | 45,029,500 |
| May 14, 2025 | 212.43 | 213.94 | 210.58 | 212.33 | 211.69 | 49,325,800 |
| May 13, 2025 | 210.43 | 213.40 | 209.00 | 212.93 | 212.28 | 51,909,300 |
| May 12, 2025 | | | 0.26 Dividend | | | |
| May 12, 2025 | 210.97 | 211.27 | 206.75 | 210.79 | 210.15 | 63,775,800 |
| May 9, 2025 | 199.00 | 200.54 | 197.54 | 198.53 | 197.67 | 36,453,900 |
| May 8, 2025 | 197.72 | 200.05 | 194.68 | 197.49 | 196.63 | 50,478,900 |
| May 7, 2025 | 199.17 | 199.44 | 193.25 | 196.25 | 195.40 | 68,536,700 |
| May 6, 2025 | 198.21 | 200.65 | 197.02 | 198.51 | 197.65 | 51,216,500 |
| May 5, 2025 | 203.10 | 204.10 | 198.21 | 198.89 | 198.03 | 69,018,500 |
| May 2, 2025 | 206.09 | 206.99 | 202.16 | 205.35 | 204.46 | 101,010,600 |
| May 1, 2025 | 209.08 | 214.56 | 208.90 | 213.32 | 212.39 | 57,365,700 |

## Related Tickers

| 005930.KS | SSNLF | SONY | BOXL | SONO |
|---|---|---|---|---|
| Samsung Electronics C... | Samsung Electronics C... | Sony Group Corporation | Boxlight Corporation | Sonos, Inc. |
| 203,500.00 +1.75% | 65.21 0.00% | 21.42 -0.86% | 1.5500 -6.06% | 15.40 +4.0 |

EN BUFFETT'S TOP 5 STOCKS ▶

5 🔵 TIPS TO GET RID OF ASTHMA COUG

PTOMS OF ALLERGIC ASTHMA ▶

6 💰 BEST DIVIDEND ETFS TO BUY NOW

TOP 5 MUST-BUY STOCKS ▶

7 📈 TOP 10 DIVIDEND STOCKS FOR INC

CAUSES EOSINOPHILIC ASTHMA ▶

8    ALLERGIC ASTHMA SIGNS

### MBA 30-Yr Mortgage Rate
Feb 25, 2026, 7:00 AM EST    Prior: 6.17    New: 6.09

### Mortgage Market Index
Feb 25, 2026, 7:00 AM EST    Prior: 339    New: 340.2

### Initial Jobless Clm *
Feb 26, 2026, 8:30 AM EST    Prior: 206    New: -

### ISM Manuf Employment Idx
Mar 2, 2026, 10:00 AM EST    Prior: 48.1    New: -

## Earnings events

Upcoming ▾

FEB 26
| WBD | Warner Bros. Discovery, Inc. |
| STLA | Stellantis N.V. |
| VTRS | Viatris Inc. |
| QBTS | D-Wave Quantum Inc. |
| EOSE | Eos Energy Enterprises, Inc. |

Edit your Dock

Search for
1. APPLE STOCK PRICE PREDICTION ▶
2. APPLE STOCK SPLIT ANNOUNCEMENT ▶
3. APPLE SHARE PRICE TODAY ▶
4. APPLE INC. STOCK QUOTE ▶
5. APPLE INC. STOCK PRICE TARGET ▶
6. AAPL STOCK SPLIT ANNOUNCEMENT ▶
7. IBM STOCK SPLIT 4:1 ▶

Terms and Privacy Policy
Your Privacy Choices ☑✗

## yahoo!finance
Copyright © 2026 Yahoo.
All rights reserved.

**What's trending**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**Explore more**
Mortgages
Credit Cards
Sectors
Crypto
Heatmap
Financial News

**About**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans
Terms and Privacy Policy
Your Privacy Choices ☑✗

Document title: Apple Inc. (AAPL) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/AAPL/history/?period1=1746057600&amp;period2=1772049795
Capture timestamp (UTC): Wed, 25 Feb 2026 21:01:26 GMT