# Exhibit 26

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | Apple Inc. [ AAPL ] | X  Director     10% Owner |
| (Last)    (First)    (Middle) | | X  Officer (give title below)    Other (specify below) |
| ONE APPLE PARK WAY | 3. Date of Earliest Transaction (Month/Day/Year) 09/29/2024 | Chief Executive Officer |
| (Street) | | |
| CUPERTINO    CA    95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | X  Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | (1) | 09/29/2024 | | A | | 54,876 | | (2) | (2) | Common Stock | 54,876 | $0 | 54,876 | D | |
| Restricted Stock Unit | (1) | 09/29/2024 | | A | | 164,626 | | (3) | (3) | Common Stock | 164,626 | $0 | 164,626 | D | |

**Explanation of Responses:**

1. Each restricted stock unit ("RSU") represents the right to receive, at settlement, one share of common stock.

2. These restricted stock units are scheduled to settle as to one-third of the units on each of April 1, 2027, April 1, 2028, and April 1, 2029, subject to the terms and conditions of the underlying award agreement.

3. These performance-based restricted stock units are scheduled to vest on October 1, 2027, subject to the terms and conditions of the underlying award agreement. The "target" number of restricted stock units is reported. Between 0% and 200% of the target number of units may vest based on Apple's relative total shareholder return from the first day of Apple's fiscal year 2025 and ending with the last day of Apple's fiscal year 2027.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook          10/01/2024

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | ☐ |
| Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | X |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* COOK TIMOTHY D | 2. Issuer Name **and** Ticker or Trading Symbol Apple Inc. [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle) ONE APPLE PARK WAY | | X Director    ☐ 10% Owner |
| | | X Officer (give title below)    ☐ Other (specify below) |
| (Street) CUPERTINO    CA    95014 | 3. Date of Earliest Transaction (Month/Day/Year) 10/01/2024 | Chief Executive Officer |
| (City)    (State)    (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/01/2024 | | M | | 477,301 | A | (1)(2) | 3,757,481 | D(3) | |
| Common Stock(4) | 10/01/2024 | | F | | 253,315 | D | $226.21 | 3,504,166 | D(3) | |
| Common Stock(5) | 10/02/2024 | | S | | 109,741 | D | $223.75(6) | 3,394,425 | D(3) | |
| Common Stock(5) | 10/02/2024 | | S | | 61,912 | D | $224.46(7) | 3,332,513 | D(3) | |
| Common Stock(5) | 10/02/2024 | | S | | 45,140 | D | $225.86(8) | 3,287,373 | D(3) | |
| Common Stock(5) | 10/02/2024 | | S | | 7,193 | D | $226.57(9) | 3,280,180 | D(3) | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | (1)(2) | 10/01/2024 | | M | | | 477,301 | (10)(11)(12)(13) | (10)(11)(12)(13) | Common Stock | 477,301 | (1)(2) | 0 | D | |

**Explanation of Responses:**

1. Each restricted stock unit ("RSU") represents the right to receive, at settlement, one share of common stock.

2. This transaction represents the settlement of RSUs in shares of common stock on their scheduled vesting date.

3. These shares are held through Mr. Cook's trust.

4. Shares withheld by Apple to satisfy tax withholding requirements on vesting of RSUs.

5. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on May 24, 2024.

6. This transaction was executed in multiple trades at prices ranging from $223.17 to $224.165; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

7. This transaction was executed in multiple trades at prices ranging from $224.17 to $225.16; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

8. This transaction was executed in multiple trades at prices ranging from $225.17 to $226.15; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

9. This transaction was executed in multiple trades at prices ranging from $226.17 to $226.97; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

10. This award was granted on September 26, 2021, for a target number of 255,241 RSUs. The award settled on October 1, 2024, applying a percentage of the target number of RSUs that was determined based on Apple's total shareholder return ("TSR") relative to the other companies in the S&P 500 from the first day of Apple's fiscal year 2022 and ending with the last day of Apple's fiscal year 2024

11. TSR is calculated based on the change in a company's stock price during the performance period, taking into account any dividends paid during that period, which are assumed to be reinvested in the stock. In accordance with the terms of the award, the beginning value used for calculating TSR is the average closing stock price for the first 20 trading days of the performance period. Apple's beginning value was calculated to be $143.96. Similarly, the ending value used for calculating TSR is the average closing price for the final 20 trading days of the performance period. Apple's ending value was calculated to be $227.29.

