# APPENDIX 1

**PLAINTIFF'S APPENDIX 1**

*National Pension Service, on behalf of the National Pension Fund v. Apple Inc., et al.*, No. 5:25-cv-06252-NW

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 1: Apple 2025 Proxy Statement filed on Schedule 14A | Incorporation-by-reference ("IBR") and judicial notice | Cited in support of Defendants' absence-of-motive argument. MTD 21 n.3, 29 n.7. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 1, but may not notice any disputed facts contained in Exhibit 1 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 2: Barron's, June 11, 2024, *Apple's AI Plan Has iPhone Sales at Its Core, Why That's a Problem. And 4 Other Things to Know Today*. | IBR and judicial notice | Cited to suggest the market understood the true state of the Siri Features. MTD 5. | Not incorporated by reference. Subject to judicial notice, but used improperly. | None. Exhibit 2 is not cited or referred to in the Complaint and Defendants rely on Exhibit 2 solely to raise factual disputes. |
| 3: Evercore ISI, August 1, 2024, *Stay Calm and (Super) Cycle On. Maintain TOP PICK*. | IBR and judicial notice | Cited to suggest the market understood the true state of the Siri Features. MTD 5. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 3, but may not notice any disputed facts contained in Exhibit 3 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |

---

[1] Terms used herein are defined in Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Complaint.

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 4: Apple 2023 Form 10-K | IBR and judicial notice | Cited in support of Defendants' argument that Apple warned of the risk of violations of the Injunction and that the U.S. App Store was not a core operation of Apple. MTD 7, 17, 25, 28. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 4, but may not notice any disputed facts contained in Exhibit 4 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 5: Apple's Notice of Compliance with UCL Injunction, filed January 16, 2024 | IBR and judicial notice | Cited to suggest that Apple made "policy changes . . . to comply with the Injunction" and that Defendants' *Epic* statements were true. MTD 7. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 5 for the limited purpose of determining whether Defendants made the statements contained in the Exhibit and whether Exhibit 5 omitted facts necessary to make the statements not false and misleading. |
| 6: Apple's 1Q 2024 Form 10-Q | Judicial notice | Cited in support of Defendants' argument that Apple's response to the Injunction was fully disclosed to investors. MTD 7. | Subject to judicial notice. | The Court may consider Exhibit 6, but may not notice any disputed facts contained in Exhibit 6 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 7: Apple's 2Q 2024 Form 10-Q | IBR and judicial notice | Cited to suggest that Defendants warned of the risk of violations of the Injunction. MTD 7. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 7 for the limited purpose of determining whether Defendants made the statements contained in Exhibit 7 and whether Exhibit 7 omitted facts necessary to make the statements not false and misleading. |

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 8: Excerpts from transcript of May 8, 2024 evidentiary hearing in *Epic* | IBR and judicial notice | Cited in support of Defendants' argument that Apple's response to the Injunction was fully disclosed to investors. MTD 7. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 8, but may not notice any disputed facts contained in Exhibit 8 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 9: Excerpts of transcript of May 16, 2024 evidentiary hearing in *Epic* | IBR and judicial notice | Cited to suggest that Defendants' statements regarding their response to the Injunction were true. MTD 7. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 9, but may not notice any disputed facts contained in Exhibit 9 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 10: Transcript of Apple's June 10, 2024 WWDC keynote presentation | IBR and judicial notice | Cited in support of Defendants' arguments that their statements about the Siri Features were forward looking and that the true state of the Siri Features was fully disclosed to investors. MTD 4-5, 10, 22. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 10 for the limited purposes of determining whether Defendants made the statements contained in the Exhibit, whether the statements were forward-looking, whether Exhibit 10 contains meaningful cautionary language, and whether Exhibit 10 omitted facts necessary to make the statements not false and misleading. |

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 11: Transcript of Apple's 3Q 2024 earnings call on August 1, 2024 | IBR and judicial notice | Cited to suggest that the true state of the Siri Features was fully disclosed to investors, and that Defendants' statements were accompanied by meaningful cautionary language. MTD 5, 13, 22. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 11 for the limited purposes of determining whether Defendants made the statements contained in Exhibit 11, whether Exhibit 11 contains meaningful cautionary language, and whether Exhibit 11 omitted facts necessary to make the statements not false and misleading. |
| 12: Apple's Form 8-K, filed August 1, 2024 | IBR and judicial notice | Cited in support of Defendants' argument that the Siri statements were accompanied by meaningful cautionary language. MTD 12. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 12 for the limited purpose of determining whether Exhibit 12 contains meaningful cautionary language. |
| 13: Oppenheimer, November 1, 2024, *Patience Required to See Apple Intelligence Boosting New Hardware Cycles* | IBR and judicial notice | Cited to suggest that the market understood the true state of the Siri Features. MTD 6. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 13, but may not notice any disputed facts contained in Exhibit 13 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 14: September 9, 2024 Apple press release, *Apple Intelligence comes to iPhone, iPad, and Mac starting next month* | IBR and judicial notice | Cited to suggest that the true state of the Siri Features was fully disclosed to investors. MTD 5-6, 13-14. | Not incorporated by reference. Subject to judicial notice, but used improperly. | None. Exhibit 14 is not cited or referred to in the Complaint and Defendants rely on Exhibit 14 solely to raise factual disputes. |

