UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS PENSION PLAN,<br><br>               Plaintiff,<br><br>     v.<br><br>APPLE, INC., et al.,<br><br>               Defendants. | Case No. 25-cv-06252-NW<br><br>**ORDER DIRECTING LEAD PLAINTIFF TO FILE CHART OF ALLEGED MISLEADING STATEMENTS** |

Currently pending before the Court is Defendants'[1] motion to dismiss lead Plaintiff National Pension Service's ("NPS") consolidated class action complaint ("CAC"). *See* ECF Nos. 65, 82. To aid the Court in its review of the CAC and Defendants' motion, and consistent with the directives in the Private Securities Litigation Reform Act ("PSLRA"), the Court ORDERS NPS to set out in chart form its securities fraud allegations under the following headings on a numbered, statement-by-statement basis: (1) the speaker(s), date(s), and medium; (2) the false and misleading statements; (3) the specific paragraphs in the CAC alleging how and why the statements were false and misleading when made; and (4) the specific paragraphs in the CAC alleging the facts giving rise to a strong inference of scienter. The chart must consist entirely of factual information and/or direct quotations from the CAC, and/or citations thereto. NPS is expressly prohibited from including any new argument or reasoning that is not a verbatim recitation from the CAC.

A similar, though slightly different, exemplar of the requested chart can be found at *In re*

//

//

//

---

[1] Collectively, Defendants are Apple, Inc., Timothy D. Cook, Luca Maestri, Kevan Parekh, Craig Federighi, and Kelsey Peterson.

United States District Court
Northern District of California

*SVB Financial Group Securities Litigation*, No. 5:23-cv-01097-NW, ECF Nos. 88-1 and 88-2.

NPS shall file the chart described above on the docket by June 11, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: June 4, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California