LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Whitney B. Weber (Bar No. 281160)
 *whitney.weber@lw.com*
Jordan Mundell (Bar No. 324110)
 *jordan.mundell@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235

Jason C. Hegt (*pro hac vice*)
 *jason.hegt@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Apple Inc., Timothy D.
Cook, Luca Maestri, Kevan Parekh, Craig
Federighi, and Kelsey Peterson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.; TIMOTHY D. COOK; LUCA MAESTRI; KEVAN PAREKH; CRAIG FEDERIGHI; and KELSEY PETERSON,<br><br>Defendants. | Case No. 5:25-cv-06252-NW<br><br>**DEFENDANTS' REPLY IN SUPPORT OF THE MOTION FOR LEAVE TO FILE RESPONSE TO CHART OF ALLEGED MISLEADING STATEMENTS PURSUANT TO ORDER (DKT. 95)**<br><br>Hon. Noël Wise |

Defendants respectfully submit this Reply in Support of the Motion for Leave to File Response to Chart of Alleged Misleading Statements Pursuant to Order.

Contrary to Plaintiff's suggestion, Dkt. 101 at 1, Defendants dispute that Plaintiff's Chart fairly "tracks the allegations in the Complaint." Plaintiff's Chart includes quotes from statements that the Complaint acknowledges were made in court filings submitted "on January 16, 2024" and "April 12, 2024." *Compare* Dkt. 96, Ex. A at Statements 2-24 *with* Compl. ¶¶ 454-461, 463-464, 470, 472-481. But the Chart claims these statements were made in "Apple's 2Q 2024 Form 10-Q" filed on "May 3, 2024"—even though Plaintiff's quoted language appears nowhere in that document. *See* Dkt. 96. To the extent that Plaintiff's Chart contains their *characterizations* about Apple's SEC filings and whether those documents directed investors to litigation filings, such contentions do not constitute "factual information," as the Court's order required. *See* Dkt. 95 at 1; *see also Curry v. Hansen Med., Inc.*, 2011 WL 3741238, at *2 (N.D. Cal. Aug. 25, 2011) ("legal characterizations" are not facts) (citing *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754–55 (9th Cir. 1994)).

DATED: June 26, 2026                    LATHAM & WATKINS LLP

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Whitney B. Weber (Bar No. 281160)
*whitney.weber@lw.com*
Jordan Mundell (Bar No. 324110)
*jordan.mundell@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235

Jason C. Hegt (*pro hac vice*)
*jason.hegt@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1200

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' REPLY IN SUPPORT OF MOTION FOR
LEAVE TO FILE RESPONSE TO CHART
CASE NO. 5:25-cv-06252-NW

2

*Attorneys for Defendants Apple Inc., Timothy D. Cook, Luca Maestri, Kevan Parekh, Craig Federighi, and Kelsey Peterson*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' REPLY IN SUPPORT OF MOTION FOR
LEAVE TO FILE RESPONSE TO CHART
CASE NO. 5:25-cv-06252-NW