12. This award provided that if Apple's relative TSR performance was ranked at or above the 85th percentile for companies in the S&P 500 for the performance period, 200% of the target number of RSUs vest. If Apple's performance was ranked at or above the 55th percentile, 100% of the target number of RSUs vest. If Apple's performance was ranked at or above the 25th percentile, 25% of the target number of RSUs vest, and if Apple's performance was ranked below the 25th percentile, 0% of the target number of RSUs vest. If Apple's performance was between these levels, the portion of the RSUs that vest would be determined on a straight-line basis (i.e., linearly interpolated) between the two nearest vesting percentages.

13. Apple's TSR for the three-year performance period was 57.88%, which ranked 92 of the 485 companies that were included in the S&P 500 for the performance period and placed Apple in the 81.20th percentile. Therefore, 477,301 RSUs subject to performance requirements vested.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 10/03/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| COOK TIMOTHY D | Apple Inc. [ AAPL ] | X Director    10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below)    Other (specify below) |
| ONE APPLE PARK WAY | 3. Date of Earliest Transaction (Month/Day/Year) 04/01/2025 | Chief Executive Officer |
| (Street) | | |
| CUPERTINO   CA   95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)   (State)   (Zip) | | X Form filed by One Reporting Person    Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/01/2025 | | M | | 218,568 | A | (1) | 3,498,863[2] | D[3] | |
| Common Stock[4] | 04/01/2025 | | F | | 110,432 | D | $223.19 | 3,388,431 | D[3] | |
| Common Stock[5] | 04/02/2025 | | S | | 6,695 | D | $221.77[6] | 3,381,736 | D[3] | |
| Common Stock[5] | 04/02/2025 | | S | | 28,774 | D | $222.99[7] | 3,352,962 | D[3] | |
| Common Stock[5] | 04/02/2025 | | S | | 62,077 | D | $223.97[8] | 3,290,885 | D[3] | |
| Common Stock[5] | 04/02/2025 | | S | | 10,590 | D | $224.76[9] | 3,280,295 | D[3] | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | (1) | 04/01/2025 | | M | | | 111,329 | (10) | (10) | Common Stock | 111,329 | (1) | 0 | D | |
| Restricted Stock Unit | (1) | 04/01/2025 | | M | | | 85,080 | (11) | (11) | Common Stock | 85,080 | (1) | 85,080 | D | |
| Restricted Stock Unit | (1) | 04/01/2025 | | M | | | 22,159 | (12) | (12) | Common Stock | 22,159 | (1) | 44,318 | D | |

**Explanation of Responses:**

1. Each restricted stock unit ("RSU") represents the right to receive, at settlement, one share of common stock. This transaction represents the settlement of RSUs in shares of common stock on their scheduled vesting date.

2. The number of securities reported reflects the acquisition on January 31, 2025 of 115 shares of Apple Inc.'s common stock pursuant to the Apple Inc. Employee Stock Purchase Plan ("ESPP") for the ESPP purchase period of August 1, 2024 through January 31, 2025.

3. These shares are held through Mr. Cook's trust.

4. Shares withheld by Apple to satisfy tax withholding requirements on vesting of RSUs.

5. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on May 24, 2024.

6. This transaction was executed in multiple trades at prices ranging from $221.25 to $222.20; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

7. This transaction was executed in multiple trades at prices ranging from $222.44 to $223.43; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

8. This transaction was executed in multiple trades at prices ranging from $223.44 to $224.43; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

9. This transaction was executed in multiple trades at prices ranging from $224.44 to $225.09; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

10. This award was granted on September 27, 2020. 111,329 RSUs subject to the award settled on each of April 1, 2023, April 1, 2024 and April 1, 2025.

11. This award was granted on September 26, 2021. 85,081 RSUs subject to the award settled on April 1, 2024 and 85,080 RSUs settled on April 1, 2025. 85,080 RSUs are scheduled to settle on April 1, 2026.