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 15: October 28, 2024 Apple press release, *Apple Intelligence is available today on iPhone, iPad, and Mac* | IBR and judicial notice | Cited for the fact that Apple released Apple Intelligence features other than the Siri Features. MTD 6, 13-14. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 15 for the limited purposes of determining whether Defendants made the statements contained in Exhibit 15 and whether Exhibit 15 omitted facts necessary to make the statements not false and misleading. |
| 16: Transcript of Apple's 4Q 2024 earnings call, held October 31, 2024 | IBR and judicial notice | Cited to suggest that the true state of the Siri Features was fully disclosed to investors, and that the Siri statements were accompanied by meaningful cautionary language. MTD 6, 13. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 16 for the limited purposes of determining whether Defendants made the statements contained in Exhibit 16, whether Exhibit 16 contains meaningful cautionary language, and whether Exhibit 16 omitted facts necessary to make the statements not false and misleading. |
| 17: Apple's 2024 Form 10-K, filed November 1, 2024 | IBR and judicial notice | Cited in support of Defendants' arguments that they warned of risks related to the development of the Siri Features, warned of the risk of violations of the Injunction, and that the Siri statements were accompanied by meaningful cautionary language.  MTD 5, 7, 12-13, 17, 24, 28. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 17 for the limited purposes of determining whether Defendants made the statements contained in Exhibit 17, whether Exhibit 17 contains meaningful cautionary language, and whether Exhibit 17 omitted facts necessary to make the statements not false and misleading. |

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 18: December 11, 2024 Apple press release, *Apple Intelligence now features Image Playground, Genmoji, Writing Tools enhancements, seamless support for ChatGPT, and visual intelligence* | IBR and judicial notice | Cited for the fact that Apple released Apple Intelligence features other than the Siri Features. MTD 6. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 18, but may not notice any disputed facts contained in Exhibit 18 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 19: Transcript of Apple's 1Q 2025 earnings call, held January 30, 2025 | IBR and judicial notice | Cited in support of Defendants' argument that "Apple promptly disclosed updated information to the market when it became aware of it." MTD 27. | Incorporated by reference and subject to judicial notice. | The Court may consider Exhibit 19 for the limited purposes of determining whether Defendants made the statements contained in Exhibit 19, whether Exhibit 19 contains meaningful cautionary language, and whether Exhibit 19 omitted facts necessary to make the statements not false and misleading. |
| 20: The New York Times, April 11, 2025, *What's Wrong With Apple?* | IBR and judicial notice | Cited in support of Defendants' argument that "other factors caused Apple's stock to drop" following the corrective disclosures. MTD 27 n.5, 29 n.7. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 20, but may not notice any disputed facts contained in Exhibit 20 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 21: Business Insider, March 7, 2025, *Apple Makes Extremely Rare Move to Delay Siri Overhaul* | IBR and judicial notice | Cited to suggest that Defendants fully disclosed the true state of the Siri Features. MTD 6. | Not incorporated by reference. Subject to judicial notice, but used improperly. | None. Exhibit 21 is not cited or referred to in the Complaint and Defendants rely on Exhibit 21 solely to raise factual disputes. |
| 22: Yahoo! Finance chart of Apple's common stock price from May 1, 2025 to February 25, 2026 | IBR and judicial notice | Cited in support of Defendants' arguments that the movements in Apple's stock price "refut[es] any inference of causation." MTD 28-29, 29 n.8. | Not incorporated by reference. Subject to judicial notice, but used improperly. | The Court may take notice of Apple's stock prices, but may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations, including Defendants' proposed factual inferences based on Apple's stock prices. |
| 23: The Wall Street Journal, April 3, 2025, *Apple and Amazon Promised Us Revolutionary AI. We're Still Waiting* | IBR and judicial notice | Cited to suggest that Defendants fully disclosed the true state of the Siri Features. MTD 5. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 23, but may not notice any disputed facts contained in Exhibit 23 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 24: National Advertising Division's Final Decision, *National Advertising Division v. Apple Inc.*, Case No. 7410, closed April 10, 2025 | IBR and judicial notice | Cited in support of Defendants' argument that the Siri statements were accompanied by meaningful cautionary language. MTD 13. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 24, but may not notice any disputed facts contained in the Exhibit 24 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |

**PLAINTIFF'S APPENDIX 1**

| Exhibit No.: Description | Defendants' Basis for Consideration | Defendants' Use of Exhibit in MTD[1] | Plaintiff's Position | Purpose(s) for Which the Court May Consider the Exhibit |
|---|---|---|---|---|
| 25: Transcript of Apple's 2Q 2025 earnings call, held May 1, 2025 | IBR and judicial notice | Cited in support of Defendants' argument that they fully disclosed the true state of the Siri Features and that Defendants did not have actual knowledge of falsity with regard to the Siri statements. MTD 12. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 25, but may not notice any disputed facts contained in Exhibit 25 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 26: Defendant Cook's SEC Form 4s for transactions dated September 29, 2024, October 1-2, 2024, April 1-2, 2025, and October 1-2, 2025 | IBR and judicial notice | Cited in support of Defendants' absence-of-motive argument. MTD 21 & n.3. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 26, but may not notice any disputed facts contained in Exhibit 26 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |
| 27: Defendant Maestri's SEC Form 4s for transactions dated September 29, 2024 and October 1, 2024 | IBR and judicial notice | Cited in support of Defendants' absence-of-motive argument. MTD 21 & n.3. | Incorporated by reference and subject to judicial notice, but used improperly. | The Court may consider Exhibit 27, but may not notice any disputed facts contained in Exhibit 27 and may not assume the truth of any facts that are inconsistent with Plaintiff's factual allegations. |