12. This award was granted on September 25, 2022. 22,159 RSUs subject to the award settled on April 1, 2025 and 22,159 RSUs are scheduled to settle on each of April 1, 2026 and April 1, 2027.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 04/03/2025 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* COOK TIMOTHY D | 2. Issuer Name **and** Ticker or Trading Symbol Apple Inc. [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| (Last)    (First)    (Middle) ONE APPLE PARK WAY | 3. Date of Earliest Transaction (Month/Day/Year) 10/01/2025 | X Director    10% Owner  X Officer (give title below)    Other (specify below)  Chief Executive Officer |
| (Street) CUPERTINO    CA    95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | X  Form filed by One Reporting Person     Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/01/2025 | | M | | 277,206 | A | (1)(2) | 3,557,501 | D(3) | |
| Common Stock(4) | 10/01/2025 | | F | | 147,243 | D | $255.45 | 3,410,258 | D(3) | |
| Common Stock(5) | 10/02/2025 | | S | | 8,395 | D | $254.83(6) | 3,401,863 | D(3) | |
| Common Stock(5) | 10/02/2025 | | S | | 22,524 | D | $255.86(7) | 3,379,339 | D(3) | |
| Common Stock(5) | 10/02/2025 | | S | | 39,293 | D | $256.62(8) | 3,340,046 | D(3) | |
| Common Stock(5) | 10/02/2025 | | S | | 59,751 | D | $257.57(9) | 3,280,295 | D(3) | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | (1)(2) | 10/01/2025 | | M | | | 277,206 | (10)(11)(12)(13) | (10)(11)(12)(13) | Common Stock | 277,206 | (1)(2) | 0 | D | |

**Explanation of Responses:**

1. Each restricted stock unit represents the right to receive, at settlement, one share of common stock.

2. This transaction represents the settlement of restricted stock units in shares of common stock on their scheduled vesting date.

3. These shares are held through Mr. Cook's trust.

4. Shares withheld by Apple to satisfy tax withholding requirements on vesting of restricted stock units.

5. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on May 24, 2024.

6. This transaction was executed in multiple trades at prices ranging from $254.21 to $255.20; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

7. This transaction was executed in multiple trades at prices ranging from $255.21 to $256.20; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

8. This transaction was executed in multiple trades at prices ranging from $256.21 to $257.20; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

9. This transaction was executed in multiple trades at prices ranging from $257.21 to $258.14; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

10. This award was granted on September 25, 2022, for a target number of 199,429 restricted stock units. The award settled on October 1, 2025, applying a percentage of the target number of restricted stock units that was determined based on Apple's total shareholder return ("TSR") relative to the other companies in the S&P 500 from the first day of Apple's fiscal year 2023 and ending with the last day of Apple's

fiscal year 2025.

11. TSR is calculated based on the change in a company's stock price during the performance period, taking into account any dividends paid during that period, which are assumed to be reinvested in the stock. In accordance with the terms of the award, the beginning value used for calculating TSR is the average closing stock price for the first 20 trading days of the performance period. Apple's beginning value was calculated to be $143.67. Similarly, the ending value used for calculating TSR is the average closing price for the final 20 trading days of the performance period. Apple's ending value was calculated to be $244.54.

12. This award provided that if Apple's relative TSR performance was ranked at or above the 85th percentile for companies in the S&P 500 for the performance period, 200% of the target number of restricted stock units vest. If Apple's performance was ranked at or above the 55th percentile, 100% of the target number of restricted stock units vest. If Apple's performance was ranked at or above the 25th percentile, 25% of the target number of restricted stock units vest, and if Apple's performance was ranked below the 25th percentile, 0% of the target number of restricted stock units vest. If Apple's performance was between these levels, the portion of the restricted stock units that vest would be determined on a straight-line basis (i.e., linearly interpolated) between the two nearest vesting percentages.

13. Apple's TSR for the three-year performance period was 70.22%, which ranked 162 of the 483 companies that were included in the S&P 500 for the performance period and placed Apple in the 66.60th percentile. Therefore, 277,206 restricted stock units subject to performance requirements vested.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 10/03/2025 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**